Jim Doyle
Governor

Kevin R. Hayden
Secretary

**State of Wisconsin**

Department of Health and Family Services

OFFICE OF LEGAL COUNSEL

1 WEST WILSON STREET
P.O BOX 7850
MADISON WI 53707-7850

TELEPHONE: 608-266-8428
FAX: 608-267-1434
dhfs.wisconsin.gov

March 15, 2007

Ms. Rebecca Monville
Clerk, Branch 3
Milwaukee County Courthouse
901 North 9th Street
Milwaukee, WI 53233-1425

**RE: Burton vs. American Cyanamid Co., et al.
Case No. 06 CV 12647**

Dear Ms. Monville:

The State of Wisconsin, Department of Health and Family Services was joined in this matter pursuant to Sec. 803.03(2), Stats. The Department has determined that it does not have a subrogated interest in the above captioned action. However, United Health Care of WI may have a subrogation claim under s. 49.89(9), Wis. Stats. based on payments made on behalf of Glenn Burton, Jr. and the parties to this case should contact United Health Care of WI, ATTN: Ingenix Subrogation Dept., P. O. Box 3089, Milwaukee, WI 53201-9998 for more information.

Enclosed is a proposed Order for Dismissal of the State of Wisconsin Department of Health and Family Services. Copies of the proposed Order have also been sent this day to all parties of record in this case. If the proposed Order meets with Judge Fiorenza's approval, and no objections are received within ten days, please have her sign the proposed Order, indicate the date of filing by stamping the enclosed copy and return it to me in the envelope provided. I will provide all parties with a copy upon my receipt.

Thank you for your assistance. Please call me at (608) 266-9543 if you have any questions.

Sincerely,

Kevin D. Bailey
State Bar No. 1022636

Enc.
cc: See attached Service List

KV:*\m:\subrogat\burtondismiss