UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

GLENN BURTON, JR.,
Minor, by his guardian ad litem,
SUSAN M. GRAMLING,
        Plaintiff,

vs.

AMERICAN CYANAMID ET AL,

        Defendant.

Case No.: 07-C-00303

## STIPULATION

Plaintiff Glenn Burton, Jr., by his attorneys and Defendant ConAgra Foods, Inc. ("ConAgra"), by its attorneys, hereby stipulate and agree to the dismissal of ConAgra from the above-captioned matter on the merits with prejudice, and that such dismissal includes all claims asserted or that could have been asserted against ConAgra. The parties to this Stipulation further agree that each party will bear their own costs. The parties to this Stipulation further agree that an order to that effect may be entered without hearing or further notice to any party.

Dated: __6/15/2007_____      MICHAEL BEST & FRIEDRICH, LLP
                                                           Attorney for ConAgra Foods, Inc.

                                                           _s/Nathaniel Cade, Jr._____
                                                           Nathaniel Cade, Jr.

Dated: __6/15/2007_____      LAW OFFICES OF PETER EARLE, LLC
                                                           Attorney for Glenn Burton, Jr.

                                                           _s/Peter G. Earle_____
                                                           Peter G. Earle

T:\CLIENTA\021562\0024\A2127530.0