

**James T. Murray, Jr.**
jmurray@pjmlaw.com

March 17, 2010

**Via Hand-Delivery and Electronic Case Filing**

The Honorable Lynn S. Adelman
United States District Judge
Eastern District of Wisconsin
United States Courthouse - Room 364
517 East Wisconsin Avenue
Milwaukee, WI 53202

    Re:    Glenn Burton, Jr. v. American Cyanamid, et al.
                Case No. 07-C-00303
                Brionn Stokes v. American Cyanamid, et al.
                Case No. 07-C-00865
                Ravon Owens v. American Cyanamid, et al.
                Case No. 07-C-00441

Dear Judge Adelman:

I'm writing in regard to the three SCHEDULING ORDERS issued by Your Honor in these cases dated March 15th and filed and transmitted on March 16th.

Mr. Earle had written with proposed schedules concerning these cases on March 12th, and by letter of March 15th I wrote on behalf of defendants accepting such dates (with the agreed-upon proviso that the dates for disclosure of "property-specific experts" would be understood to be the date for disclosure of medical, psychological, educational, and vocational experts, as well as property experts).

However, the Orders issued by Your Honor transposed the agreed-upon dates in <u>Owens</u> and <u>Stokes</u>. In other words, all of the dates we agreed upon in <u>Owens</u> wound up in the <u>Stokes</u> Order and all of the <u>Stokes</u> dates we agreed to wound up in the <u>Owens</u> Order. The <u>Burton</u> Order is fine.

I respectfully request that new orders be issued in <u>Owens</u> and <u>Stokes</u>, using the dates agreed to.

**PETERSON, JOHNSON & MURRAY, S.C.**
Attorneys at Law

Sixth Floor | 733 North Van Buren Street | Milwaukee, Wisconsin 53202 | P: 414.278.8800 | F: 414.278.0920 | www.pjmlaw.com
MILWAUKEE | MADISON | KENOSHA | MANITOWOC | CHICAGO

Thank you for your consideration of this request.

Very truly yours,

PETERSON, JOHNSON & MURRAY, S.C.

*s/James T. Murray, Jr.*

James T. Murray, Jr.

JTM/mmf
cc:     All Counsel of Record (by ECF filing)
F:\DOCS\229\0007\00603076.WPD

**PETERSON, JOHNSON & MURRAY, S.C.**
Attorneys at Law

Sixth Floor | 733 North Van Buren Street | Milwaukee, Wisconsin  53202 | P: 414.278.8800 | F: 414.278.0920 | www.pjmlaw.com
MILWAUKEE | MADISON | KENOSHA | MANITOWOC | CHICAGO

Case 2:07-cv-00303-LA   Filed 03/17/10   Page 2 of 2   Document 128