# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**GLENN BURTON, JR.**, a Minor,
by his guardian ad litem,
**SUSAN M. GRAMLING**,

      Plaintiff,

  v.                                                  Case No. 07C0303

**AMERICAN CYANAMID COMPANY, et al.**,
      Defendant.

---

## ORDER

Pending before me are plaintiff's and defendant Atlantic Richfield's ("ARCO") cross motions for summary judgment relating to whether imposition of liability under Wisconsin's risk contribution doctrine would violate defendant's right to due process. Recently, defendants brought to my attention <u>Gibson v. Am. Cyanamid Co.</u>, No. 07-C-0864, 2010 WL 2465498 (E.D. Wis. June 15, 2010), in which Judge Randa held that it would. Since then, other defendants have amended their answers to present this issue or asked for leave to do so. In order to have the benefit of the views of all parties who wish to be heard on the issue including Judge Randa's decision, I will stay consideration of plaintiff's and ARCO's cross-motions until all such parties have filed briefs. The stay shall apply to docket numbers 83 and 100 in case number 07C303; docket numbers 87 and 103 in case number 07C441; and docket numbers 71 and 82 in 07C865.

**SO ORDERED**

Dated at Milwaukee, Wisconsin this 3 day of September, 2010.

/s_____
LYNN ADELMAN
District Judge