UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

GLENN BURTON, JR.                           Case No.: 07-cv-0303
      Plaintiff,

v.

AMERICAN CYANAMID, et al,
      Defendants.

---

RAVON OWENS                              Case No.: 07-cv-0441
      Plaintiff,

v.

AMERICAN CYANAMID, et al.,
      Defendants.

---

ERNEST GIBSON                           Case No.: 07-cv-0864
      Plaintiff,

v.

AMERICAN CYANAMID, et al.,
      Defendants.

---

BRIONN STOKES                           Case No.: 07-cv-0865
      Plaintiff,

v.

AMERICAN CYANAMID, et al.,
      Defendants.

---

CESAR SIFUENTES                        Case No.: 10-cv-0075
      Plaintiff,

v.

AMERICAN CYANAMID, et al.,
      Defendants.

---

1

| | |
|---|---|
| MANIYA ALLEN, et al., | Case No.: 11-cv-0055 |
|     Plaintiffs | |
| v. | |
| AMERICAN CYANAMID, et al., | |
|     Defendants. | |

| | |
|---|---|
| DEZIREE VALOE, et al., | Case No.: 11-cv-0425 |
|     Plaintiffs | |
| v. | |
| AMERICAN CYANAMID, et al., | |
|     Defendants. | |

| | |
|---|---|
| DIJONAE TRAMMELL, et al., | Case No.: 2:14-cv-01423-LA |
|     Plaintiffs | |
| v. | |
| AMERICAN CYANAMID, et al., | |
|     Defendants. | |

## ORDER

Consistent with this Court's Order of November 10, 2014, which is incorporated herein by reference,

IT IS ORDERED:

NL Industries, Inc. may be and is hereby dismissed from these lawsuits, together with any and all claims set forth against it in the pleadings, with prejudice, but without costs.

Dated at Milwaukee, Wisconsin this 9th day of December, 2014.

                                                                          s/ Lynn Adelman

                                                                          Honorable Lynn Adelman
                                                                          District Judge