UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**GLENN BURTON, JR,**
      Plaintiff,

v.  Case No. 7-CV-303

**AMERICAN CYANAMID CO, et al.,**
      Defendants;

**RAVON OWENS,**
      Plaintiff,

v.  Case No. 7-CV-441

**AMERICAN CYANAMID CO, et al.,**
      Defendants;

**CESAR SIFUENTES,**
      Plaintiff,

v.  Case No. 10-CV-75

**AMERICAN CYANAMID CO, et al.,**
      Defendants.

---

## ORDER

Several motions in the above-captioned cases appear to be moot. I will deny these motions without prejudice, but the parties may renew them, if they remain unresolved. Further, plaintiffs and various defendants filed motions to withdraw prior motions raising issues that the parties have resolved. I will grant these motions.

**THEREFORE, IT IS ORDERED** that the following motions are **DENIED without prejudice** but may be renewed by the parties if they remain unresolved:

- Case No. 07-CV-0303, ECF Nos. 453, 456, 461, 484 & 494
- Case No. 07-CV-0441, ECF Nos. 393, 396, 401, 423 & 434
- Case No. 10-CV-0075, ECF Nos. 317, 320, 325, 348 & 358

1

**IT IS FURTHER ORDERED** that the following motions to withdraw prior motions are **GRANTED**:

- Case No. 07-CV-0303, ECF Nos. 498 & 499
- Case No. 07-CV-0441, ECF Nos. 438 & 439
- Case No. 10-CV-0075, ECF Nos. 362 & 363

Dated at Milwaukee, Wisconsin, this 3rd day of January, 2017.

s/ Lynn Adelman
_____
LYNN ADELMAN
District Judge