UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| GLENN BURTON, JR., <br>     Plaintiff, <br>  vs. <br> AMERICAN CYANAMID CO., *et. al.* <br>     Defendants; | Case No.: 07-C-0303 |
| RAVON OWENS, <br>     Plaintiff, <br>  vs. <br> AMERICAN CYANAMID CO., *et. al.* <br>     Defendants; | Case No.: 07-C-0441 |
| CESAR SIFUENTES, <br>     Plaintiff, <br>  vs. <br> AMERICAN CYANAMID CO., *et. al.* <br>     Defendants. | Case No.: 10-C-0075 |

**COURT'S FINAL VERDICT FORM**

Dated: _____

    _____
    LYNN S. ADELMAN
     UNITED STATES DISCTRICT JUDGE

**Section I: Liability of Atlantic Richfield Co. for the Acts of Anaconda Lead Products Co.**

**Question 1.** On the question of whether Defendant Atlantic Richfield Co. is liable for the historical acts of Anaconda Lead Products Co., we the jury unanimously answer:

        YES: \_\_\_\_

        NO: \_\_\_\_

**Now proceed to Section II.A and answer questions 2 through 7. If the answer to Question 1 is "yes," Defendant Atlantic Richfield Co. can be found liable for negligence and strict liability in Questions \_\_\_ through \_\_\_\_ for the historical acts of Anaconda Lead Products Co. and its successors, as well as for its own negligence. If the answer to Question1 is "no," Defendant Atlantic Richfield can only be found liable in negligence and strict liability in Questions \_\_\_\_ through \_\_\_\_ for its own conduct.**

### Section II: Liability

#### A. Negligence

**Question 2:** On Plaintiff Glenn Burton, Jr.'s negligence claim, we the jury unanimously answer that Plaintiff Glenn Burton, Jr. has proved his claim against:

    a.    American Cyanamid

        YES: \_\_\_\_

        NO: \_\_\_\_

    b.    Atlantic Richfield

        YES: \_\_\_\_

        NO: \_\_\_\_

    c.    Armstrong Containers, Inc.

        YES: \_\_\_\_

        NO: \_\_\_\_

    d.    E.I. du Pont de Nemours Company

        YES: \_\_\_\_

        NO: \_\_\_\_

    e.    Sherwin-Williams Company

        YES: \_\_\_\_

        NO: \_\_\_\_

**Question 3:** On Plaintiff Ravon Owens' negligence claim, we the jury unanimously answer that Plaintiff Ravon Owens has proved his claim against:

    a.    American Cyanamid

        YES: \_\_\_\_

        NO: \_\_\_\_

    b.    Atlantic Richfield

        YES: \_\_\_\_

        NO: \_\_\_\_

    c.    Armstrong Containers, Inc.

        YES: \_\_\_\_

        NO: \_\_\_\_

    d.    E.I. du Pont de Nemours Company

        YES: \_\_\_\_

        NO: \_\_\_\_

    e.    Sherwin-Williams Company

        YES: \_\_\_\_

        NO: \_\_\_\_

**Question 4:** On Plaintiff Cesar Sifuentes' negligence claim, we the jury unanimously answer that Plaintiff Cesar Sifuentes has proved his claim against:

    a.    American Cyanamid

        YES: \_\_\_\_

        NO: \_\_\_\_

    b.    Atlantic Richfield

        YES: \_\_\_\_

        NO: \_\_\_\_

    c.    Armstrong Containers, Inc.

        YES: \_\_\_\_

        NO: \_\_\_\_

    d.    E.I. du Pont de Nemours Company

YES: ____

NO: ____

    e.    Sherwin-Williams Company

YES: ____

NO: ____

**Question 5:** We the jury unanimously answer that Defendants have proved that NL Industries / National Lead is liable to Plaintiff Glenn Burton, Jr. for negligence:

YES: ____

NO: ____

**Question 6:** We the jury unanimously answer that Defendants have proved that NL Industries / National Lead is liable to Plaintiff Ravon Owens for negligence:

YES: ____

NO: ____

**Question 7:** We the jury unanimously answer that Defendants have proved that NL Industries / National Lead is liable to Plaintiff Cesar Sifuentes for negligence:

YES: ____

NO: ____

**Now proceed to Section II.B and answer questions 8 through 13.**

    **B.**    **Strict Liability Failure to Warn Claim**

**Question 8:** On Plaintiff Glenn Burton, Jr.'s strict liability failure to warn claim, we the jury unanimously answer that Plaintiff Glenn Burton, Jr. has proved his claim against:

    a.    Atlantic Richfield

YES: ____

NO: ____

    b.    Armstrong Containers, Inc.

YES: ____

NO: ____

    c.    E.I. du Pont de Nemours Company

YES: ____

NO: ____

4

d. Sherwin-Williams Company

> YES: \_\_\_\_
>
> NO: \_\_\_\_

**Question 9:** On Plaintiff Ravon Owens' strict liability failure to warn claim, we the jury unanimously answer that Plaintiff Ravon Owens has proved his claim against:

a. Atlantic Richfield

> YES: \_\_\_\_
>
> NO: \_\_\_\_

b. Armstrong Containers, Inc.

> YES: \_\_\_\_
>
> NO: \_\_\_\_

c. E.I. du Pont de Nemours Company

> YES: \_\_\_\_
>
> NO: \_\_\_\_

d. Sherwin-Williams Company

> YES: \_\_\_\_
>
> NO: \_\_\_\_

**Question 10:** On Plaintiff Cesar Sifuentes' strict liability failure to warn claim, we the jury unanimously answer that Plaintiff Cesar Sifuentes has proved his claim against:

a. Atlantic Richfield

> YES: \_\_\_\_
>
> NO: \_\_\_\_

b. Armstrong Containers, Inc.

> YES: \_\_\_\_
>
> NO: \_\_\_\_

c. E.I. du Pont de Nemours Company

> YES: \_\_\_\_
>
> NO: \_\_\_\_

d. Sherwin-Williams Company

YES:  \_\_\_\_

NO:  \_\_\_\_

**Question 11:**  We the jury unanimously answer that Defendants have proved that NL Industries / National Lead is liable to Plaintiff Glenn Burton, Jr. for strict liability failure to warn:

YES:  \_\_\_\_

NO:  \_\_\_\_

**Question 12:**  We the jury unanimously answer that Defendants have proved that NL Industries / National Lead is liable to Plaintiff Ravon Owens for strict liability failure to warn:

YES:  \_\_\_\_

NO:  \_\_\_\_

**Question 13:**  We the jury unanimously answer that Defendants have proved that NL Industries / National Lead is liable to Plaintiff Cesar Sifuentes for strict liability failure to warn:

YES:  \_\_\_\_

NO:  \_\_\_\_

**STOP.  PLEASE READ THIS INSTRUCTION:**

If you answered "YES" to any question in Section II, then proceed to Section III of the verdict form.

If, on the other hand, you answered "NO" to all questions in Section II, then your work is done and you should proceed to Section \_\_\_\_ of the verdict form and sign and date the verdict form.

6

### Section III —Compensatory Damages

**Question 14:** What is the amount of money that will fairly compensate Glenn Burton, Jr., for his Injuries:

$ _____

**Question 15:** What is the amount of money that will fairly compensate Ravon Owens for his Injuries:

$ _____

**Question 16:** What is the amount of money that will fairly compensate Cesar Sifuentes for his Injuries:

$ _____

**INSTRUCTION:** Please proceed to Section IV.

**Section IV – Comparative Negligence**

**If you answered Yes to any part of Questions 2-4, please answer Questions 17-19 below. If you answered No to all parts of Questions 2-4, please proceed to Section VI below.**

**Question 17:** We the jury unanimously answer that Defendants have proved that the following people breached a duty of ordinary care to Plaintiff Glenn Burton, Jr. and that such breach of duty was a cause of his lead poisoning:

[LIST EACH PARENT / LANDLORD SEPARATELY]

YES: \_\_\_\_

NO: \_\_\_\_

**Question 18:** We the jury unanimously answer that Defendants have proved that the following people breached a duty of ordinary care to Plaintiff Ravon Owens and that such breach of duty was a cause of his lead poisoning:

[LIST EACH PARENT / LANDLORD SEPARATELY]

YES: \_\_\_\_

NO: \_\_\_\_

**Question 19:** We the jury unanimously answer that Defendants have proved that the following people breached a duty of ordinary care to Plaintiff Caesar Sifuentes and that such breach of duty was a cause of his lead poisoning:

[LIST EACH PARENT / LANDLORD SEPARATELY]

YES: \_\_\_\_

NO: \_\_\_\_

**STOP. PLEASE READ THIS INSTRUCTION:**

If you answered "YES" to any question in Section IV, then proceed to Section V of the verdict form.

If, on the other hand, you answered "NO" to all questions in Section IV, then your work is done and you should proceed to Section VI of the verdict form and sign and date the verdict form.

## Section V —Allocation of Comparative Negligence

Assuming that the total responsibility for causing each Plaintiff's injuries is 100%, what percentage of the total responsibility do you attribute to:

**Question 20:** For Glen Burton, Jr.:

    Lead Pigment Companies    _____

    Third Parties    _____

**Question 21:** For Ravon Owens:

    Lead Pigment Companies    _____

    Third Parties    _____

**Question 22:** For Caesar Sifuentes:

    Lead Pigment Companies    _____

    Third Parties    _____

## Section VI - <u>Signing and Dating of the Verdict Form</u>

**Each juror should sign and date this Verdict Form.**

_____     _____
Foreperson                          Date


_____     _____
Juror                               Date


_____     _____
Juror                               Date


_____     _____
Juror                               Date


_____     _____
Juror                               Date


_____     _____
Juror                               Date

Dated: April 1, 2019

Respectfully submitted,

By: /s/ *Fidelma L. Fitzpatrick*

Fidelma L. Fitzpatrick, Esq.
Robert J. McConnell, Esq.
MOTLEY RICE LLC
55 Cedar St., Ste. 100
Providence, RI 02903
Phone: (401) 457-7728
Fax: (401) 457-7708
ffitzpatrick@motleyrice.com
bmcconnell@motleyrice.com

Caroline W. Rion, Esq.
MOTLEY RICE, LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Telephone: 843-216-9168
Facsimile: 843-216-9450
crion@motleyrice.com

Peter G. Earle, Esq.
LAW OFFICES OF PETER EARLE
839 N. Jefferson Street, Suite 300
Milwaukee, WI 53202
Telephone: (414) 276-53202
peter@earle-law.com

Victor C. Harding, Esq.
WARSHAFSKY, ROTTER, TARNOFF & BLOCH
839 N. Jefferson Street, Suite 300
Milwaukee, WI 53202
Telephone: (414) 276-4970
vich@warshafsky.com

Edward A. Wallace, Esq.
Lauren C. Kaplan, Esq.
WEXLER WALLACE LLP
55 West Monroe Street, Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
eaw@wexlerwallace.com
lck@wexlerwallace.com
*Attorneys for Plaintiffs*

11

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| GLENN BURTON, JR., <br>     Plaintiff, <br>   vs. <br> AMERICAN CYANAMID CO., *et. al.* <br>     Defendants; | Case No.: 07-C-0303 |
| RAVON OWENS, <br>     Plaintiff, <br>   vs. <br> AMERICAN CYANAMID CO., *et. al.* <br>     Defendants; | Case No.: 07-C-0441 |
| CESAR SIFUENTES, <br>     Plaintiff, <br>   vs. <br> AMERICAN CYANAMID CO., *et. al.* <br>     Defendants. | Case No.: 10-C-0075 |

---

## CERTIFICATE OF SERVICE

---

I hereby certify that on April 1, 2019, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/Fidelma L. Fitzpatrick*

**American Cyanamid Co.**

Ralph A. Weber, Esq.
Daniel J. Kennedy, Esq.
GASS WEBER MULLINS LLC
309 N. Water Street
Milwaukee, WI 53202
weber@gasswebermullins.com
kennedy@gasswebermullins.com

Elyse D. Echtman, Esq.
ORRICK HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
eechtman@orrick.com

**Armstrong Containers, Inc.**

Timothy A. Bascom, Esq.
BASCOM, BUDISH & CEMAN, S.C.
2600 North Mayfair Road, Suite 1140
Wauwatosa, WI 53226
tbascom@bbclaw.com

Robert P. Alpert, Esq.
Eric A. Larson, Esq.
MORRIS, MANNING MARTIN, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326
rpa@mmmlaw.com
elarson@mmmlaw.com

**Atlantic Richfield Company**

Daniel T. Flaherty, Esq.
Anthony S. Baish, Esq.
GODFREY & KAHN, S.C.
780 North Water Street, Suite 1500
Milwaukee, WI 53202-3590
dflaherty@gklaw.com
abaish@gklaw.com

William H. Voth, Esq.
Philip H. Curtis, Esq.
Bruce R. Kelly, Esq.
ARNOLD & PORTER KAYE SCHOLER LLP
250 W. 55th Street
New York, NY 10019
Bill.Voth@aporter.com
Philip.Curtis@aporter.com
Bruce.Kelly@aporter.com

**E.I. DuPont De Nemours**

Paul E. Benson, Esq.
Lee M. Seese, Esq.
MICHAEL BEST & FRIEDRICH
100 East Wisconsin Avenue #3300
Milwaukee WI 53202-4108
pebenson@michaelbest.com
lmseese@michaelbest.com

Steven R. Williams, Esq.
Joy C. Fuhr, Esq.
Jontille D. Ray, Esq.
Christian E. Henneke, Esq.
MCGUIREWOODS, LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
srwilliams@mcguirewoods.com
jfuhr@mcguirewoods.com
jray@mcguirewoods.com
chenneke@mcguirewoods.com

**The Sherwin Williams Co.**

Charles H. Mollenberg, Jr.
Laura A. Meaden
Joseph N. Parsons
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219
chmoellenberg@jonesday.com
lameaden@jonesday.com
jparsons@jonesday.com

Richard A. Deane, Esq.
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309
rhdeane@jonesday.com

Jeffrey K. Spoerk
Alexandra W. Shortridge
Stacy A. Alexejun
QUARLES & BRADY
411 East Wisconsin Avenue
Suite 2350
Milwaukee, WI 53202
jeff.spoerk@quarles.com
alexandra.shortridge@quarles.com
stacy.alexejun@quarles.com

*/s/ Fidelma L. Fitzpatrick*
Fidelma L. Fitzpatrick, Esq.
Robert J. McConnell, Esq.

MOTLEY RICE LLC
55 Cedar St., Ste. 100
Providence, RI 02903
Phone: (401) 457-7728
Fax: (401) 457-7708
ffitzpatrick@motleyrice.com
bmcconnell@motleyrice.com