| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| | | | | |
| | | | | |
| | 5 | | | |
| 9        PEGGY J. CONLEY, called as a witness | | Global objections: Plaintiffs' counsel objects to the entire deposition of Peggy Conley under Federal Rule of Evidence 804.  Plaintiffs have provided Defendants with Ms. Conly address, 9028 N. 70th Street, Milwaukee, WI and she can be available to testify at trial. | Responses to global objections: In light of Ms. Conley's prior failure to comply with deposition subpoenas, Defendants have designated her deposition testimony in the event they are unable to secure her attendance at trial via subpoena. | If Ms. Conley proves to be unavailable under FRCP 32(a)(4), her deposition will be generally admissible under FRCP 32(a)(1), subject to the court's rulings on designated portions of the testimony. |
| 10       herein by the Defendants, after having been first | | | | |
| 11       duly sworn, was examined and testified as follows: | | If she is proven to be an unavailable witness, her testimony is not admissible | If she is unavailable, Ms. Conley's deposition testimony is admissible against plaintiffs under Fed. R. Civ. P. | |
| 12               EXAMINATION | | under FRE 804(b)(1)(B), if a witness is unavailable, the | 32(a)(1) because (a) plaintiff was "present or | |
| 13  BY MR. DOUGLASS: | | testimony is admissible only if the party it is offered | represented at the deposition or had reasonable notice | |
| 14   Q   Good morning, Ms. Conley.  My name is Jeff | | against "had -- or, in a civil case, whose predecessor in | of it," (b) the testimony "would be admissible under the | |
| 15       Douglass.  As I mentioned, I represent Defendant | | interest had -- an opportunity and similar motive to | Federal Rules of Evidence if the deponent were present | |
| 16       Armstrong Containers in this matter.  I'm going | | develoipt by direct, cross-, or redirect examination."   In | and testifying," and (c) "the use is allowed by Rule | |
| 17       to be asking you a series of questions today. | | this case, Plaintiffs did not have the opportunity to cross | 32(a)(2) through (8)."  The Seventh Circuit has ruled that | |
| 18       I'm going to try to move through them, but it is | | Peggy Conley, and, therefore, her testimony has become | Rule 32(a) is "a freestanding exception to the hearsay | |
| 19       going to take awhile.  There is going to be a | | inadmissible hearsay.  United States v. Feldman, 761 | rule, is one of the 'other rules' to which Fed.R.Evid. 802 | |
| 20       number of questions that I have, and then some of | | F.2d 380, 385 (7th Cir.1985). Additionally, much of the | refers [and] [e]vidence authorized by Rule 32(a) cannot | |
| 21       the attorneys representing the other defendants | | designated testimony is not admissible under 401 and | be excluded as hearsay, unless it would be inadmissible | |
| 22       may have some additional questions when I finish. | | 403. | even if delivered in court."  Ueland v. U.S. , 291 F.3d 993, | |
| 23            Have you had your deposition taken | | | 996 (7th Cir. 2002). | |
| 24       before, Ms. Conley? | | | | |
| 25   A   No. | | | Most designated testimony is also admissible under FRE 804(b)(4) - statements about another person concerning facts of personal or family history by declarant who is | |
| | 6 | | related to the person by blood. | |
| 1    Q   Just a couple ground rules to make sure that it's | | | | |
| 2        taken down clear by the court reporter.  As you | | | Finally, plaintiffs' counsel had an opportunity to develop witness's testimony during fact discovery  but declined | |
| 3        see, there's a court reporter that's taking down | | | to take witness's deposition or assist defendants in | |
| 4        what we are saying, so it's important for us not | | | securing witness's attendance.  Plaintiffs' counsel | |
| 5        to talk over each other.  So when I ask a | | | subsequently declared deposition closed and refused to | |
| 6        question, if you could wait until I finish asking | | | permit discovery to remain open until deposition | |
| 7        before you answer, that will help the court | | | completed. | |
| 8        reporter. | | | | |
| 9            If you could also give verbal responses | | | | |
| 10       and speak clearly, that's also better than | | | | |
| 11       "um-hums" or "unh-unhs" or shakes of the head, | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 12 | things like that.  If you don't understand one of | | | |
| 13 | my questions, feel free to ask me to rephrase, | | | |
| 14 | and I'll do my best to make sure that the | | | |
| 15 | question is clear so that you understand it. | | | |
| 16 | Otherwise, I will assume that you understood the | | | |
| 17 | question.  Is that fair? | | | |
| 18 | A   Yes. | | | |
| 19 | Q   And if you need a break, we're happy to -- to | | | |
| 20 | take a break to accommodate you.  I would ask | | | |
| 21 | that if there's a question pending, that you go | | | |
| 22 | on and answer the -- finish your -- your answer | | | |
| 23 | to the question before we take a break.  Does | | | |
| 24 | that make sense? | | | |
| 25 | A   Um-hum, yes. | | | |
| 7 | | | | |
| 1 | Q   Could you state and spell your full name for the | | | |
| 2 | record, Ms. Conley? | | | |
| 3 | A   My name is Peggy Jean Conley; P-E-G-G-Y  J-E-A-N | | | |
| 4 | C-O-N-L-E-Y. | | | |
| 5 | Q   Have you ever gone by any other names? | | | |
| 6 | A   Trussell, T-R-U-S-S-E-L-L. | | | |
| 7 | Q   Any others? | | | |
| 8 | A   No. | | | |
| 9 | Q   What's your date of birth? | | | |
| 10 | A   October 7, 1957. | | | |
| 11 | Q   And your current address? | | | |
| 12 | A   9028 North 70th Street, Milwaukee, Wisconsin | | | |
| 13 | 53223. | | | |
| 14 | Q   Are you taking any medications that would affect | | | |
| 15 | your ability to testify -- | | | |
| 16 | A   No. | | | |
| 17 | Q   -- here today? | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 18   A   No. | | | | |
| 19   Q   And are you under the influence of any drugs or | | | | |
| 20      alcohol today? | | | | |
| 21   A   No. | | | | |
| 22   Q   Any other reason that you might be unable to | | | | |
| 23      testify truthfully today? | | | | |
| 24   A   No. | | | | |
| 25   Q   Are you represented by an attorney today, | | | | |
| | 8 | | | |
| 1      Ms. Conley? | | | | |
| 2   A   No. | | | | |
| 3   Q   And you understand that you are here in | | | | |
| 4      connection with a lawsuit filed by Ravon Owens, | | | | |
| 5      is that correct? | | | | |
| 6   A   Yes. | | | | |
| 7   Q   Do you know Ravon Owens? | | | | |
| 8   A   Yes. | | | | |
| 9   Q   And what's your relation to Ravon? | | | | |
| 10   A   I'm his great aunt. | | | | |
| 11      (Exhibit 4003 was marked.) | | | | |
| 12   BY MR. DOUGLASS: | | | | |
| 13   Q   I'm going to show you a document, Ms. Conley, | | | | |
| 14      that the court reporter has marked Exhibit 4003. | | | | |
| 15      And take a look at it, Ms. Conley.  This is a | | | | |
| 16      subpoena commanding your appearance at this | | | | |
| 17      deposition.  Have you seen this document? | | | | |
| 18   A   Yes, I do.  I have it in my purse. | | | | |
| 19   Q   And just to remind you, you want to make sure | | | | |
| 20      that I finish my question before you answer. | | | | |
| 21      I -- I know it's difficult. | | | | |
| 22      If you could flip to the last page of | | | | |
| 23      this document, there's a request for certain | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 24 | records under Attachment A relating to Ravon | | | |
| 25 | Owens, including educational records and medical | | | |
| | 9 | | | |
| 1 | records. Have you brought any documents with | | | |
| 2 | you -- | | | |
| 3 | A No. | | | |
| 4 | Q -- responsive to this? | | | |
| 5 | A No. | | | |
| 6 | Q Did you search for any documents responsive to | | | |
| 7 | this subpoena? | | | |
| 8 | A No, I don't have any. | | | |
| 9 | Q You do not have any? | | | |
| 10 | A No. | | | |
| 11 | Q Have you ever had any documents that would be | | | |
| 12 | responsive to the subpoena in your possession? | | | |
| 13 | A No. | | | |
| 14 | Q Did you prepare for your deposition today? | | | |
| 15 | A No. | | | |
| 16 | Q Did you speak with anybody about your deposition | | | |
| 17 | today? | | | |
| 18 | A No. Just only when I went to pick this up. Just | | | |
| 19 | to let me know to pick this up and when to come. | | | |
| 20 | Q And -- | | | |
| 21 | A That was a couple weeks ago or whatever. | | | |
| 22 | Q By "this," you're talking about the -- | | | |
| 23 | A Just receiving the subpoena. That's it. | | | |
| 24 | Q Where did you pick up the subpoena? | | | |
| 25 | A At -- at his office (indicating). | | | |
| | 10 | | | |
| 1 | Q Mr. Harding's office? | | | |
| 2 | A Yes. Right. | | | |
| 3 | Q Who did you speak to at Mr. Harding's office? | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 4   A   Jenny. | | | | |
| 5   Q   Jenny Mauer? | | | | |
| 6   A   I'm not sure her last name, but yeah. | | | | |
| 7   Q   Did you discuss the case at all with Ms. Mauer? | | | | |
| 8   A   No. | | | | |
| 9   Q   Have you ever testified under oath before today? | | | | |
| 10   A   Yes. | | | | |
| 11   Q   I'm sorry? | | | | |
| 12   A   Yes, sir. | | | | |
| 13   Q   Tell me when. | | | | |
| 14   A   Probably for -- geez.  Probably back in 19 -- | | | | |
| 15       quite awhile ago.  Maybe for somebody's court | | | | |
| 16       case or something. | | | | |
| 17   Q   Do you recall what decade it was, whether it was | | | | |
| 18       in the -- | | | | |
| 19   A   1996, I'm sure, probably for my daughter. | | | | |
| 20   Q   Mid-'90s, 1996? | | | | |
| 21   A   Yeah. | | | | |
| 22   Q   What type of case was that? | | | | |
| 23   A   It was a bank robbery case. | | | | |
| 24   Q   And was it a criminal case? | | | | |
| 25   A   A criminal, yes. | | | | |
|                                                    11 | | | | |
| 1   Q   Who was the defendant -- | | | | |
| 2   A   My daughter. | | | | |
| 3   Q   -- in that case? | | | | |
| 4   A   My daughter. | | | | |
| 5   Q   And what's your daughter's name? | | | | |
| 6   A   Latasha Conley. | | | | |
| 7   Q   What was Latasha alleged to have done in | | | | |
| 8       connection with that case? | | | | |
| 9   A   Conspiracy to bank robbery. | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 10    Q   What was the result of that case? | | | | |
| 11    A   She ended up with six years. | | | | |
| 12    Q   Six years in prison? | | | | |
| 13    A   Um-hum. | | | | |
| 14    Q   You said she was convicted in that case? | | | | |
| 15    A   Um-hum, yes. | | | | |
| 16    Q   What bank was it? | | | | |
| 17    A   I'm not sure. | | | | |
| 18    Q   Were there any co-defendants in that case with | | | | |
| 19      her? | | | | |
| 20    A   Yes. Yes, sir. Yes. | | | | |
| 21    Q   Who were they? | | | | |
| 22    A   Brian Ferguson. | | | | |
| 23    Q   Is that Brian or Bryant? | | | | |
| 24    A   Brian, B-R-I-A-N. | | | | |
| 25    Q   What's Mr. Ferguson's relationship to Ms. Conley? | | | | |
|                                                    12 | | | | |
| 1    A   A friend of the family. | | | | |
| 2    Q   Was he also convicted? | | | | |
| 3    A   Yes. | | | | |
| 4    Q   How long did he serve? | | | | |
| 5    A   I'm not sure.  He just got out recently, as far | | | | |
| 6      as I know. | | | | |
| 7    Q   Any other co-defendants in that case? | | | | |
| 8    A   No. | | | | |
| 9    Q   And what was your testimony in that case | | | | |
| 10      generally? | | | | |
| 11    A   Just pretty much telling my daughter's | | | | |
| 12      whereabouts. | | | | |
| 13    Q   During the time of the alleged -- | | | | |
| 14    A   Yes. | | | | |
| 15    Q   -- robbery? | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 16   A   Um-hum. | | | | |
| 17   Q   And do you recall specifically what you talked | | | | |
| 18       about in connection with her whereabouts? | | | | |
| 19   A   Only that I had her kid when she left home pretty | | | | |
| 20       much. | | | | |
| 21   Q   That you had a kid? | | | | |
| 22   A   Had her kid, my grandson. | | | | |
| 23   Q   Who was her kid? | | | | |
| 24   A   My grandson.  I was attending to him when my | | | | |
| 25       daughter left. | | | | |
| 13 | | | | |
| 1   Q   What's your grandson's name? | | | | |
| 2   A   Kyleef, K-Y-L-E-E-F, Conley. | | | | |
| 3   Q   Who was Ms. Conley's attorney in that case?  Do | | | | |
| 4       you recall? | | | | |
| 5   A   No.  Kohn, James Kohn or somebody, John Kohn.  An | | | | |
| 6       attorney. | | | | |
| 7   Q   Do you know how to spell the last name? | | | | |
| 8   A   K-O-H-N. | | | | |
| 9   Q   Other than that case, have you ever testified | | | | |
| 10       under oath before today? | | | | |
| 11   A   No. | | | | |
| 12   Q   And when you testified, were you testifying in | | | | |
| 13       open court in that case? | | | | |
| 14   A   Yes. | | | | |
| 15   Q   Was it during the trial? | | | | |
| 16   A   Um-hum. | | | | |
| 17   Q   Have you ever been involved in any other | | | | |
| 18       lawsuits? | | | | |
| 19   A   No.  Well, I had a lawsuit once for a car | | | | |
| 20       accident some years ago. | | | | |
| 21   Q   When was that? | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 22   A   Geez, I can't remember.  I'm sorry. | | | | |
| 23   Q   Was it in the '90s? | | | | |
| 24   A   Probably, yeah, maybe '80s. | | | | |
| 25   Q   Did you sue somebody? | | | | |
| 14 | | | | |
| 1   A   Yeah. | | | | |
| 2   Q   What was the result of that lawsuit? | | | | |
| 3   A   I pretty much won it. | | | | |
| 4   Q   You won it? | | | | |
| 5   A   Yeah, but -- | | | | |
| 6   Q   Who did you sue? | | | | |
| 7   A   Another car, another car, attorney, you know, | | | | |
| 8       another law firm. | | | | |
| 9   Q   The owner of another car? | | | | |
| 10   A   Yeah, that ran into me. | | | | |
| 11   Q   What happened? | | | | |
| 12   A   They just, you know, ran into my vehicle. | | | | |
| 13   Q   Were you injured in that case? | | | | |
| 14   A   Yes. | | | | |
| 15   Q   What happened? | | | | |
| 16   A   What do you mean? | | | | |
| 17   Q   How were you injured? | | | | |
| 18   A   Back injury, neck, whiplash.  I don't know.  It | | | | |
| 19       was quite awhile ago. | | | | |
| 20   Q   Do you still suffer from -- | | | | |
| 21   A   No. | | | | |
| 22   Q   -- those injuries today? | | | | |
| 23   A   No. | | | | |
| 24   Q   And just to remind you, I know it's unnatural, | | | | |
| 25       but please wait until I -- I finish -- | | | | |
| 15 | | | | |
| 1   A   Oh. | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 2 Q -- asking my question, because I think the court | | | | |
| 3 reporter is having a hard time. | | | | |
| 4 A Okay. I will try to. We will get it together. | | | | |
| 5 Q Thank you. | | | | |
| 6 Do you know Peter Earle? | | | | |
| 7 A No. | | | | |
| 8 Q He's Ravon's attorney in this case. | | | | |
| 9 A No. | | | | |
| 10 Q You've never met Mr. Earle? | | | | |
| 11 A Possibly. | | | | |
| 12 Q Not that you recall? | | | | |
| 13 A Not that I recall, no. | | | | |
| 14 Q Have you ever spoken to anyone else about Ravon's | | | | |
| 15 lawsuit? | | | | |
| 16 A No. | | | | |
| 17 Q Have you spoken to Ravon about this lawsuit? | | | | |
| 18 A No. Yeah, just telling me to make sure I go to | | | | |
| 19 his law -- this thing here. | | | | |
| 20 Q Ravon told you to make sure that you -- | | | | |
| 21 A Well, I guess they had been trying to contact me, | | | | |
| 22 because right now he's living at my house and I'm | | | | |
| 23 staying downtown with my boyfriend. So I guess | | | | |
| 24 they were coming out to the house to try to serve | | | | |
| 25 me, and I wasn't there. So he called me like, | | | | |
| 16 | | | | |
| 1 "You need to -- people keep coming." So I had to | | | | |
| 2 call the office and, you know, get set up to get | | | | |
| 3 this, so... | | | | |
| 4 Q You said Ravon is living at your house? | | | | |
| 5 A Um-hum. | | | | |
| 6 Q What address is that? | | | | |
| 7 A 9028 North 70th. | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 8   Q   And that's the same as the current address you | | | | |
| 9      gave me previously? | | | | |
| 10   A   That's the same, yes. | | | | |
| 11   Q   And did you mention that you are not currently | | | | |
| 12      living there? | | | | |
| 13   A   I'm just staying, you know, with my boyfriend, | | | | |
| 14      running back and forth.  He lives down here, | | | | |
| 15      so... | | | | |
| 16   Q   When you say "down here" -- | | | | |
| 17   A   He lives on -- right off of Van Buren and Lyons. | | | | |
| 18   Q   What is that address? | | | | |
| 19   A   1028 East Lyons. | | | | |
| 20        MS. MEADEN:  I'm sorry.  East? | | | | |
| 21        THE WITNESS:  Lyons, L-Y-O-N-S. | | | | |
| 22        MS. MEADEN:  Thank you. | | | | |
| 23  BY MR. DOUGLASS: | | | | |
| 24   Q   What's your boyfriend's name, Ms. Conley? | | | | |
| 25   A   Jason McKinney. | | | | |
|                                    17 | | | | |
| 1   Q   When Ravon said to make sure that you appeared | | | | |
| 2      for the deposition today, did you talk to -- | | | | |
| 3   A   I haven't talked to him in a couple -- you know, | | | | |
| 4      since I -- since he gave me the phone number for | | | | |
| 5      today to call her to receive this.  I haven't | | | | |
| 6      talked to him anymore. | | | | |
| 7   Q   You haven't talked to him at all since then? | | | | |
| 8   A   Maybe here and there, but, no, not just | | | | |
| 9      talking-talking. | | | | |
| 10   Q   When was the last time you talked to him?  What | | | | |
| 11      was the date? | | | | |
| 12   A   At my granddaughter's -- great-granddaughter's | | | | |
| 13      birthday party. | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 14   Q   Is that when he talked to you about this lawsuit? | | | | |
| 15   A   No, we didn't never talk about the lawsuit.  He | | | | |
| 16       just came to the birthday party.  But, no, we | | | | |
| 17       never discussed this lawsuit. | | | | |
| 18   Q   When did he tell you to make sure that you | | | | |
| 19       appeared for this deposition? | | | | |
| 20   A   After they came to try to serve me the subpoena | | | | |
| 21       and I didn't receive it, so... | | | | |
| 22   Q   Do you recall the date? | | | | |
| 23   A   No. | | | | |
| 24   Q   Was it in the last month? | | | | |
| 25   A   Yes, in the last month. | | | | |
| 18 | | | | |
| 1   Q   Have you ever had any substantive discussions | | | | |
| 2       with Ravon about this lawsuit? | | | | |
| 3   A   No. | | | | |
| 4   Q   Do you expect to receive any money if Ravon wins | | | | |
| 5       this lawsuit? | | | | |
| 6   A   No. | | | | |
| 7   Q   What about if he settles this lawsuit? | | | | |
| 8   A   No. | | | | |
| 9   Q   Ms. Conley, I want to talk a little bit about | | | | |
| 10       your education.  What's the highest level of | | | | |
| 11       education that you have received? | | | | |
| 12   A   Like eleventh grade. | | | | |
| 13   Q   What elementary or grammar school did you attend? | | | | |
| 14   A   Siefert School in Milwaukee. | | | | |
| 15   Q   Do you recall generally what grades you got in | | | | |
| 16       elementary or grammar school? | | | | |
| 17   A   I pretty much went to the eighth grade or -- you | | | | |
| 18       know, I think I went to the seventh, and then I | | | | |
| 19       went to Wells Junior High. | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 20   Q   Let me stop you there.  You may have | | | | |
| 21      misunderstood my question.  What -- what grades, | | | | |
| 22      what marks, did you get?  How was your | | | | |
| 23      performance in the school? | | | | |
| 24   A   Oh.  Probably Cs. | | | | |
| 25   Q   Cs? | | | | |
| | 19 | | | |
| 1   A   Bs, Bs and Cs. | | | | |
| 2   Q   Were you ever disciplined in elementary or | | | | |
| 3      grammar school? | | | | |
| 4   A   No. | | | | |
| 5   Q   Were you ever suspended? | | | | |
| 6   A   No. | | | | |
| 7   Q   How was your attendance in elementary or grammar | | | | |
| 8      school? | | | | |
| 9   A   Pretty much every day. | | | | |
| 10   Q   Did you participate in any extracurricular | | | | |
| 11      activities in elementary or grammar school? | | | | |
| 12   A   No.  Just -- no. | | | | |
| 13   Q   What about sports? | | | | |
| 14   A   Gym.  Just, you know, the average, the normal | | | | |
| 15      stuff they do in gym. | | | | |
| 16   Q   What about music? | | | | |
| 17   A   Music, yeah. | | | | |
| 18   Q   Was that part of the school or was that outside | | | | |
| 19      -- | | | | |
| 20   A   Just I was in the chorus at school, Christmas | | | | |
| 21      plays and stuff like that. | | | | |
| 22   Q   That was elementary and grammar school? | | | | |
| 23   A   Yeah, that was at the elementary. | | | | |
| 24   Q   And I think you may have started to tell me. | | | | |
| 25      What middle school did you attend? | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| | 20 | | | |
| 1   A   I went to Siefert.  It was the whole -- you know, | | | | |
| 2        it was middle and elementary. | | | | |
| 3   Q   Were your grades in middle school about the same | | | | |
| 4        as your grades in elementary and grammar school? | | | | |
| 5   A   Yeah, um-hum.  Yeah. | | | | |
| 6   Q   Were you ever disciplined in middle school? | | | | |
| 7   A   No. | | | | |
| 8   Q   How about suspended? | | | | |
| 9   A   No. | | | | |
| 10   Q   How was your attendance in middle school? | | | | |
| 11   A   Oh, pretty much every day. | | | | |
| 12   Q   About the same? | | | | |
| 13   A   Except -- Yeah, pretty much the same except for | | | | |
| 14        being sick or something. | | | | |
| 15   Q   What about extracurricular activities in middle | | | | |
| 16        school? | | | | |
| 17   A   Gym. | | | | |
| 18   Q   Gym? | | | | |
| 19   A   Yeah. | | | | |
| 20   Q   How about chorus? | | | | |
| 21   A   No. | | | | |
| 22   Q   What high school did you attend? | | | | |
| 23   A   I went to Central High in Kansas City, Missouri. | | | | |
| 24   Q   And what were the dates that you attended | | | | |
| 25        elementary and middle school at Siefert? | | | | |
| | 21 | | | |
| 1   A   Oh, geez, I wouldn't -- I'm 58-years-old, so | | | | |
| 2        figure back, you know, go back.  I will let you | | | | |
| 3        do the math maybe. | | | | |
| 4   Q   You don't recall off the top of your head? | | | | |
| 5   A   No.  I know when I dropped out of school it was | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 6      in '71. | | | | |
| 7    Q   And you dropped out of Central High in Kansas | | | | |
| 8      City? | | | | |
| 9    A   Um-hum. | | | | |
| 10    Q   So you completed middle school at Siefert, and | | | | |
| 11      then after that you left to attend high school at | | | | |
| 12      Central High, is that correct? | | | | |
| 13    A   Well, I went to Wells Junior High after Siefert. | | | | |
| 14    Q   Where is that located? | | | | |
| 15    A   That was on 18th and Wells in Milwaukee, | | | | |
| 16      Wisconsin. | | | | |
| 17    Q   And for what grades did you attend Wells? | | | | |
| 18    A   I went from the seventh to the ninth. | | | | |
| 19    Q   And you attended Siefert from kindergarten | | | | |
| 20      through sixth? | | | | |
| 21    A   Kindergarten -- Yeah.  Yes. | | | | |
| 22    Q   Why did you leave Milwaukee to attend high school | | | | |
| 23      in Kansas City? | | | | |
| 24    A   I went to move with my aunt and uncle. | | | | |
| 25    Q   What were their names? | | | | |
| | 22 | | | |
| 1    A   Uncle Junior and -- geez, I forgot his wife's | | | | |
| 2      name. | | | | |
| 3    Q   What was Uncle Junior's real name? | | | | |
| 4    A   Calvin.  Calvin Griffin. | | | | |
| 5    Q   And you said you -- you went to live with them, | | | | |
| 6      but why did you leave Milwaukee? | | | | |
| 7    A   Just, you know, they just came down at one point | | | | |
| 8      to visit my mom, and they said, "Can Peggy come | | | | |
| 9      back with us?"  So, yeah, I want to go, so I went | | | | |
| 10      down there. | | | | |
| 11    Q   Why did you want to go? | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 12   A   Just, you know, I had a lot of people in my | | | | |
| 13      family, so I wanted to get out of town. | | | | |
| 14   Q   You had a lot of people in your family in | | | | |
| 15      Milwaukee? | | | | |
| 16   A   Yeah, brothers and sisters, so... | | | | |
| 17   Q   And you wanted to get away from them? | | | | |
| 18   A   Yeah, I just wanted to, you know, just get away. | | | | |
| 19   Q   Was there a specific reason why you wanted to get | | | | |
| 20      away from them? | | | | |
| 21   A   No.  I just wanted to -- you know, people come | | | | |
| 22      from out of town, you never been, and they offer | | | | |
| 23      you to go.  I'm going just for the first time. | | | | |
| 24   Q   To try something new? | | | | |
| 25   A   Just to, you know, I was a teenager, so... | | | | |
| 23 | | | | |
| 1   Q   What grades did you receive in high school | | | | |
| 2      generally? | | | | |
| 3   A   Probably Bs and Cs.  Same thing pretty much. | | | | |
| 4   Q   Do you recall your GPA in high school? | | | | |
| 5   A   Nope. | | | | |
| 6   Q   Were you ever disciplined in high school? | | | | |
| 7   A   No. | | | | |
| 8   Q   Suspended? | | | | |
| 9   A   No. | | | | |
| 10   Q   How was your attendance in high school? | | | | |
| 11   A   Regularly. | | | | |
| 12   Q   I'm sorry? | | | | |
| 13   A   Regularly.  Daily. | | | | |
| 14   Q   Did you participate in any extracurricular | | | | |
| 15      activities in high school? | | | | |
| 16   A   No. | | | | |
| 17   Q   And you said you dropped out in eleventh grade, | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 18      is that correct? | | | | |
| 19    A   Yes. | | | | |
| 20    Q   Why did you drop out? | | | | |
| 21    A   I was pregnant. | | | | |
| 22    Q   And you were pregnant with whom? | | | | |
| 23    A   No, my daughter. | | | | |
| 24    Q   With your daughter? | | | | |
| 25    A   With who?  Who is him? | | | | |
|                 24 | | | | |
| 1    Q   I said "with whom." | | | | |
| 2    A   Oh, okay.  My daughter. | | | | |
| 3    Q   And that's Latasha? | | | | |
| 4    A   Latasha Conley, yes. | | | | |
| 5    Q   When did you become pregnant with Latasha? | | | | |
| 6    A   What do you mean when?  In '71. | | | | |
| 7    Q   Who is Latasha's father? | | | | |
| 8    A   Marzell Trussell. | | | | |
| 9    Q   Do you currently have any contract -- contact | | | | |
| 10      with Mr. Trussell? | | | | |
| 11    A   No.  I just -- Merry Christmas, Happy New Year. | | | | |
| 12      That's it. | | | | |
| 13    Q   Were you ever married to Mr. Trussell? | | | | |
| 14    A   Yes. | | | | |
| 15    Q   What were those dates? | | | | |
| 16    A   1975 to 1979. | | | | |
| 17    Q   And did you get divorced? | | | | |
| 18    A   Yes. | | | | |
| 19    Q   What was the reason? | | | | |
| 20    A   Just he was cheating. | | | | |
| 21    Q   Who was he cheating on you with? | | | | |
| 22    A   Pardon me? | | | | |
| 23    Q   Who was he cheating on you with? | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 24   A   With the babysitter. | | | | |
| 25   Q   What was the baby -- | | | | |
| | 25 | | | |
| 1          MS. MEADEN:  I didn't hear what she | | | | |
| 2        said. | | | | |
| 3  BY MR. DOUGLASS: | | | | |
| 4   Q   What was the babysitter's name? | | | | |
| 5   A   I can't think of her name right now. | | | | |
| 6   Q   That was in the late '70s? | | | | |
| 7   A   Um-hum. | | | | |
| 8   Q   Did you ever obtain your GED? | | | | |
| 9   A   No, I actually did like four tests.  I still have | | | | |
| 10        one left, so no. | | | | |
| 11   Q   Do you plan on completing that? | | | | |
| 12   A   I don't know. | | | | |
| 13   Q   Did you ever repeat any grades? | | | | |
| 14   A   No. | | | | |
| 15   Q   Did you ever skip any grades? | | | | |
| 16   A   No. | | | | |
| 17   Q   Did you ever receive any special education | | | | |
| 18        services? | | | | |
| 19   A   No. | | | | |
| 20   Q   Any tutoring or other extra help outside of | | | | |
| 21        school? | | | | |
| 22   A   No. | | | | |
| 23   Q   Do you know if you have any of your old report | | | | |
| 24        cards from high school or middle school? | | | | |
| 25   A   No. | | | | |
| | 26 | | | |
| 1   Q   You do not have them? | | | | |
| 2   A   No. | | | | |
| 3   Q   Do you know if anybody else would have them? | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 4   A   Probably the schools.  Well, no, nobody in my | | | | |
| 5       family, but... | | | | |
| 6   Q   Maybe the schools? | | | | |
| 7   A   Maybe still records at the school, if they go | | | | |
| 8       back that far. | | | | |
| 9   Q   Have you ever shared your school grades with any | | | | |
| 10      employers or potential employers? | | | | |
| 11   A   Yes, I have shared -- No, not those grades.  I | | | | |
| 12      went to MATC after.  I have shared those grades. | | | | |
| 13   Q   What is MATC? | | | | |
| 14   A   Milwaukee Area Technical College. | | | | |
| 15   Q   When did you attend there? | | | | |
| 16   A   In 1993 and 1996.  No.  Yeah, in 1996. | | | | |
| 17   Q   What did you study at MATC? | | | | |
| 18   A   I just -- just did like engine lathe classes. | | | | |
| 19         COURT REPORTER:  I'm sorry? | | | | |
| 20         THE WITNESS:  Engine lathe. | | | | |
| 21         COURT REPORTER:  One more time. | | | | |
| 22         THE WITNESS:  Engine lathe. | | | | |
| 23         COURT REPORTER:  Engine lathe? | | | | |
| 24         THE WITNESS:  Yeah, engine lathe.  It's | | | | |
| 25       like a machinist type of field. | | | | |
|                                         27 | | | | |
| 1         COURT REPORTER:  Engine lathe. | | | | |
| 2   Q   L-A-T-H-E? | | | | |
| 3   A   Yes. | | | | |
| 4   Q   And you took those courses from '93 to '96? | | | | |
| 5   A   I took them -- yeah, from -- yeah, pretty much. | | | | |
| 6   Q   And how were your grades at MATC? | | | | |
| 7   A   Oh, pretty much As. | | | | |
| 8   Q   As? | | | | |
| 9   A   Um-hum. | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 10   Q   How was your attendance at MATC? | | | | |
| 11   A   Every day. | | | | |
| 12   Q   Why did you decide to enroll in MATC? | | | | |
| 13   A   Part of my, you know, my job training, what I | | | | |
| 14      wanted to do and, you know. | | | | |
| 15   Q   What was -- what did you -- | | | | |
| 16   A   I was going for like a machinist. | | | | |
| 17   Q   Any specific type of machinist? | | | | |
| 18   A   CNC operator. | | | | |
| 19   Q   What is CNC? | | | | |
| 20   A   You make parts, metal, steel.  I was a woman of | | | | |
| 21      steel.  No.  You just make metal parts.  I was | | | | |
| 22      working for International Truck and Engine, and | | | | |
| 23      we made engine parts. | | | | |
| 24   Q   And I will come back and ask you some questions | | | | |
| 25      about that, but I want to touch on something that | | | | |
| 28 | | | | |
| 1      you said before, which is you said you shared | | | | |
| 2      some of your MATC grades with -- | | | | |
| 3   A   Yeah, when you do jobs, you know, you always | | | | |
| 4      attach your, you know, your skills or whatever | | | | |
| 5      with it, so... | | | | |
| 6   Q   What employer did you share those grades with? | | | | |
| 7   A   A lot of different jobs that I went to, | | | | |
| 8      International Truck and Engine, for one, and a | | | | |
| 9      lot of places that I was applying for jobs.  It | | | | |
| 10      goes along with your resume. | | | | |
| 11   Q   So when you would apply for those jobs, you would | | | | |
| 12      share your grades from MATC with those potential | | | | |
| 13      employers? | | | | |
| 14   A   Um-hum. | | | | |
| 15   Q   Do you recall any other potential employers that | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 16 | you shared those grades with? | | | |
| 17 | A   Snap-On tools, Super Steel, Mechanical | | | |
| 18 | Industries.  That's about it. | | | |
| 19 | Q   Do you have copies of your grades from MATC | | | |
| 20 | today? | | | |
| 21 | A   Not with me, no.  Was I supposed to bring stuff | | | |
| 22 | for me? | | | |
| 23 | Q   I'm sorry? | | | |
| 24 | A   Was I supposed to bring stuff for me, too? | | | |
| 25 | Q   I was just -- | | | |
| | 29 | | | |
| 1 | A   Oh -- | | | |
| 2 | Q   -- asking if you had copies of those. | | | |
| 3 | A   -- no, unh-unh. | | | |
| 4 | Q   Why were you sharing those grades with your | | | |
| 5 | potential employers? | | | |
| 6 | A   I don't know.  Just show them.  I mean, part of | | | |
| 7 | my resumes that I would make just have stuff like | | | |
| 8 | that in there. | | | |
| 9 | Q   Did you think it might help you with getting a | | | |
| 10 | job? | | | |
| 11 | A   With my job, yes. | | | |
| 12 | Q   And would you share that information in this case | | | |
| 13 | if it would help Ravon's case? | | | |
| 14 | A   If I need to, I guess, yeah. | | | |
| 15 | Q   Would you share that information if Ravon's | | | |
| 16 | attorney asked you to? | | | |
| 17 | A   If that's what he needed. | | | |
| 18 | Q   And if the information was kept confidential, | | | |
| 19 | would you share it in this case? | | | |
| 20 | A   It's my confidentially.  I mean, so yeah, if I | | | |
| 21 | decide to.  It's my choice, I guess, huh? | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 22    Q   Would you be willing to sign an authorization | | | | |
| 23        that allows us to look at your grades? | | | | |
| 24    A   I don't know.  Why y'all? | | | | |
| 25    Q   If it would help Ravon's case. | | | | |
| 30 | | | | |
| 1         MR. HARDING:  You are not under any | | | | |
| 2        obligation to produce it. | | | | |
| 3         THE WITNESS:  Okay.  So no. | | | | |
| 4 | | | | |
| 5         MR. HARDING:  You can, if you want, but | | | | |
| 6        you are not under any obligation. | | | | |
| 7         THE WITNESS:  No. | | | | |
| 8  BY MR. DOUGLASS: | | | | |
| 9    Q   Why not? | | | | |
| 10    A   I mean, I'm not under -- I mean, I'm not on | | | | |
| 11        trial, so that's probably why not. | | | | |
| 12    Q   So you would not share your grades with us in | | | | |
| 13        this case? | | | | |
| 14    A   No. | | | | |
| 15    Q   Are you currently employed, Ms. Conley? | | | | |
| 16    A   No. | | | | |
| 17    Q   Let's walk through your employment history a | | | | |
| 18        little bit.  When was the last time that you were | | | | |
| 19        employed? | | | | |
| 20    A   In 2008. | | | | |
| 21    Q   And where did you work in 2008? | | | | |
| 22    A   At Super Steel. | | | | |
| 23    Q   What did you do there? | | | | |
| 24    A   Machinist.  Machinist.  A CNC operator. | | | | |
| 25    Q   How long were you at Super Steel? | | | | |
| 31 | | | | |
| 1    A   About two years. | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 2    Q    From 2006-2008? | | | | |
| 3    A    Um-hum. | | | | |
| 4    Q    What was your rate of pay during that time? | | | | |
| 5    A    About 16.50 or something like that. | | | | |
| 6    Q    $16.50 an hour? | | | | |
| 7    A    Um-hum. | | | | |
| 8    Q    Why did you leave Super Steel? | | | | |
| 9    A    I got fired.  No, I got laid off from Super | | | | |
| 10        Steel. | | | | |
| 11    Q    Do you know why you got laid off? | | | | |
| 12    A    I just got laid off.  I guess there was a | | | | |
| 13        shortage.  I don't know what was going on.  I got | | | | |
| 14        laid off, so... | | | | |
| 15    Q    Do you know whether it had to do with performance | | | | |
| 16        issues? | | | | |
| 17    A    No.  No, they were just kind of cutting down on | | | | |
| 18        people, so -- It makes you wonder, though, huh? | | | | |
| 19    Q    Did you receive any performance evaluations while | | | | |
| 20        you were at Super Steel? | | | | |
| 21    A    When you get a raise, yeah. | | | | |
| 22    Q    How many of those evaluations do you recall | | | | |
| 23        receiving? | | | | |
| 24    A    Only did one.  One.  Only one. | | | | |
| 25    Q    Was it a written or oral evaluation? | | | | |
| 32 | | | | |
| 1    A    Oral/written.  Oral, you know, you go in an | | | | |
| 2        office and they tell you. | | | | |
| 3    Q    What do they tell you during that evaluation? | | | | |
| 4    A    That you are getting a raise for doing a good | | | | |
| 5        performance. | | | | |
| 6    Q    They told you that you were performing well? | | | | |
| 7    A    Yes. | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 8    Q   Do you recall who you had that conversation with? | | | | |
| 9    A   Probably a supervisor. | | | | |
| 10    Q   Do you remember his name? | | | | |
| 11    A   No. | | | | |
| 12    Q   Other than the raise, did you receive any | | | | |
| 13        promotions while you were at that job? | | | | |
| 14    A   Well, it was like a, you know -- | | | | |
| 15    Q   Was it a title promotion? | | | | |
| 16    A   No. | | | | |
| 17    Q   It was just a monetary raise? | | | | |
| 18    A   Just a -- yeah. | | | | |
| 19    Q   Did you work with any lead products while you | | | | |
| 20        were at Super Steel? | | | | |
| 21    A   No. | | | | |
| 22    Q   What types of products did you work with while | | | | |
| 23        you were at Super Steel? | | | | |
| 24    A   Aluminum, pretty much metals. | | | | |
| 25    Q   What other types of metals? | | | | |
| 33 | | | | |
| 1    A   Probably alum. | | | | |
| 2    Q   Alum? | | | | |
| 3    A   Not alum.  I said alum.  Metals.  Just metals. | | | | |
| 4        Different metals. | | | | |
| 5    Q   Other than aluminum, do you recall any other | | | | |
| 6        types of metals that you might have worked with? | | | | |
| 7    A   Steel.  Metal, steel.  Same thing. | | | | |
| 8    Q   So aluminum, steel.  Anything else? | | | | |
| 9    A   No. | | | | |
| 10    Q   How do you know that you didn't work with any | | | | |
| 11        lead at Super Steel? | | | | |
| 12    A   Because they didn't have lead in the parts that I | | | | |
| 13        was making. | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 14    Q    How do you know that? | | | | |
| 15    A    I'm pretty sure they wouldn't have, you know, | | | | |
| 16         lead in metal.  Not in aluminum.  Lead doesn't | | | | |
| 17         just form. | | | | |
| 18    Q    Did you ever ask anybody at Super Steel whether | | | | |
| 19         they had any lead materials? | | | | |
| 20    A    No. | | | | |
| 21    Q    Where was the Super Steel plant? | | | | |
| 22    A    On 78th and Bradley -- not Bradley -- Tower | | | | |
| 23         Avenue in Milwaukee. | | | | |
| 24    Q    Were you living with Ravon at the time that you | | | | |
| 25         were working at Super Steel? | | | | |
| | 34 | | | |
| 1    A    No, unh-unh. | | | | |
| 2    Q    Where were you living when you worked at Super | | | | |
| 3         Steel? | | | | |
| 4    A    90 -- Same address. | | | | |
| 5    Q    9028 North 7th? | | | | |
| 6    A    70th. | | | | |
| 7    Q    70th? | | | | |
| 8    A    Um-hum. | | | | |
| 9    Q    Thank you. | | | | |
| 10   A    Yes.  Does everybody else have 70th -- 7th or | | | | |
| 11         70th? | | | | |
| 12         MR. BAISH:  I gotcha. | | | | |
| 13  BY MR. DOUGLASS: | | | | |
| 14   Q    Before you worked at Super Steel, where did you | | | | |
| 15         work? | | | | |
| 16   A    At Snap-On Tools. | | | | |
| 17   Q    What did you do at Snap-On Tools? | | | | |
| 18   A    Just pretty much a machinist, same thing. | | | | |
| 19   Q    What dates did you work at Snap-On Tools? | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 20    A   I worked there to like right around 2006, just | | | | |
| 21        the beginning of 2006.  Just -- I only worked | | | | |
| 22        there for a little bit. | | | | |
| 23    Q   When did you start working there? | | | | |
| 24    A   Sometime in 2006.  I ended up getting fired from | | | | |
| 25        International Truck and Engine in 2006 and I went | | | | |
| 35 | | | | |
| 1        to Snap-On Tools, and then I went to Super Steel. | | | | |
| 2    Q   So you were at Snap-On Tools -- you started in | | | | |
| 3        2006 and you left in 2006? | | | | |
| 4    A   Pretty much. | | | | |
| 5    Q   How many months would you say you were there? | | | | |
| 6    A   Probably five, six months.  As a matter of fact, | | | | |
| 7        it wasn't.  It was like, I think, my 90 days, | | | | |
| 8        three months. | | | | |
| 9    Q   Let me jump back real quick to Super Steel.  You | | | | |
| 10        said that your rate of pay was $16.50.  Was that | | | | |
| 11        when you left there? | | | | |
| 12    A   Yeah. | | | | |
| 13    Q   And I think you said that you -- | | | | |
| 14    A   I probably started out with 15 something. | | | | |
| 15    Q   You think you started at 15? | | | | |
| 16    A   15.50 I started out; 16.50 when I left. | | | | |
| 17    Q   So you got a dollar raise at some point? | | | | |
| 18    A   Yeah. | | | | |
| 19    Q   Do you recall what date that was? | | | | |
| 20    A   What date? No. | | | | |
| 21    Q   What year? | | | | |
| 22    A   2008 or maybe '7.  Between 2006 and 2008, I got a | | | | |
| 23        dollar raise. | | | | |
| 24    Q   What was your pay at Snap-On Tools? | | | | |
| 25    A   14.50, I think.  Yeah, it was 14.50. | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| | 36 | | | |
| 1　Q　Did you receive any performance evaluations -- | | | | |
| 2　A　No. | | | | |
| 3　Q　-- when you were at Snap-On Tools? | | | | |
| 4　A　I was only -- I'm sorry. | | | | |
| 5　　　　MR. DOUGLASS:  Just to remind you, let's | | | | |
| 6　　　wait until I finish my question. | | | | |
| 7　　　　Can you read the question back? | | | | |
| 8　　　　COURT REPORTER:  "Did you receive any | | | | |
| 9　　　performance evaluations when you were at Snap-On | | | | |
| 10　　　Tools?" | | | | |
| 11　　　　THE WITNESS:  No. | | | | |
| 12　BY MR. DOUGLASS: | | | | |
| 13　Q　Did you work with any metals while you were at | | | | |
| 14　　　Snap-On Tools? | | | | |
| 15　A　Steel.  Just steel. | | | | |
| 16　Q　What about aluminum? | | | | |
| 17　A　No. | | | | |
| 18　Q　Any wood? | | | | |
| 19　A　No. | | | | |
| 20　Q　Any lead? | | | | |
| 21　A　No. | | | | |
| 22　Q　Do you know if Snap-On Tools uses any lead in | | | | |
| 23　　　their products? | | | | |
| 24　A　No. | | | | |
| 25　Q　You don't know? | | | | |
| | 37 | | | |
| 1　A　I don't -- No, I'm pretty sure they don't. | | | | |
| 2　Q　And where were you living when you were at | | | | |
| 3　　　Snap-On Tools? | | | | |
| 4　A　9028 70th Street, Milwaukee. | | | | |
| 5　Q　Why did you leave Snap-On Tools? | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 6    A   I got fired. | | | | |
| 7    Q   For what? | | | | |
| 8    A   Well, just a -- missing a day somewhere.  In 30 | | | | |
| 9         days you got -- you can only -- I think I was a | | | | |
| 10        couple hours late.  I don't know.  Something | | | | |
| 11        happened where it was attendance or something | | | | |
| 12        pertaining to that. | | | | |
| 13    Q   Who was your supervisor at Snap-On Tools? | | | | |
| 14    A   I can't recall his name. | | | | |
| 15    Q   Do you know who fired you at Snap-On Tools? | | | | |
| 16    A   Human Resources. | | | | |
| 17    Q   Do you recall the person from Human Resources | | | | |
| 18        that fired you? | | | | |
| 19    A   No. | | | | |
| 20    Q   And before Snap-On Tools you worked at -- | | | | |
| 21    A   International Truck and Engine. | | | | |
| 22    Q   International Truck -- | | | | |
| 23    A   -- and Engine. | | | | |
| 24    Q   What did you do there? | | | | |
| 25    A   Machinist.  CNC operator. | | | | |
| 38 | | | | |
| 1    Q   What were the dates that you were at | | | | |
| 2         International Truck and Engine? | | | | |
| 3    A   From 1995 to 2006. | | | | |
| 4    Q   And were you a machinist during that entire time? | | | | |
| 5    A   Pretty much, yes. | | | | |
| 6    Q   Did you ever do anything during that time other | | | | |
| 7         than machinist? | | | | |
| 8    A   No, not really. | | | | |
| 9    Q   When you say "not really," was there anything | | | | |
| 10        else you did? | | | | |
| 11    A   Just a machinist.  Always operate machines. | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 12   Q   What type of machines were they? | | | | |
| 13   A   Turning centers, CNC machines, drills, drilling. | | | | |
| 14       VIDEO TECHNICIAN: Please keep your | | | | |
| 15       voice up. I can't even hear. | | | | |
| 16       THE WITNESS: Oh, sorry. Drilling. | | | | |
| 17       VIDEO TECHNICIAN: Just keep the voice | | | | |
| 18       up and it will be fine. | | | | |
| 19   BY MR. DOUGLASS: | | | | |
| 20   Q   You said drilling? | | | | |
| 21   A   Drilling. | | | | |
| 22   Q   When you say drilling -- | | | | |
| 23   A   Drilling. Just a lot of machinery-type stuff. | | | | |
| 24   Q   Were you -- | | | | |
| 25   A   Working with machines, different type of | | | | |
|                 39 | | | | |
| 1       machines. | | | | |
| 2   Q   Were you doing drilling? | | | | |
| 3   A   Drilling, yes. | | | | |
| 4   Q   What were you drilling? | | | | |
| 5   A   Holes into parts, aluminum, metal parts, spring | | | | |
| 6       hangers and motor mounts, U-bolts. | | | | |
| 7   Q   Any other parts that you would have been drilling | | | | |
| 8       into? | | | | |
| 9   A   No. | | | | |
| 10   Q   What materials did you work with while you were | | | | |
| 11       at International Truck and Engine? | | | | |
| 12   A   Steel. | | | | |
| 13   Q   Any aluminum? | | | | |
| 14   A   No. | | | | |
| 15   Q   Any wood? | | | | |
| 16   A   No. | | | | |
| 17   Q   Any lead? | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 18   A   No. | | | | |
| 19   Q   Do you know if International Truck and Engine | | | | |
| 20     used lead in any of their parts? | | | | |
| 21   A   No, they don't. | | | | |
| 22   Q   They do not? | | | | |
| 23   A   No. | | | | |
| 24   Q   How do you know that? | | | | |
| 25   A   I worked there for quite a few years.  We never | | | | |
|                40 | | | | |
| 1     talked of lead or dealt with any lead. | | | | |
| 2   Q   Did you ever ask anybody at International Truck | | | | |
| 3     and Engine if they had any lead in their parts? | | | | |
| 4   A   No, it was alloy. | | | | |
| 5   Q   Was it steel alloy? | | | | |
| 6   A   Um-hum. | | | | |
| 7   Q   And you were there from 1995 to 2006.  Where were | | | | |
| 8     you living during that time span? | | | | |
| 9   A   I started out living at 3626 North 6th Street. | | | | |
| 10   Q   You would have been living there when you started | | | | |
| 11     in 1995? | | | | |
| 12   A   Yes. | | | | |
| 13   Q   How long did you live at 3626 North 6th Street? | | | | |
| 14   A   From '93 until '96. | | | | |
| 15   Q   And where did you move in 1996? | | | | |
| 16   A   9028 North 70th street. | | | | |
| 17   Q   And you were there continuously starting in 1996? | | | | |
| 18   A   From where I -- to 9028 North 70th? | | | | |
| 19   Q   Let me ask it a different way.  You said you left | | | | |
| 20     3626 North 6th Street in 1996, is that correct? | | | | |
| 21   A   '96, and I moved -- yes. | | | | |
| 22   Q   And you moved to 9028 North 70th Street in 1996? | | | | |
| 23   A   Yes. | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 24    Q   Okay.  Between 1996 and the present have you | | | | |
| 25        always lived at 9028 North 70th Street? | | | | |
| 41 | | | | |
| 1    A   Yes, besides down with my boyfriend.  So yes. | | | | |
| 2    Q   Were you at 9028 North 70th Street from 1996 to | | | | |
| 3        2006? | | | | |
| 4    A   Until 2016.  Until today. | | | | |
| 5    Q   So also between 1998 and -- 1996 and 2006, | | | | |
| 6        correct? | | | | |
| 7    A   Yeah. | | | | |
| 8    Q   What was your rate of pay at International Truck | | | | |
| 9        and Engine? | | | | |
| 10   A   Seventeen. | | | | |
| 11   Q   $17 an hour? | | | | |
| 12   A   17.20, something like that, or something like | | | | |
| 13       that. | | | | |
| 14   Q   Was that when you left in 2006? | | | | |
| 15   A   That's when I left, yeah. | | | | |
| 16   Q   Do you recall -- | | | | |
| 17   A   No.  Yeah.  I'm sorry. | | | | |
| 18   Q   Do you recall what it was when you started there | | | | |
| 19       in 1995? | | | | |
| 20   A   12.50. | | | | |
| 21   Q   How many raises did you receive while you were | | | | |
| 22       there? | | | | |
| 23   A   Apparently three or four, maybe. | | | | |
| 24   Q   Do you recall when those were? | | | | |
| 25   A   No, just between those years.  I went from 12.50 | | | | |
| 42 | | | | |
| 1        to 17 something between 2000 -- between '96 and | | | | |
| 2        2006, '95 and 2006. | | | | |
| 3    Q   Do you recall any performance evaluations that | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 4 | you received while you were at International | | | |
| 5 | Truck and Engine? | | | |
| 6 | A Every time you got a raise pretty much, yeah. | | | |
| 7 | Q And you got a handful of raises, so you would | | | |
| 8 | have had a handful of performance evaluations? | | | |
| 9 | A Yeah. | | | |
| 10 | Q Who performed those evaluations? | | | |
| 11 | A Supervisors. | | | |
| 12 | Q Do you recall any of their names? | | | |
| 13 | A No. George Lettinger at one point. | | | |
| 14 | Q Did you say that one of them was George | | | |
| 15 | Lettinger? | | | |
| 16 | A Lettinger, yeah. | | | |
| 17 | Q Do you know how to spell the last name? | | | |
| 18 | A L-E-T-T -- I'd have to probably write it -- | | | |
| 19 | G-E-R. | | | |
| 20 | Q Do you know if he's still there? | | | |
| 21 | A No. He passed away. No. | | | |
| 22 | Q What did your supervisors generally say to you | | | |
| 23 | during the performance evaluations when you were | | | |
| 24 | at International Truck and Engine? | | | |
| 25 | A They just let you know your work performance, you | | | |
| | 43 | | | |
| 1 | know, where you are lacking at or where you are | | | |
| 2 | good at. | | | |
| 3 | Q What did they say that you were good at? | | | |
| 4 | A I don't know. They usually just have some | | | |
| 5 | paperwork and you look over it and, you know, | | | |
| 6 | check, check -- they checked it and you just | | | |
| 7 | pretty much signed it and you got a raise. | | | |
| 8 | Q Do you recall anything specific that they said | | | |
| 9 | you were good at? | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 10   A   Everything I do.  No, I'm just kidding.  But no. | | | | |
| 11   Q   You don't -- | | | | |
| 12   A   No. | | | | |
| 13   Q   Do you recall anything that they said you needed | | | | |
| 14       to work on? | | | | |
| 15   A   No. | | | | |
| 16   Q   How was your attendance at International Truck | | | | |
| 17       and Engine? | | | | |
| 18   A   It was pretty good. | | | | |
| 19   Q   Why did you leave there? | | | | |
| 20   A   I got fired. | | | | |
| 21   Q   For what reason? | | | | |
| 22   A   I had -- I had to come to court here in | | | | |
| 23       Milwaukee, and another lady had to come to court, | | | | |
| 24       too.  And my court was -- what was I -- it was -- | | | | |
| 25       what do you call that when you -- when you -- I | | | | |
| | 44 | | | |
| 1       don't know what it was for, but it was where I | | | | |
| 2       had to go to court, and it's -- I don't know.  It | | | | |
| 3       was something.  I don't know.  But anyways, I got | | | | |
| 4       fired because they wanted me to go to court and | | | | |
| 5       bring in what time I walked into court, what time | | | | |
| 6       you walk out.  Now who -- who does that? | | | | |
| 7           So actually -- I don't know.  I got | | | | |
| 8       fired for that, not bringing paperwork back from | | | | |
| 9       court, what time I left and what time I got | | | | |
| 10       there. | | | | |
| 11   Q   What did the court case involve? | | | | |
| 12   A   It was something.  I can't even recall what it | | | | |
| 13       was.  It was -- I think I was taking somebody to | | | | |
| 14       court for my rental property.  I think that's | | | | |
| 15       what it was. | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 16    Q   Was this in 2006? | | | | |
| 17    A   No, this wasn't -- Yeah, it was in 2006. | | | | |
| 18    Q   You said you were taking somebody to court.  Do | | | | |
| 19        you -- | | | | |
| 20    A   Yeah, a tenant to court for not paying rent. | | | | |
| 21    Q   Who didn't pay rent? | | | | |
| 22    A   A tenant of mine. | | | | |
| 23    Q   What was the property? | | | | |
| 24    A   3626 North 6th Street. | | | | |
| 25    Q   Who was the tenant? | | | | |
| 45 | | | | |
| 1    A   Wendy Osborne.  Wendy.  I think that's her last | | | | |
| 2        name. | | | | |
| 3    Q   Who is Wendy Osborne? | | | | |
| 4    A   She was a tenant of mine. | | | | |
| 5    Q   How do you know her? | | | | |
| 6    A   She was a tenant. | | | | |
| 7    Q   Any other -- | | | | |
| 8    A   No, just -- no. | | | | |
| 9    Q   Is she related to you? | | | | |
| 10    A   No. | | | | |
| 11    Q   How much did she owe you? | | | | |
| 12    A   She owed me like for three months' rent. | | | | |
| 13    Q   Was that for rent in 2006? | | | | |
| 14    A   That was for rent in 2006. | | | | |
| 15    Q   And you sued her? | | | | |
| 16    A   Well, I took her to court.  I never got nothing | | | | |
| 17        for it, but yeah.  I took her to small claims | | | | |
| 18        court.  That's what you call it. | | | | |
| 19    Q   And you lost the case? | | | | |
| 20    A   I -- I won it, you know, she got -- she had five | | | | |
| 21        days to move or whatever, but I never, you know, | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 22     I guess they say what you owe her this much | | | | |
| 23     money, and I guess whenever she does anything -- | | | | |
| 24     I don't know, get a lawyer. I don't know what | | | | |
| 25     happens, but I never got paid. Put it that way. | | | | |
| | 46 | | | |
| 1   Q   But they evicted her? | | | | |
| 2   A   They evicted her, yeah. | | | | |
| 3   Q   Was anybody else living at the house with Wendy | | | | |
| 4     during the time that she was renting? | | | | |
| 5   A   She had three kids. | | | | |
| 6   Q   I'm sorry? | | | | |
| 7   A   She had three kids. | | | | |
| 8   Q   What was the period when Wendy lived at that | | | | |
| 9     house? | | | | |
| 10   A   She lived there from 2005 to 2006. It was in | | | | |
| 11     December of 2006, I think, when I evicted her. | | | | |
| 12     And the reason for her not paying was because | | | | |
| 13     it's Christmas, so she had to buy Christmas | | | | |
| 14     presents. So did I. | | | | |
| 15   Q   What were the ages of her kids when they were | | | | |
| 16     living there? | | | | |
| 17   A   They were probably under 5. | | | | |
| 18   Q   All three of them? | | | | |
| 19   A   I think so. | | | | |
| 20   Q   How much was the rent that you were charging her? | | | | |
| 21   A   750 or something like that. | | | | |
| 22   Q   $750 a month? | | | | |
| 23   A   Um-hum. | | | | |
| 24   Q   Was anybody else living at that house during the | | | | |
| 25     time that Wendy was living there? | | | | |
| | 47 | | | |
| 1   A   No. | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 2   Q   Do you recall the names of her three children? | | | | |
| 3   A   I can remember one's name, Angel. | | | | |
| 4   Q   But not the other two? | | | | |
| 5   A   No. | | | | |
| 6   Q   Did Wendy ever lodge any complaints with you | | | | |
| 7      about the condition of the house? | | | | |
| 8   A   No. | | | | |
| 9   Q   Do you know if Wendy has ever had her blood | | | | |
| 10      tested for lead? | | | | |
| 11   A   No. | | | | |
| 12   Q   You don't know? | | | | |
| 13   A   No, I don't. | | | | |
| 14   Q   Do you know if any of her three children's blood | | | | |
| 15      has ever been tested for lead? | | | | |
| 16   A   No. | | | | |
| 17   Q   You don't know? | | | | |
| 18   A   No, I don't. | | | | |
| 19   Q   Where did you work before International Truck and | | | | |
| 20      Engine? | | | | |
| 21   A   At -- I can't think of the name of it.  I can't | | | | |
| 22      think of the name of it, but it's on 89th and | | | | |
| 23      Tower Avenue. | | | | |
| 24   Q   It's on 9th and Tower? | | | | |
| 25   A   89th and Tower Avenue in Milwaukee. | | | | |
|                                              48 | | | | |
| 1   Q   What's the name of it? | | | | |
| 2   A   I can't think of the name of it offhand.  Maybe | | | | |
| 3      it will come to me in a little bit. | | | | |
| 4   Q   What type of job was it? | | | | |
| 5   A   It was -- I was a machinist there, also, a | | | | |
| 6      machinist.  And also I worked with -- I soldered | | | | |
| 7      parts together.  What was the name of the place. | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 8    Q   What were the dates that you worked there? | | | | |
| 9    A   I worked from '93 to '95.  I mean, yeah, | | | | |
| 10        '93 to '95. | | | | |
| 11    Q   You said you soldered parts there? | | | | |
| 12    A   Yeah. | | | | |
| 13    Q   What -- what type of parts? | | | | |
| 14    A   We -- what the hell -- eyelets.  Eyelets. | | | | |
| 15    Q   What are eyelets? | | | | |
| 16    A   Little bitty eyelets, like little things that go | | | | |
| 17        on your -- like your outfits.  You know, little | | | | |
| 18        eyelets.  Like if you snap on a snap and then you | | | | |
| 19        got the little eyelet, snap into it. | | | | |
| 20    Q   Anything else that you did there? | | | | |
| 21    A   Not -- you know, different little stuff in the | | | | |
| 22        company like, you know, I used to run parts | | | | |
| 23        through a machine, just take all the parts and | | | | |
| 24        run them through a machine. | | | | |
| 25    Q   What type of parts did you run through the | | | | |
| | 49 | | | |
| 1        machine? | | | | |
| 2    A   It was actually carbon. | | | | |
| 3    Q   When you say "carbon," do you mean -- | | | | |
| 4    A   Carbon.  Like carbon, like charcoal carbon. | | | | |
| 5    Q   And what was the charcoal being used for? | | | | |
| 6    A   They were using it to make parts for boats. | | | | |
| 7        Damn, what was the name of the company.  I guess | | | | |
| 8        when you get older you be losing your mind or | | | | |
| 9        something.  I'm forgetting a lot of stuff. | | | | |
| 10    Q   Do you know what type of parts they made for | | | | |
| 11        boats? | | | | |
| 12    A   They just made parts for boats, from my | | | | |
| 13        understanding. | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 14    Q   You don't know what type? | | | | |
| 15    A   No. | | | | |
| 16    Q   They were -- were using the carbon for that? | | | | |
| 17    A   Yeah. | | | | |
| 18    Q   Anything else that you did when you were at that | | | | |
| 19        job? | | | | |
| 20    A   No. | | | | |
| 21    Q   You said carbon.  What other materials were you | | | | |
| 22        working -- | | | | |
| 23    A   They had carbon and they had the little bitty | | | | |
| 24        eyelets that were little aluminum, metal, little | | | | |
| 25        pieces, like little metal snaps, that kind of | | | | |
|                                                          50 | | | | |
| 1        material. | | | | |
| 2    Q   Do you know if there was any lead being used | | | | |
| 3        there? | | | | |
| 4    A   No. | | | | |
| 5    Q   You don't know? | | | | |
| 6    A   I don't think so, no. | | | | |
| 7    Q   You don't think that there was any lead being | | | | |
| 8        used? | | | | |
| 9    A   No.  I mean, carbon, does that have lead in it? | | | | |
| 10    Q   Did you ever ask anybody, any supervisors there, | | | | |
| 11        if there was any lead in the materials? | | | | |
| 12    A   No. | | | | |
| 13    Q   Did you ever receive any training there about | | | | |
| 14        lead? | | | | |
| 15    A   No. | | | | |
| 16    Q   Have you ever received any training at any of | | | | |
| 17        your jobs regarding lead? | | | | |
| 18    A   No. | | | | |
| 19    Q   What was your rate of pay when you were working | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 20 | there? | | | |
| 21 | A  I think 8.50. | | | |
| 22 | Q  During the entire time? | | | |
| 23 | A  It seems that way, yeah. | | | |
| 24 | Q  When you started in 1993, you were making 8.50? | | | |
| 25 | A  Um-hum. | | | |
| | 51 | | | |
| 1 | Q  And when you left in 1995 you were also making | | | |
| 2 | 8.50? | | | |
| 3 | A  I think so.  I think, yeah. | | | |
| 4 | Q  Did you ever receive any promotions while you | | | |
| 5 | were there? | | | |
| 6 | A  No. | | | |
| 7 | Q  Any performance evaluations? | | | |
| 8 | A  No. | | | |
| 9 | Q  Why did you leave there? | | | |
| 10 | A  I went to International Truck and Engine. | | | |
| 11 | Q  Were you terminated from that job? | | | |
| 12 | A  No, I quit. | | | |
| 13 | Q  You quit because International Truck you thought | | | |
| 14 | gave you a better opportunity? | | | |
| 15 | A  Um-hum. | | | |
| 16 | Q  Where did you work before the place on 89th and | | | |
| 17 | Tower? | | | |
| 18 | A  I'm not sure at this point. | | | |
| 19 | Q  You don't recall? | | | |
| 20 | A  No. | | | |
| 21 | Q  Do you recall what type of job it was? | | | |
| 22 | A  No. | | | |
| 23 | Q  Was it a machinist? | | | |
| 24 | A  No, I just -- I don't recall where I worked | | | |
| 25 | before that, so... | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| | 52 | | | |
| 1   Q   Do you recall what you were doing? | | | | |
| 2   A   I mean, if I don't recall the job, how would I be | | | | |
| 3       doing anything? | | | | |
| 4   Q   Do you recall any employment that you had before | | | | |
| 5       the job at 89th and Tower? | | | | |
| 6   A   No. | | | | |
| 7   Q   None? | | | | |
| 8   A   No. | | | | |
| 9   Q   Do you recall maybe not the specific names of the | | | | |
| 10       place, but any other occupations that you had | | | | |
| 11       before the machinist job at 89th and Tower? | | | | |
| 12   A   I worked at Mechanical Industries at one point. | | | | |
| 13   Q   Do you recall when? | | | | |
| 14   A   No. | | | | |
| 15   Q   Do you know if you worked with any lead products | | | | |
| 16       at that job? | | | | |
| 17   A   No. | | | | |
| 18   Q   Where were you living when you were at the job on | | | | |
| 19       89th and Tower? | | | | |
| 20   A   At 9028 North 70th. No, I was at 3626 North 6th | | | | |
| 21       Street. I'm sorry. | | | | |
| 22   Q   Do you recall where you were living when you were | | | | |
| 23       at Mechanical Industries? | | | | |
| 24   A   3626 6th Street. | | | | |
| 25   Q   Any other employers or occupations that you | | | | |
| | 53 | | | |
| 1       recall prior to Mechanical Industries? | | | | |
| 2   A   No. | | | | |
| 3   Q   None? | | | | |
| 4   A   Not offhand. I can't remember. | | | | |
| 5   Q   We talked a little bit about lead at these | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 6 | occupations. Have you otherwise ever come into | | | |
| 7 | contact with any lead or lead products? | | | |
| 8 | A No. | | | |
| 9 | Q How do you know? | | | |
| 10 | A I really don't. I mean, I just -- as far as me | | | |
| 11 | working at places, I think they would have said, | | | |
| 12 | "Well, you are not working with steel, you are | | | |
| 13 | working with lead." But other than that, no. | | | |
| 14 | Q How would you describe your overall health today? | | | |
| 15 | A I have back pain and I got a spurred hip. I got | | | |
| 16 | arthritis in my lower back. I got fibromyalgia. | | | |
| 17 | Other than that, I'm okay. | | | |
| 18 | Q You said you have back pain. Do you know what | | | |
| 19 | the cause of the back pain is? | | | |
| 20 | A No. | | | |
| 21 | Q You don't know? | | | |
| 22 | A Maybe it's a spurred hip from around the back. I | | | |
| 23 | don't know. | | | |
| 24 | Q Other than what you just mentioned, any other | | | |
| 25 | health issues? | | | |
| | 54 | | | |
| 1 | A No. | | | |
| 2 | Q When did you start -- When did you start getting | | | |
| 3 | the back pain? | | | |
| 4 | A Probably in 2010, 2012. 2010. | | | |
| 5 | Q And you have had it since then. Do you take any | | | |
| 6 | medications for it? | | | |
| 7 | A No. | | | |
| 8 | Q None? | | | |
| 9 | A No. I get -- | | | |
| 10 | Q Do you take aspirin? | | | |
| 11 | A They give me like epidural -- Is it epidural? | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 12 | Epidural shots. | | | |
| 13 Q Who gives you those? | | | | |
| 14 A My doctor. | | | | |
| 15 Q What's his name? | | | | |
| 16 A Her name is LaRoche from Columbia St. Mary's. | | | | |
| 17 Q What about for your hip? Do you take anything | | | | |
| 18 for that? | | | | |
| 19 A I mean, it's all -- No, nothing for that. | | | | |
| 20 Q What about for your arthritis? | | | | |
| 21 A Nothing for that, either. I think they trying -- | | | | |
| 22 I need to go back in there. But, no, they were | | | | |
| 23 giving me shots in my back, you know, for the | | | | |
| 24 arthritis. I guess that's what causes it in the | | | | |
| 25 lower back. | | | | |
| 55 | | | | |
| 1 Q Who was giving you -- | | | | |
| 2 A I'm rubbing my back now. | | | | |
| 3 Q Who was giving you those shots? | | | | |
| 4 A My doctor, Dr. LaRoche. | | | | |
| 5 Q What about for fibromyalgia? Are you taking | | | | |
| 6 anything? | | | | |
| 7 A I was going to another doctor for that, and he | | | | |
| 8 was giving me gabapentin, which that wasn't doing | | | | |
| 9 anything, so I ended up going to Dr. LaRoche. | | | | |
| 10 Q Did the spurred hip start around the time of the | | | | |
| 11 back pain? | | | | |
| 12 A That just came a couple years ago. I don't even | | | | |
| 13 know. Yeah. | | | | |
| 14 Q What about your arthritis? When did that start? | | | | |
| 15 A Probably 2010. I guess apparently 2010 to '12. | | | | |
| 16 You know, my back been hurting since then, but | | | | |
| 17 just recently, you know, when they did the MRI, | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 18     then it's got arthritis.  So, okay, that's why my | | | | |
| 19     back been hurting all these years. | | | | |
| 20    Q    When did your fibromyalgia start? | | | | |
| 21    A    That started apparently somewhere down the line I | | | | |
| 22     guess in the last couple years.  It's probably | | | | |
| 23     been there along with everything else, because | | | | |
| 24     they say one -- you know, that all parts of your | | | | |
| 25     body hurt with that, so I got diagnosed with it, | | | | |
| 56 | | | | |
| 1     I guess, a couple years ago. | | | | |
| 2    Q    Before your -- your back pain and the hip and the | | | | |
| 3     arthritis and the fibromyalgia, had you had any | | | | |
| 4     other significant health problems in your life? | | | | |
| 5    A    No.  Well, I had -- at one point I had a | | | | |
| 6     90 percent blockage of my -- that little artery | | | | |
| 7     or whatever when I was in 2013 and '14.  '14. | | | | |
| 8    Q    And you're pointing to your neck.  Do you | | | | |
| 9     think -- | | | | |
| 10    A    Yeah, they -- | | | | |
| 11    Q    -- the artery was in -- in the neck? | | | | |
| 12    A    Yeah, they ended up cutting my neck and | | | | |
| 13     unblocking it, apparently. | | | | |
| 14    Q    Do you know what was causing it? | | | | |
| 15    A    I guess they say smoking, and I guess smoking, | | | | |
| 16     you know, whatever else blocks your arteries. | | | | |
| 17    Q    Do you currently smoke? | | FRE 401, 403 - Ravon's exposure over an approximate nine-month period to Peggy Conley's smoking roughly 10 cigarettes per day is de minimus. There is no proof that such a small exposure could cause any cognitive dysfunction to Rayvon Owens or any child. The testimony is prejudicial. | Relevant to show alternative cause for alleged neurobehavioral issues; admissible per 3/26/19 decision on motion in limine re crimes and other acts | OVERRULED |
| 18    A    Yes. | | | | |
| 19    Q    How many packs a day? | | | | |
| 20    A    Not a whole -- probably a pack every two days. | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 21 Q How long have you smoked? | | | | |
| 22 A Since I was 15. | | | | |
| 23 Q Continually since you were 15 you smoked about a | | | | |
| 24 pack every two days? | | | | |
| 25 A Yeah. | | | | |
| 57 | | | | |
| 1 Q Have you ever smoked around Ravon? | | | | |
| 2 A Yeah. | | | | |
| 3 Q How often would you say you smoked around Ravon? | | | | |
| 4 A I mean, I don't know how often. I mean, you | | | | |
| 5 smoke -- you smoke where you smoke. | | | | |
| 6 Q Did you smoke inside your house at 3626 North 6th | | | | |
| 7 Street? | | | | |
| 8 A Yes. | | | | |
| 9 Q And was Ravon in the house when you were smoking? | | | | |
| 10 A Yes, at one point. | | | | |
| 11 Q Did you ever -- | | | | |
| 12 A I mean, he never lived there. He used to come | | | | |
| 13 over there, so... | | | | |
| 14 Q And you would smoke in the house while he was | | | | |
| 15 over there? | | | | |
| 16 A I mean, I would smoke. I don't know if he was | | | | |
| 17 there or not, you know. | | | | |
| 18 Q Do you recall Ravon ever being around you while | | | | |
| 19 you were smoking? | | | | |
| 20 A Um-hum. | | | | |
| 21 Q Do you ever recall Ravon smoking? | | | | |
| 22 A No. | | | | |
| 23 Q You don't recall? | | | | |
| 24 A No. | | | | |
| 25 Q Have you ever seen him smoke? | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 58 | | No foundation (lack of personal knowledge re: plaintiff smoking history) | | OVERRULED |
| 1   A   He doesn't smoke. | | | | |
| 2   Q   Have you ever seen him smoke? | | | | |
| 3   A   He doesn't smoke. | | | | |
| 4   Q   Have you ever seen him? | | | | |
| 5   A   No. | | | | |
| 6   Q   Okay.  Who did the surgery on your neck? | | | | |
| 7   A   St. Luke's Hospital. | | | | |
| 8   Q   Do you recall the doctor? | | | | |
| 9   A   No. | | | | |
| 10   Q   Other than the blockage, any other significant | | | | |
| 11       health problems that you recall in your life? | | | | |
| 12   A   No. | | | | |
| 13   Q   Have you ever had any significant behavioral | | | | |
| 14       problems in your life? | | | | |
| 15   A   No. | | | | |
| 16   Q   Has your blood ever been tested for lead? | | | | |
| 17   A   No. | | | | |
| 18   Q   Were you hospitalized for the surgery on your | | | | |
| 19       neck? | | | | |
| 20   A   Yes. | | | | |
| 21   Q   How long were you in the hospital? | | | | |
| 22   A   Five days. | | | | |
| 23   Q   Other than for that surgery, have you ever been | | | | |
| 24       hospitalized in your life? | | | | |
| 25   A   Yeah, when I was pregnant. | | | | |
| 59 | | | | |
| 1   Q   And that's pregnant with Latasha? | | | | |
| 2   A   Um-hum. | | | | |
| 3   Q   Other than your pregnancy with Latasha, have you | | | | |
| 4       ever been hospitalized? | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 5   A  No. Well, also I did have a partial | | | | |
| 6      hysterectomy, so I was hospitalized for that. | | | | |
| 7   Q  When was that? | | | | |
| 8   A  '91. | | | | |
| 9   Q  Do you have other -- any children other than | | | | |
| 10      Latasha? | | | | |
| 11   A  No. | | | | |
| 12   Q  Have you ever sought disability benefits? | | | | |
| 13   A  Pardon me? | | | | |
| 14   Q  Have you ever sought any disability benefits? | | | | |
| 15   A  Yeah, I am going through that now.  I started, | | | | |
| 16      but... | | | | |
| 17   Q  I'm sorry? | | | | |
| 18   A  Yes. | | | | |
| 19   Q  When? | | | | |
| 20   A  Or actually -- I'm actually doing an appeal right | | | | |
| 21      now. | | | | |
| 22   Q  When did you apply for them? | | | | |
| 23   A  Geez, probably in 2000 -- it was a year or two | | | | |
| 24      ago.  I think I went to court for it September | | | | |
| 25      1st of last year. | | | | |
| 60 | | | | |
| 1   Q  What was the disability? | | | | |
| 2   A  Just my back pain and a lot of different other | | | | |
| 3      stuff, fibromyalgia. | | | | |
| 4   Q  And did they deny your request for benefits? | | | | |
| 5   A  Yes. | | | | |
| 6   Q  What was the stated reason? | | | | |
| 7   A  They had a whole list of them. | | | | |
| 8   Q  Do you recall any of them? | | | | |
| 9   A  No.  They just denied it. | | | | |
| 10   Q  And you are currently appealing that decision? | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 11   A   Yes. | | | | |
| 12   Q   Who did you appeal the decision to? | | | | |
| 13   A   Bender & Bender.  Well, no, what do you mean, to | | | | |
| 14      Social Security? | | | | |
| 15   Q   You mentioned Bender & Bender.  Who is that? | | | | |
| 16   A   Well, they are my attorneys for that, so I'm | | | | |
| 17      pretty sure they appealed with Bender -- with the | | | | |
| 18      Social Security Administration. | | | | |
| 19   Q   What's the name of your attorney? | | | | |
| 20   A   Bender & Bender. | | | | |
| 21   Q   The specific person that represents you. | | | | |
| 22   A   It's just Bender & Bender.  I'm sorry.  Bender & | | | | |
| 23      Bender, you know. | | | | |
| 24   Q   I assume Bender & Bender -- | | | | |
| 25   A   It's the offices of Bender & Bender. | | | | |
| 61 | | | | |
| 1   Q   Do you have a specific person you deal with? | | | | |
| 2   A   No.  No.  Every time I call it's a different | | | | |
| 3      person.  Mario, I think it is now.  I don't know | | | | |
| 4      his last name.  It's just Mario. | | | | |
| 5   Q   Other than your recent request for disability | | | | |
| 6      benefits, have you ever previously requested | | | | |
| 7      them? | | | | |
| 8   A   This is the second time I have applied for it | | | | |
| 9      since 2012. | | | | |
| 10   Q   The first time was in 2012? | | | | |
| 11   A   Yeah. | | | | |
| 12   Q   What was the disability then? | | | | |
| 13   A   The same thing pretty much, back trouble and -- | | | | |
| 14   Q   What was the result of that request? | | | | |
| 15   A   Denied. | | | | |
| 16   Q   Did you appeal that? | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 17   A   No.  Well, yeah, I did appeal. | | | | |
| 18   Q   What was the result of that? | | | | |
| 19   A   And then I went to court in September of last | | | | |
| 20       year for the first time since 2012, and it was | | | | |
| 21       denied. | | | | |
| 22   Q   Do you recall the reason? | | | | |
| 23   A   No. | | | | |
| 24   Q   Any other times you have applied for disability | | | | |
| 25       benefits? | | | | |
| 62 | | | | |
| 1   A   No. | | | | |
| 2   Q   Have you ever had any problems with drug or | | | | |
| 3       alcohol abuse? | | | | |
| 4   A   No. | | | | |
| 5   Q   Have you ever taken any illegal drugs? | | | | |
| 6   A   I tried marijuana when I was probably 15, 16. | | | | |
| 7   Q   How frequently did you use it? | | | | |
| 8   A   I smoked some weed every other -- I don't know, | | | | |
| 9       whenever somebody had some, but no. | | | | |
| 10   Q   I'm sorry.  How -- how frequently did you use it? | | | | |
| 11   A   I mean, when you 15 and 16, you know, you are not | | | | |
| 12       just doing it every day.  I mean, I would try a | | | | |
| 13       pull here or there. | | | | |
| 14   Q   How many times a week? | | | | |
| 15   A   Not frequently, not every day.  Just once or | | | | |
| 16       twice. | | | | |
| 17   Q   Once or twice a week? | | | | |
| 18   A   No.  No. | | | | |
| 19   Q   Once or twice total? | | | | |
| 20   A   Once or twice probably total.  I would say | | | | |
| 21       probably five times total in my lifetime starting | | | | |
| 22       at 15, around in that teenage era. | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 23  Q  And ending when? | | | | |
| 24  A  Fifteen, 16. | | | | |
| 25  Q  And you haven't -- you haven't tried it since | | | | |
| 63 | | | | |
| 1     then? | | | | |
| 2  A  No. | | | | |
| 3  Q  Anything other than marijuana? | | | | |
| 4  A  No. | | | | |
| 5  Q  Ms. Conley, you were arrested in 1990 for | | FRE 401, 403 - Arrests without a conviction are meaningless and not considered a "crime" in the context of the court's ruling #1139. | Relevant to show alternative cause for alleged neurobehavioral issues; admissible per 3/26/19 decision on motion in limine re crimes/other acts | SUSTAINED |
| 6     battery, is that correct? | | | | |
| 7  A  Yes.  1990.  Wait a minute.  Hold on.  I don't | | | | |
| 8     know who I beat up then.  Well, I don't know. | | | | |
| 9  Q  January 1990.  Does that ring a bell? | | | | |
| 10  A  No.  Battery. | | | | |
| 11  Q  Do you recall any other times you were arrested | | FRE 401, 403 - Arrests without a conviction are meaningless and not considered a "crime" in the context of the court's ruling #1139. | Relevant to show alternative cause for alleged neurobehavioral issues; admissible per 3/26/19 decision on motion in limine re crimes/other acts | SUSTAINED |
| 12     for battery? | | | | |
| 13  A  Well, I know I was arrested for -- in '74 or | | | | |
| 14     something, '75, somewhere in there for beating up | | | | |
| 15     a babysitter. | | | | |
| 16  Q  In 1974 or '5? | | | | |
| 17  A  Yes, somewhere in there. | | | | |
| 18  Q  Why did you beat up the babysitter? | | | | |
| 19  A  '76.  From -- you know, with my ex-husband. | | | | |
| 20     That's why I got a divorce. | | | | |
| 21  Q  Do you recall a battery arrest in the early '90s? | | | | |
| 22  A  No. | | | | |
| 23  Q  What about obstructing an officer? | | | | |
| 24  A  No. | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 25   Q   Do you recall ever being arrested for obstructing | | FRE 401, 403 - Arrests without a conviction are meaningless and not considered a "crime" in the context of the court's ruling #1139. This question is highly prejudicial. | Relevant to show alternative cause for alleged neurobehavioral issues; admissible per 3/26/19 decision on motion in limine re crimes/other acts | SUSTAINED |
| 64 | | | | |
| 1        an officer? | | | | |
| 2    A   Probably, yes.  Yeah. | | | | |
| 3    Q   How many times? | | | | |
| 4    A   I'm not sure. | | | | |
| 5    Q   What do you recall about that? | | | | |
| 6    A   I don't really. | | | | |
| 7    Q   You said you recall being arrested -- | | | | |
| 8    A   I mean, you know, somewhere down the line.  I | | | | |
| 9        have been arrested for quite a few things, so | | | | |
| 10       that would probably be one of the things, but I'm | | | | |
| 11       not sure what or how it happened. | | | | |
| 12   Q   Tell me the things that you remember. | | | | |
| 13   A   As far as what? | | | | |
| 14   Q   You said you have been arrested a number of | | | | |
| 15       times. | | | | |
| 16   A   Yeah, I have been arrested for shoplifting, | | | | |
| 17       probably battery, selling drugs, carrying a | | | | |
| 18       concealed weapon.  That's probably about it.  Oh, | | | | |
| 19       driving, driving, driving.  Wow.  I had a long | | | | |
| 20       record for driving. | | | | |
| 21   Q   Tell me about the -- tell me what you recall | | | | |
| 22       about the shoplifting charge. | | | | |
| 23   A   What did I steal?  I had stole the -- well, I | | | | |
| 24       didn't actually -- I don't know.  Probably when I | | | | |
| 25       was 12 or something.  Boston Store, or was it | | | | |
| 65 | | | | |
| 1        Gimbel's.  Geez.  Just something. | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 2   Q   What did you steal? | | | | |
| 3   A   A dress. | | | | |
| 4   Q   Did you -- | | | | |
| 5   A   Get caught?  Yeah. | | | | |
| 6   Q   And what happened? | | | | |
| 7   A   Well, my mom came and got me.  Nothing. | | | | |
| 8   Q   From the police station? | | | | |
| 9   A   Yeah. | | | | |
| 10   Q   Did they ever bring a case against you for that? | | | | |
| 11   A   I don't think so. | | | | |
| 12   Q   That was when you were 12-years-old? | | | | |
| 13   A   Yeah. | | | | |
| 14   Q   What about battery? | | | | |
| 15   A   I don't remember the battery.  Like I said, I | | | | |
| 16       know I had one for beating up the girl, the ex -- | | | | |
| 17       the babysitter.  I don't know who else I could | | | | |
| 18       have whooped in '90, though, or got whooped. | | | | |
| 19   Q   Was the -- I'm sorry? | | | | |
| 20   A   Does it say anything else about it? | | | | |
| 21   Q   Was the babysitter injured? | | | | |
| 22   A   No.  I mean, she had a couple little, you know, | | | | |
| 23       bruises, but nothing to go to the hospital for or | | | | |
| 24       anything. | | | | |
| 25   Q   Do you know if she was hospitalized? | | | | |
|                                                66 | | | | |
| | | | | |
| 1   A   No. | | | | |
| 2   Q   You said selling drugs.  Tell me about that. | | FRE 401, 403 - Arrests without a conviction are meaningless and not considered a "crime" in the context of the court's ruling #1139. This question is highly prejudicial.  Also inadmissible as explained MIL re crimes and bad acts under 404(b); 609(b); 609(a)(2) | Relevant to show alternative cause for alleged neurobehavioral issues; admissible per 3/26/19 decision on motion in limine re crimes/other acts | SUSTAINED |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 3    A   I was selling drugs in '93. | | | | |
| 4    Q   What were you selling? | | | | |
| 5    A   Cocaine. | | | | |
| 6    Q   And you got arrested for that? | | | | |
| 7    A   Yes. | | | | |
| 8    Q   Did you get -- were you in jail for that? | | | | |
| 9    A   Yes. | | | | |
| 10   Q   How long? | | | | |
| 11   A   I did nine months in jail.  I had a five-year | | | | |
| 12       probation.  Well, actually, seven months in jail | | | | |
| 13       and two months on a bracelet or house arrest or | | | | |
| 14       something to that effect. | | | | |
| 15   Q   Was that in Milwaukee? | | | | |
| 16   A   Yes. | | | | |
| 17   Q   Were you arrested one time for selling cocaine? | | | | |
| 18   A   Yeah.  Actually, I was arrested in '93, but it | | | | |
| 19       ended in '95 when I, you know, got convicted or | | | | |
| 20       whatever. | | | | |
| 21   Q   Who were you selling it to? | | | | |
| 22   A   Anybody who wanted to buy it.  No.  Somebody up | | | | |
| 23       north in Plymouth, Wisconsin, I was going to sell | | | | |
| 24       some to, and apparently they told on me, so they | | | | |
| 25       were waiting. | | | | |
| 67 | | | | |
| 1    Q   What was the quantity? | | | | |
| 2    A   It was just only like a quarter ounce, like | | | | |
| 3        7 grams of cocaine. | | | | |
| 4    Q   They told on you to the police? | | | | |
| 5    A   Um-hum. | | | | |
| 6    Q   You said they told on you? | | | | |
| 7    A   Well, they were waiting for me on the highway, so | | | | |
| 8        yeah, somebody told. | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 9    Q    Who was waiting for you? | | | | |
| 10    A    The police. | | | | |
| 11    Q    Was it the Milwaukee City Police? | | | | |
| 12    A    No, Sheboygan County. | | | | |
| 13    Q    You mentioned carrying a concealed weapon.  Tell | | FRE 401, 403 - Arrests without a conviction are meaningless and not considered a "crime" in the context of the court's ruling #1139. This question is highly prejudicial.  Also inadmissible as explained  MIL re crimes and bad acts under 404(b); 609(b); 609(a)(2) | Relevant to show alternative cause for alleged neurobehavioral issues; admissible per 3/26/19 decision on motion in limine re crimes/other acts | SUSTAINED |
| 14       me about that. | | | | |
| 15    A    I had a pistol in my purse, and -- I just had a | | | | |
| 16       pistol in my purse. | | | | |
| 17    Q    When was that? | | | | |
| 18    A    '84 or '83, '84. | | | | |
| 19    Q    And you were arrested for that? | | | | |
| 20    A    Yeah. | | | | |
| 21    Q    Did you have a permit to carry -- | | | | |
| 22    A    No. | | | | |
| 23    Q    -- a concealed weapon? | | | | |
| 24    A    No. | | | | |
| 25    Q    Why were you carrying a weapon? | | | | |
| | 68 | | | |
| 1    A    I was just a girl that had a pistol in my purse | | | | |
| 2       just for my protection or anything else. | | | | |
| 3    Q    What department arrested you? | | | | |
| 4    A    Milwaukee. | | | | |
| 5    Q    Did you serve any time for that? | | | | |
| 6    A    No. | | | | |
| 7    Q    Was there a fine? | | | | |
| 8    A    I think so, yeah. | | | | |
| 9    Q    Do you remember what it was? | | | | |
| 10    A    No. | | | | |
| 11    Q    I believe you said you had had a number of | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 12    driving charges? | | | | |
| 13   A   Yeah.  Yeah. | | | | |
| 14   Q   Tell me about the ones you remember. | | | | |
| 15   A   They were mostly all speeding tickets.  I got a | | | | |
| 16    lot, a lot of speeding tickets. | | | | |
| 17   Q   Anything other than speeding tickets? | | | | |
| 18   A   Driving after suspension, driving after | | | | |
| 19    revocation. | | | | |
| 20   Q   When were those? | | | | |
| 21   A   I think the last one might have been a year ago | | | | |
| 22    or so. | | | | |
| 23   Q   Any other driving charges -- | | | | |
| 24   A   Yeah. | | | | |
| 25   Q   -- that you recall? | | | | |
|                                        69 | | | | |
| 1   A   I mean, there -- yeah, quite a bit of speeding | | | | |
| 2    tickets and, you know -- | | | | |
| 3   Q   I understand you said speeding tickets.  You said | | | | |
| 4    driving after suspension, driving after -- | | | | |
| 5   A   Revocation. | | | | |
| 6   Q   -- revocation.  Any other driving violations -- | | | | |
| 7   A   No. | | | | |
| 8   Q   -- that you recall? | | | | |
| 9   A   No. | | | | |
| 10   Q   Were you ever convicted for sell -- excuse me -- | | FRE 401, 403 - The testimony concerning any conviction is confusing and has not been vetted by cross-examination. Arrests without a conviction are meaningless and not considered a "crime" in the context of the court's ruling #1139. This question is highly prejudicial.  Also inadmissible as explained  MIL re crimes and bad acts under 404(b); 609(b) | Relevant to show alternative cause for alleged neurobehavioral issues; admissible per 3/26/19 decision on motion in limine re crimes/other acts | SUSTAINED |
| 11    stealing checks? | | | | |
| 12   A   Forgery, yes. | | | | |
| 13   Q   Tell me about that. | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 14 | A That was in -- Was that here? I don't know if it | | | |
| 15 | was here or in Beloit, Wisconsin. I didn't steal | | | |
| 16 | them; I forged them. | | | |
| 17 | Q Forged a check? | | | |
| 18 | A Yeah. | | | |
| 19 | Q Who did you present the check to? | | | |
| 20 | A I think like a grocery store or something. | | | |
| 21 | Q For groceries or for cash? | | | |
| 22 | A For groceries. | | | |
| 23 | Q Who did you steal the check from? | | | |
| 24 | A I don't know. Somebody else had it. | | | |
| 25 | Q Somebody else had the check? | | | |
| 70 | | | | |
| 1 | A Yeah. | | | |
| 2 | Q And you presented the check to the grocery store? | | | |
| 3 | A Yeah. | | | |
| 4 | Q Were you convicted? | | | |
| 5 | A Yeah. | | | |
| 6 | Q Do you recall spending any time in jail or | | | |
| 7 | prison? | | | |
| 8 | A I just stayed in jail, you know, until I got | | | |
| 9 | bailed out or something like that. Maybe a week | | | |
| 10 | or so until you get bailed out, and then I got | | | |
| 11 | probation. | | | |
| 12 | Q When was that? | | | |
| 13 | A Geez. My daughter was 12, so '80 -- probably | | | |
| 14 | '84. | | | |
| 15 | Q Who bailed you out? | | | |
| 16 | A I don't know. | | | |
| 17 | Q Do you know how much the bail was? | | | |
| 18 | A Probably $200 or something, you know, something | | | |
| 19 | like that, 500. | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| | | FRE 401, 403 - Arrests without a conviction are meaningless and not considered a "crime" in the context of the court's ruling #1139. This question is highly prejudicial. Also inadmissible as explained MIL re crimes and bad acts under 404(b); 609(b) | Relevant to show alternative cause for alleged neurobehavioral issues; admissible per 3/26/19 decision on motion in limine re crimes/other acts | SUSTAINED |
| 20 | Q  Do you recall any charges for obstructing an | | | |
| 21 | officer? | | | |
| 22 | A  Yeah. | | | |
| 23 | Q  Tell me about those. | | | |
| 24 | A  I don't know.  I think I gave the wrong name one | | | |
| 25 | time. | | | |
| | 71 | | | |
| 1 | Q  Gave the wrong name to an officer that was | | | |
| 2 | arresting you? | | | |
| 3 | A  Just you know how you get pulled over and you | | | |
| 4 | don't have a license and you give them somebody | | | |
| 5 | else's name?  Like that.  They find out that it's | | | |
| 6 | you instead. | | | |
| 7 | Q  Why did you give them -- | | | |
| 8 | A  Because I didn't have a license, a driver's | | | |
| 9 | license.  I didn't want to go to jail.  I think I | | | |
| 10 | had a warrant or something, so I gave them | | | |
| 11 | somebody else's name, and that didn't work. | | | |
| 12 | Q  Any other times you recall obstructing an | | | |
| 13 | officer? | | | |
| 14 | A  No. | | | |
| 15 | Q  No? | | | |
| 16 | A  No. | | | |
| 17 | Q  How about a burglary charge in 1993?  Do you | | | |
| 18 | recall? | | | |
| 19 | A  No.  Burglary? | | | |
| 20 | Q  Were you recently extradited to South Dakota? | FRE 401, 403 - Arrests without a conviction are meaningless and not considered a "crime" in the context of the court's ruling #1139. This question is highly prejudicial. | Relevant to show alternative cause for alleged neurobehavioral issues; admissible per 3/26/19 decision on motion in limine re crimes/other acts | SUSTAINED |
| 21 | A  Yes. | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 22  Q  Why? | | | | |
| 23  A  Hum? | | | | |
| 24  Q  Why? | | | | |
| 25  A  I had -- I was down there with a friend, and he | | | | |
| 72 | | | | |
| 1     had bought me some -- he had bought me some | | | | |
| 2     jewelry or whatever, and I ended up with a | | | | |
| 3     bracelet.  You know, I was trying on so much | | | | |
| 4     stuff I ended up with a bracelet still on my arm | | | | |
| 5     after we left the -- the store.  And I didn't | | | | |
| 6     realize it until later, like, dang, I still got | | | | |
| 7     this bracelet on my arm, you know, and the store | | | | |
| 8     was closed, so I was like, "Well, fuck it.  I'm | | | | |
| 9     going home."  So I took it home.  And they ended | | | | |
| 10    up going to his house and everything, you know, | | | | |
| 11    and I had to get extradited down there. | | | | |
| 12  Q  You were -- you got the bracelet in South Dakota? | | | | |
| 13  A  Yeah, in South Dakota. | | | | |
| 14  Q  What were you doing in South Dakota? | | | | |
| 15  A  I was down there visiting a friend. | | | | |
| 16  Q  Who is the friend? | | | | |
| 17  A  His name is Jerry. | | | | |
| 18  Q  Last name? | | | | |
| 19  A  I don't know the last name offhand. | | | | |
| 20  Q  When were you there? | | | | |
| 21  A  I was there in October of -- was it 2015 or '16, | | | | |
| 22    2014.  2014 or '15. | | | | |
| 23  Q  Did they arrest -- | | | | |
| 24  A  Yeah, it was October of 2014. | | | | |
| 25  Q  Did they arrest Jerry? | | | | |
| 73 | | | | |
| 1  A  No. | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 2   Q   Were you arrested in South Dakota? | | | | |
| 3   A   No. | | | | |
| 4   Q   So you were extradited from Milwaukee to South | | | | |
| 5       Dakota? | | | | |
| 6   A   No, I wasn't extradited at all. | | | | |
| 7   Q   Did you recently return to South Dakota? | | | | |
| 8   A   Yeah. | | | | |
| 9   Q   For what? | | | | |
| 10   A   I went down there to go to court. | | | | |
| 11   Q   And what was the result of that? | | | | |
| 12   A   They dismissed it. | | | | |
| 13   Q   Do you recall what court it was? | | | | |
| 14   A   It was a court in South Dakota.  I don't know | | | | |
| 15       what court.  I mean, their court in South Dakota. | | | | |
| 16   Q   What city was it? | | | | |
| 17   A   Dang.  Rapid City, South Dakota. | | | | |
| 18   Q   Ms. Conley, I want to ask you some questions | | | | |
| 19       about the family tree to make sure that I have | | | | |
| 20       got all the people straight. | | | | |
| 21         What's the name of your mother? | | | | |
| 22   A   Montrise, M-O-N-T-R-I-S-E. | | | | |
| 23   Q   And your father? | | | | |
| 24   A   Tony. | | | | |
| 25   Q   Do you have any siblings? | | | | |
| 74 | | | | |
| 1   A   Sisters and brothers? | | | | |
| 2   Q   Yes. | | | | |
| 3   A   Yes. | | | | |
| 4   Q   Could you name them? | | | | |
| 5   A   I mean, the ones -- all of them or -- | | | | |
| 6   Q   All of them. | | | | |
| 7   A   Dead and alive? | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 8   Q   Yes, please. | | | | |
| 9   A   Okay.  I have Mary Adelle, and then I have | | | | |
| 10       Johnnie Mae.  I have Lawrence or Lon, L-O-N, | | | | |
| 11       instead of Lawrence.  Bill, Sam, Larry, Wayne, | | | | |
| 12       Al, Shirley, Sheila, Lisa. | | | | |
| 13   Q   Is that everyone? | | | | |
| 14   A   Um-hum. | | | | |
| 15   Q   Does -- does Lisa go by Sharon? | | | | |
| 16   A   Yes. | | | | |
| 17   Q   Okay.  And I believe you previously said you have | | | | |
| 18       a boyfriend.  I take it you are not currently | | | | |
| 19       married? | | | | |
| 20   A   No. | | | | |
| | | | | |
| 22       your boyfriend's name? | | | | |
| 23   A   Sorry.  Jason McKinney. | | | | |
| 24   Q   What's his address? | | | | |
| 25   A   It's 1028 East Lyons. | | | | |
| | 75 | | | |
| 1   Q   How long have you been dating Jason? | | | | |
| 2   A   Since 2007. | | | | |
| 3   Q   Does Jason know Ravon? | | | | |
| 4   A   Yes. | | | | |
| 5   Q   How well? | | | | |
| 6   A   I mean, what do you mean "how well?"  He knows | | | | |
| 7       him.  He knows that's my nephew, great nephew. | | | | |
| 8   Q   Do they interact frequently? | | | | |
| 9   A   No. | | | | |
| 10   Q   Do they hang out together? | | | | |
| 11   A   No. | | | | |
| 12   Q   Has anybody else that you have dated or been | | | | |
| 13       married to know Ravon well? | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 14    A   Oh, geez. What do you mean by "well?" I mean, | | | | |
| anybody that I ever dated would know everybody in | | | | |
| my family, but as far as them hanging together, | | | | |
| no. | | | | |
| Q   Anybody that you have ever dated or been married | | | | |
| to spent any significant amount of time with | | | | |
| Ravon? | | | | |
| A   Well, one guy I went with, Darryl Jones. | | | | |
| Q   Could you say his name again? | | | | |
| A   Darryl Jones. | | | | |
| Q   Could you spell his first name? | | | | |
| A   Darryl, D-A-R-R-Y-L. | | | | |
| | 76 | | | |
| Q   How did Darryl know Ravon? | | | | |
| 2    A   Well, when I was going with Darryl back in '90 -- | | | Relevant to show alternative cause for plaintiff's alleged neurobehavioral issues (per Steinberg, Bell expert | |
| 3       '90 -- I think I started going with him in '89 or | | | opinions); admissible per 3/26/19 decision on motion in | |
| | | FRE 401, 403 - (p. 76, line 4 to p. 77, line 6) Why Ravon Owens' mother granted custody of Ravon to Peggy Conley during his first nine months of life is irrelevant and prejudicial. There is no testimony that this could have or would have caused any neurobehavioral issues later in life. | limine re crimes or other acts; also relevant to show Owens whereabouts as an infant | OVERRULED |
| 4       '90, but -- and then Ravon was born. So at one | | | | |
| 5       point my niece didn't want him, I guess you could | | | | |
| 6       say that, so I had him from like the time he was | | | | |
| 7       born until like nine-months-old. | | | | |
| 8    Q   So you said your niece didn't want him? | | | | |
| 9    A   His mother had gave him to me. | | | | |
| 10    Q   His mother being? | | | | |
| 11    A   Dashonda Conley. | | | | |
| 12    Q   Is Dashonda the same as Dashwana -- Dashawna? | | | | |
| 13    A   Dashonda. | | | | |
| 14    Q   Dashonda. You said his mother didn't -- | | | | |
| 15    A   Well, she ended up somehow -- she gave him to me. | | | | |
| 16    Q   Why? | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 17   A   I don't know why, but she just gave him to me | | | | |
| 18        when he was kind of born. | | | | |
| 19   Q   How old? | | | | |
| 20   A   Well, newborn. | | | | |
| 21   Q   When Ravon was a newborn? | | | | |
| 22   A   Um-hum. | | | | |
| 23   Q   Did you say that she didn't want him? | | | | |
| 24   A   No. | | | | |
| 25   Q   I'm sorry? | | | | |
| | 77 | | | |
| 1   A   No, she didn't. | | | | |
| 2   Q   She did not want him? | | | | |
| 3   A   No. | | | | |
| 4   Q   What did she say about that? | | | | |
| 5   A   She was going to give him up for adoption, and I | | | | |
| 6        just kind of I will take him. | | | | |
| 7   Q   Did she say specifically why she was going to | | | | |
| 8        give him up for adoption? | | | | |
| 9   A   No, never did. | | | | |
| 10   Q   What else did she say to you about Ravon? | | | | |
| 11   A   Nothing.  Oh, geez. | | | | |
| 12   Q   Do you want to take a quick break? | | | | |
| 13   A   No.  I'm just -- We can keep going. | | | | |
| 14   Q   So you said that you were dating Darryl Jones | | | | |
| 15        around the time that you got Ravon? | | | | |
| 16   A   Yes. | | | | |
| 17   Q   How long did you date Mr. Jones? | | | | |
| 18   A   Until '93. | | | | |
| 19   Q   So he would have known Ravon from the time Ravon | | | | |
| 20        was a newborn until '93? | | | | |
| 21   A   Yeah, he would have known him.  He would still | | | | |
| 22        know him, but I had him in my home for nine | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 23    months, so he was my boyfriend at the time. | | | | |
| 24   Q   You had Mr. Jones in your home for nine months? | | | | |
| 25   A   No, Ravon. Well, Mr. Jones was there, too, | | | | |
| 78 | | | | |
| 1    but -- | | | | |
| 2   Q   Tell me about the interaction between Mr. Jones | | | | |
| 3    and Ravon during the time that Mr. Jones was | | | | |
| 4    there. | | | | |
| 5   A   Well, it was like, you know, a brand new baby, so | | | | |
| 6    it was like, "Oh, this is my son," you know. | | | | |
| 7    "This is my son, too." It was kind of like that, | | | | |
| 8    you know. | | | | |
| 9   Q   You considered Ravon to be your son? | | | | |
| 10   A   I did at the time, yeah. | | | | |
| 11   Q   And did you say that Mr. Jones also considered | | | | |
| 12    Ravon to be his son? | | | | |
| 13   A   He is my boyfriend, yeah. He better act like | | | | |
| 14    that's his son. Well, yeah. | | | | |
| 15   Q   Where does Mr. Jones currently live? | | | | |
| 16   A   I'm not sure. | | | | |
| 17   Q   Is it in Milwaukee? | | | | |
| 18   A   Yes. | | | | |
| | | FRE 401, 403 - Mr. Jones' profession of being a burglar is irrelevant and highly prejudicial. Additionally, Mr. Jones' living with Peggy Conley at 5028 N. 26 Street is not an alleged exposure house for Ravon's ingestion of lead. | Relevant to show alternative cause for Owens neurobehavioral issues; admissible per 3/26/19 decision on motion in limine re crimes or other acts | SUSTAINED |
| 19   Q   What was Mr. Jones doing at the time? | | | | |
| 20   A   What do you mean? | | | | |
| 21   Q   Where was he working? | | | | |
| 22   A   I think so. | | | | |
| 23   Q   Do you recall where? | | | | |
| 24   A   He was a burglar. | | | | |
| 25   Q   I'm sorry. A burglar? | | | | |
| 79 | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 1 | A Yeah. | | | |
| 2 | Q He was stealing from people? | | | |
| 3 | A He was a burglar. | | | |
| 4 | Q So he had no professional occupation? | | | |
| 5 | A No. | | | |
| 6 | Q What was he stealing? | | | |
| 7 | A Anything he could, I guess. Well, you know, he | | | |
| 8 | was just a thief, a burglar. That's what he did. | | | |
| 9 | Q What are some -- what are some things that he | | | |
| 10 | stole? | | | |
| 11 | A VCRs, TVs, stuff like that, safes, different | | | |
| 12 | stuff. | | | |
| 13 | Q What would he do with the equipment that he | | | |
| 14 | stole? | | | |
| 15 | A Sell it. | | | |
| 16 | Q And what would he do with that money? | | | |
| 17 | A Pay rent and -- you know. | | | |
| 18 | Q And was that at the 3626 North 6th Street address | | | |
| 19 | that Mr. Jones was living? | | | |
| 20 | A No, I was living 5028 North 26th Street. | | | |
| 21 | MR. HARDING: Can we take a break, | | | |
| 22 | number one; and, two, figure out where we are | | | |
| 23 | going? | | | |
| 24 | MR. DOUGLASS: Okay. | | | |
| 25 | VIDEO TECHNICIAN: This ends Disk No. 1 | | | |
| | 80 | | | |
| 1 | of the video deposition of Peggy J. Conley on | | | |
| 2 | June 29, 2016; the time 11:54 a.m. | | | |
| 3 | (A recess was taken.) | | | |
| 4 | VIDEO TECHNICIAN: This is the beginning | | | |
| 5 | of Disk No. 2 of the video deposition of Peggy J. | | | |
| 6 | Conley on June 29, 2016; the time 12:14 p.m. | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 7  BY MR. DOUGLASS: | | | | |
| 8   Q   Ms. Conley, you understand you are still under | | | | |
| 9       oath? | | | | |
| 10   A   Yes, I do. | | | | |
| 11   Q   You previously testified that you had one | | | | |
| 12       daughter, Latasha Conley -- | | | | |
| 13   A   Yes. | | | | |
| 14   Q   -- is that correct? | | | | |
| 15       And if you could remember to wait for me | | | | |
| 16     to finish my question before you answer, that'd | | | | |
| 17     be great. | | | | |
| 18       How many grandchildren do you have? | | | | |
| 19   A   Three. | | | | |
| 20   Q   What are their names? | | | | |
| 21   A   Kyleef, Keasia, and Mikasha. | | | | |
| 22   Q   What involvement has Latasha Conley had with | | | | |
| 23       Ravon? | | | | |
| 24   A   What do you mean? | | | | |
| 25   Q   Does Latasha know Ravon well? | | | | |
| 81 | | | | |
| 1   A   Of course.  That's her cousin. | | | | |
| 2   Q   How long has Latasha known Ravon? | | | | |
| 3   A   Since he was born. | | | | |
| 4   Q   Do any of your grandchildren know Ravon well? | | | | |
| 5   A   Yes. | | | | |
| 6   Q   Which one? | | | | |
| 7   A   All of my grandkids. | | | | |
| 8   Q   How do they know Ravon? | | | | |
| 9   A   They are related.  I mean -- | | | | |
| 10   Q   Did they live together in the same house? | | | | |
| 11   A   No. | | | | |
| 12   Q   How frequently does -- | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 13   A   Well, Kyleef and Ravon lived together at one | | | | |
| 14       point in the last couple years. | | | | |
| 15   Q   Where did they live? | | | | |
| 16   A   At my address, 9028 70th Street. | | | | |
| 17   Q   And prior to that did Kyleef and Ravon know each | | | | |
| 18       other well? | | | | |
| 19   A   Yes.  They are cousins. | | | | |
| 20   Q   What about Keasia?  How well does Keasia know | | | | |
| 21       Ravon? | | | | |
| 22   A   They are cousins, so they all know each other | | | | |
| 23       very well. | | | | |
| 24   Q   Mikasha, also -- | | | | |
| 25   A   Yes. | | | | |
| 82 | | | | |
| 1   Q    -- knows Ravon well? | | | | |
| 2   A   Yes. | | | | |
| 3   Q   How long have they known Ravon?  Since he was | | | | |
| 4       born? | | | | |
| 5   A   Yes.  Well, since he was born.  I mean, | | | | |
| 6       Mikasha's 13, Keasia's 18, and Kyleef is 22. | | | | |
| 7   Q   Are they all currently in contact with Ravon? | | | | |
| 8   A   Yes. | | | | |
| 9   Q   Do you know how frequently they see each other? | | | | |
| 10   A   I mean, I don't know.  Every -- probably every | | | | |
| 11       family event.  Like I said, I just had a party | | | | |
| 12       for my great-granddaughter last weekend, so they | | | | |
| 13       were all there. | | | | |
| 14   Q   Your great-granddaughter, whose child is that? | | | | |
| 15   A   That's Kyleef's child. | | | | |
| 16   Q   What's her name? | | | | |
| 17   A   Her name is Kylie. | | | | |
| 18   Q   How old is she? | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 19   A   She just turned 4 -- or 5, 4 or 5. | | | | |
| 20   Q   You just had a party that Ravon was at and all -- | | | | |
| 21   A   Yeah, he was there. | | | | |
| 22   Q   -- your grandchildren were at? | | | | |
| 23   A   Yeah. | | | | |
| 24   Q   Do you know Wesley Owens, Ravon's father? | | | | |
| 25   A   No. | | | | |
| 83 | | | | |
| 1   Q   Do you know anything about him? | | | | |
| 2   A   No, I near met the man.  I never met him. | | | | |
| 3   Q   Has Ravon's mom ever told you anything about | | | | |
| 4       Wesley? | | | | |
| 5   A   No. | | | | |
| 6   Q   Is it Wesley or Westley?  Do you know? | | | | |
| 7   A   They call him Wes. | | | | |
| 8   Q   And Ravon's mom's name is what? | | | | |
| 9   A   Dashonda. | | | | |
| 10   Q   That's your niece, is that correct? | | | | |
| 11   A   Um-hum. | | | | |
| 12   Q   Do you know if she stays in touch with Ravon? | | | | |
| 13   A   I'm pretty sure they do.  I mean -- | | | | |
| 14   Q   How frequently do you talk to Dashonda? | | | | |
| 15   A   I don't really.  Me and her are not talking right | | | | |
| 16       now. | | | | |
| 17   Q   Are you in a fight with her right now? | | | | |
| 18   A   Yeah. | | | | |
| 19   Q   Why? | | | | |
| 20   A   Well, she actually -- I hate to be telling all my | | | | |
| 21       personal business, but she actually ended up | | | | |
| 22       going with a guy that I went with back when I was | | | | |
| 23       20-years-old.  And, you know, I just kind of feel | | | | |
| 24       like she was about probably 8-years-old or so. | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 25     You know, it makes me feel like he's a pedophile. | | | | |
| | 84 | | | |
| 1     How you gonna -- you know, how does that happen, | | | | |
| 2     that you would go out with one of my nieces and | | | | |
| 3     she would go out with you.  I just don't like | | | | |
| 4     that. | | | | |
| 5   Q   Let me jump back.  I think you previously | | | | |
| 6     testified that the last job you held was with | | | | |
| 7     Super Steel in 2008, is that right? | | | | |
| 8   A   Yes. | | | | |
| 9   Q   How have you been supporting yourself since then? | | | | |
| 10   A   My boyfriend has been helping me out. | | | | |
| 11   Q   And is it the same boyfriend you were talking | | | | |
| 12     about earlier? | | | | |
| 13   A   Yeah. | | | | |
| 14   Q   Any others? | | | | |
| 15   A   No.  No. | | | | |
| 16   Q   During that time frame I didn't know if you had | | | | |
| 17     other boyfriends. | | | | |
| 18   A   No, I just got one boyfriend.  It would be nice | | | | |
| 19     to have a bunch of them, but, no, one is good. | | | | |
| 20   Q   How many houses do you currently hold title to? | | | | |
| 21   A   Just the one, 9028 70th Street. | | | | |
| 22   Q   Did you sell the North 6th Street address? | | | | |
| 23   A   No.  Apparently, I don't even know what happened. | | | | |
| 24     It just -- I don't know.  It just came from under | | | | |
| 25     me.  I don't know.  It couldn't have been in | | | | |
| | 85 | | | |
| 1     foreclosure.  I -- I don't know.  It just -- I | | | | |
| 2     don't have it anymore. | | | | |
| 3   Q   Do you know who owns it? | | | | |
| 4   A   No.  Whoever bought it, I guess.  I don't know | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 5      who owns it or anything. | | | | |
| 6    Q   Whose -- who had title to that house? | | | | |
| 7    A   I did. | | | | |
| 8    Q   You had title? | | | | |
| 9    A   Um-hum. | | | | |
| 10    Q   And you don't know how you no longer have title | | | | |
| 11      to it? | | | | |
| 12    A   No, I don't. | | | | |
| 13    Q   Did you ever get notice from a bank? | | | | |
| 14    A   No, I never did.  I got a check from a bank later | | | | |
| 15      on for like a hundred dollars or something for | | | | |
| 16      something.  I don't even know. | | | | |
| 17    Q   Relating to that house? | | | | |
| 18    A   Yeah. | | | | |
| 19    Q   How do you know that you no longer have title to | | | | |
| 20      that house? | | | | |
| 21    A   I don't.  I was -- I just don't have title to it | | | | |
| 22      anymore.  I don't know what happened.  Oh well. | | | | |
| 23    Q   How do you know that you don't have title to it? | | | | |
| 24    A   If I did, I would still be collecting rent. | | | | |
| 25    Q   Did somebody tell you that you don't have title | | | | |
|   86 | | | | |
| 1      to it? | | | | |
| 2    A   Yeah. | | | | |
| 3    Q   Who? | | | | |
| 4    A   I don't -- I don't know what happened with that. | | | | |
| 5      I guess I just don't know. | | | | |
| 6    Q   Who told you that you don't have title to it? | | | | |
| 7    A   I got -- the people that -- Actually, I went to | | | | |
| 8      go collect rent one day, and they told me that | | | | |
| 9      they had gotten something from a lawyer or | | | | |
| 10      somebody saying that I didn't have title to the | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 11    house anymore, so... | | | | |
| 12   Q   Who was that person? | | | | |
| 13   A   The -- one of the tenants that I had in the | | | | |
| 14    property. | | | | |
| 15   Q   The tenants told you that you don't have title to | | | | |
| 16    it? | | | | |
| 17   A   Yeah, they said they got something.  They quit | | | | |
| 18    paying rent, so... | | | | |
| 19   Q   Did you see any documents reflecting that you | | | | |
| 20    don't own title to it? | | | | |
| 21   A   No. | | | | |
| 22   Q   What was the name of that tenant? | | | | |
| 23   A   I can't think of her name now.  It's been | | | | |
| 24    since -- it's been a few years now. | | | | |
| 25   Q   This wasn't Wendy, was it? | | | | |
| 87 | | | | |
| 1   A   No, it wasn't Wendy.  I don't know.  Another lady | | | | |
| 2    I had after Wendy. | | | | |
| 3   Q   Do you know what Dashonda does now in terms of | | | | |
| 4    employment? | | | | |
| 5   A   No. | | | | |
| 6   Q   You don't? | | | | |
| 7   A   Unh-unh. | | | | |
| 8   Q   Do you know if she ever worked with lead | | | | |
| 9    products? | | | | |
| 10   A   No.  I don't know anything, no. | | | | |
| 11   Q   Do you know if she was ever tested for lead? | | | | |
| 12   A   No. | | | | |
| 13   Q   Do you know anything about her education? | | | | |
| 14   A   No. | | | | |
| 15   Q   You don't know where she went to high school? | | | | |
| 16   A   No. | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 17  Q   Do you think she's smart? | | | | |
| 18  A   Yeah. | | | | |
| 19  Q   Why do you say that? | | | | |
| 20  A   I mean, she's -- I'm pretty sure she graduated | | | | |
| 21     from high school somewhere. | | | | |
| 22  Q   Any other reasons that you think she's smart? | | | | |
| 23  A   She's not in the nut house or anything.  I | | | | |
| 24     mean -- | | | | |
| 25  Q   Does she seem smart when you interact with her? | | | | |
|                                           88 | | | | |
| 1  A   Well, when I did, yeah.  She seems pretty | | | | |
| 2     educated, I mean, smart like that, yeah. | | | | |
| 3  Q   What are some things that she did that make you | | | | |
| 4     think she's smart? | | | | |
| 5  A   Just her being smart.  What is she doing right | | | | |
| 6     now?  Well, she was working for AT&T at one time, | | | | |
| 7     I mean, for awhile.  I think you have to be kind | | | | |
| 8     of a little smart to do that. | | | | |
| 9  Q   Anything else that you can think of? | | | | |
| 10  A   No, just -- | | | | |
| 11  Q   Do you know if she ever had any significant | | | | |
| 12     health issues? | | | | |
| 13  A   No. | | | | |
| 14  Q   You don't know? | | | | |
| 15  A   No.  I don't think so, no. | | | | |
| 16  Q   Does she have any behavioral issues? | | | | |
| 17  A   Not that I know of. | | | | |
| 18  Q   Does she have any legal problems? | | | | |
| 19  A   Not that I know of. | | | | |
| 20  Q   Does she have any other children besides Ravon, | | | | |
| 21     Deleasia and Ciara? | | | | |
| 22  A   No.  You say their names pretty good there. | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 23   Q   I'm sorry? | | | | |
| 24   A   I say you say their names pretty good. | | | | |
| 25   Q   What do you know about Deleasia? | | | | |
| | 89 | | | |
| 1   A   What do you mean? | | | | |
| 2   Q   Do you know Deleasia well? | | | | |
| 3   A   Yeah, she's my niece, great niece. | | | | |
| 4   Q   How frequently do you interact with her? | | | | |
| 5   A   I have not seen her since she left here to go to | | | | |
| 6       Texas. | | | | |
| 7   Q   When was that? | | | | |
| 8   A   She's been gone I think for a couple years now, | | | | |
| 9       since she graduated. | | | | |
| 10   Q   I'm sorry? | | | | |
| 11   A   She graduated from college or something, and I | | | | |
| 12       went to the graduation and after that she moved | | | | |
| 13       to Texas. | | | | |
| 14   Q   And she's still there? | | | | |
| 15   A   Yeah. | | | | |
| 16   Q   Do you know what her address is in Texas? | | | | |
| 17   A   No. | | | | |
| 18   Q   Do you know what city she lives in? | | | | |
| 19   A   Dallas.  I'm not -- I think Dallas -- | | | | |
| 20   Q   Did she ever -- | | | | |
| 21   A   -- or the surrounding area somewhere.  Dallas or | | | | |
| 22       the surrounding areas of Dallas. | | | | |
| 23   Q   Did she ever live with Ravon? | | | | |
| 24   A   When they were growing up, yeah. | | | | |
| 25   Q   Where did they live when they were growing up? | | | | |
| | 90 | | | |
| 1       What address? | | | | |
| 2   A   I'm not sure. | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 3  Q  Did they live together at the 3626 North 6th | | | | |
| 4    Street address? | | | | |
| 5  A  No, they never lived there. | | | | |
| 6  Q  Ravon lived there, right? | | | | |
| 7  A  No, he never lived there, either. | | | | |
| 8  Q  Ravon never lived at the 3626 address? | | | | |
| 9  A  No. | | | | |
| 10  Q  Did he ever stay at the 3626 address? | | | | |
| 11  A  No, he just come over on the weekends to visit | | | | |
| 12    with my grandson. | | | | |
| 13  Q  Did he ever sleep at that address growing up? | | | | |
| 14  A  I mean, here and there on the weekends, you know, | | | | |
| 15    just to spend the night, you know, but not living | | | | |
| 16    there, no. | | | | |
| 17  Q  But he would stay there sometimes, right? | | | | |
| 18  A  I mean, sometimes if he would come over to visit, | | | | |
| 19    yeah, he might spend the night and he might not. | | | | |
| 20  Q  Did they ever live together at an address that's | | | | |
| 21    234 East Locust? | | | | |
| 22  A  Yeah, that's where my sister used to live. | | | | |
| 23  Q  Your sister being? | | | | |
| 24  A  Johnnie Mae Conley.  Those are her grandkids. | | | | |
| 25    MR. BAISH:  Can you say that again? | | | | |
| 91 | | | | |
| 1    THE WITNESS:  Pardon me?  Johnnie Mae | | | | |
| 2    Conley. | | | | |
| 3    MR. BAISH:  Johnnie Mae? | | | | |
| 4    THE WITNESS:  Um-hum.  And that's | | | | |
| 5    Ravon's grandmother. | | | | |
| 6  BY MR. DOUGLASS: | | | | |
| 7  Q  So Ravon and Deleasia lived at the 234 East | | | | |
| 8    Locust address together? | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 9   A   No, that's where my sister lived, so if they | | | | |
| 10      lived there at one time, you know -- | | | | |
| 11   Q   Do you know when they lived together? | | | | |
| 12   A   No. | | | | |
| 13   Q   Do you know how involved Deleasia was with Ravon | | | | |
| 14      and Ravon's life? | | | | |
| 15   A   No. | | | | |
| 16   Q   Do you know if they are close today? | | | | |
| 17   A   Well, he's in Texas, she's here, so, you know, I | | | | |
| 18      don't know what they are doing.  I'm just not | | | | |
| 19      really talking to, you know, Deleasia or her | | | | |
| 20      sister or her mom. | | | | |
| 21   Q   Did you say that he's in Texas and she's here? | | | | |
| 22   A   No. | | | | |
| 23   Q   She's in Texas and he's here? | | | | |
| 24   A   He's here.  So if they are talking -- I don't | | | | |
| 25      know if they are talking.  I don't know what they | | | | |
|                                             92 | | | | |
| 1      are doing between each other. | | | | |
| 2   Q   Do you know what Deleasia does now as far as | | | | |
| 3      employment? | | | | |
| 4   A   No. | | | | |
| 5   Q   Do you know how she did in school? | | | | |
| 6   A   No.  She was in the Army, so she had to do okay, | | | | |
| 7      I guess. | | | | |
| 8   Q   Do you know if she ever worked with any lead | | | | |
| 9      products? | | | | |
| 10   A   No. | | | | |
| 11   Q   You don't know? | | | | |
| 12   A   I don't know, no. | | | | |
| 13   Q   What did she do in the Army? | | | | |
| 14   A   I'm not sure.  She went to the Army and came back | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 15      with her little uniform, so... | | | | |
| 16    Q   Do you know when she was there? | | | | |
| 17    A   Probably five years ago or so. | | | | |
| 18    Q   Do you know if she has any health issues? | | | | |
| 19    A   No. | | | | |
| 20    Q   You don't know? | | | | |
| 21    A   I don't know. | | | | |
| 22    Q   Does she have any behavioral issues? | | | | |
| 23    A   Not that I know of, no. | | | | |
| 24    Q   Was she ever tested for elevated blood lead | | | | |
| 25      level? | | | | |
| 93 | | | | |
| 1    A   I'm not sure. | | | | |
| 2    Q   Has she had any legal problems? | | | | |
| 3    A   Not that I know of. | | | | |
| 4    Q   How would you compare Deleasia to Ravon | | | | |
| 5      academically? | | | | |
| 6    A   What do you mean? | | | | |
| 7    Q   Does one seem smarter than the other?  Are they | | | | |
| 8      about the same? | | | | |
| 9    A   No.  I mean, no.  Deleasia might be pretty, | | | | |
| 10      pretty smart compared to Breon. | | | | |
| 11    Q   You said "compared to Breon."  That's -- | | | | |
| 12    A   Ravon. | | | | |
| 13    Q   That's Ravon's nickname, correct? | | | | |
| 14    A   I call him Breon, but, yeah, that's his middle | | | | |
| 15      name. | | | | |
| 16    Q   Is Deleasia married? | | | | |
| 17    A   No, not that I know of right now. | | | | |
| 18    Q   Does she have any children? | | | | |
| 19    A   Last I heard she wasn't.  She's got one kid. | | | | |
| 20    Q   What's her kid's name? | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 21   A   I'm not sure.  I don't even know his name. | | | | |
| 22   Q   Do you know who the father is? | | | | |
| 23   A   No.  His name is Colin. | | | | |
| 24        MS. MEADEN:  The father or the son? | | | | |
| 25        THE WITNESS:  No, no, the son is named | | | | |
| | 94 | | | |
| 1       Colin.  I don't know the father. | | | | |
| 2   BY MR. DOUGLASS: | | | | |
| 3   Q   How old is he? | | | | |
| 4   A   I'm not sure, either.  Probably 5, 4, 6. | | | | |
| 5   Q   Ravon has a child, also, right? | | | | |
| 6   A   Yeah. | | | | |
| 7   Q   What's his child's name? | | | | |
| 8   A   Mel or something. | | | | |
| 9   Q   Is it Michai? | | | | |
| 10   A   Michai. | | | | |
| 11   Q   Do you have much interaction with Michai? | | | | |
| 12   A   Well, when I go over to the house here and there | | | | |
| 13       he might be over there, but yeah. | | | | |
| 14   Q   Does Michai have any health problems that you are | | | | |
| 15       aware of? | | | | |
| 16   A   Not that I'm aware of. | | | | |
| 17   Q   Does he have any behavioral issues? | | | | |
| 18   A   Not -- no.  Real quiet, though, really quiet. | | | | |
| 19   Q   Michai is quiet? | | | | |
| 20   A   Yeah. | | | | |
| 21   Q   Does he have any speech problems? | | | | |
| 22   A   You know, I haven't seen him for awhile.  I saw | | | | |
| 23       him at the party, but before then I hadn't seen | | | | |
| 24       him for probably five or six months.  He's not | | | | |
| 25       talking, you know, talking-talking. | | | | |
| | 95 | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 1   Q   He's not talking? | | | | |
| 2   A   You know, like little kids -- like my grandkids | | | | |
| 3       talk to you, and he is not -- he doesn't do that. | | | | |
| 4   Q   When he does talk, have you noticed any speech | | | | |
| 5       problems with Michai? | | | | |
| 6   A   No.  He's just real quiet.  You know, if he says | | | | |
| 7       anything, he like, you know, just shaking of the | | | | |
| 8       head or something.  He just doesn't really talk, | | | | |
| 9       so -- and I haven't been him around him that | | | | |
| 10      much, either, lately, so he might be talking | | | | |
| 11      doggone good, you know, and he just want to be | | | | |
| 12      quiet around me. | | | | |
| 13  Q   Who is Deleasia's father? | | | | |
| 14  A   I'm not sure who her dad is. | | | | |
| 15  Q   Does Byron Vance ring a bell? | | | | |
| 16  A   No. | | | | |
| 17  Q   What do you know about Ciara Conley? | | | | |
| 18  A   That's her sister, niece, my niece, great niece, | | | | |
| 19      Breon's sister, Ravon's sister. | | | | |
| 20  Q   Where does she live? | | | | |
| 21  A   She lives in Texas, also. | | | | |
| 22  Q   Do you know where? | | | | |
| 23  A   No. | | | | |
| 24  Q   Do you know what her relationship is with Ravon? | | | | |
| 25  A   That's her brother. | | | | |
| 96 | | | | |
| 1   Q   Do you know if they still interact with one | | | | |
| 2       another? | | | | |
| 3   A   I'm not sure, no.  I don't know. | | | | |
| 4   Q   Did Ciara and Ravon ever live together? | | | | |
| 5   A   I'm sure when they were kids somewhere. | | | | |
| 6   Q   Do you know what the address was? | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 7  A  No. | | | | |
| 8  Q  Did Ciara ever -- | | | | |
| 9      MR. REIS:  Sorry, everybody.  My name is | | | | |
| 10      Reis.  Where is the court reporter?  Hi.  Okay. | | | | |
| 11      Let's continue. | | | | |
| 12      MR. DOUGLASS:  Mr. Reis, we are rolling. | | | | |
| 13      It may make sense to grab a mic and just -- | | | | |
| 14      MR. REIS:  Yeah. | | | | |
| 15      MR. DOUGLASS:  -- make an appearance. | | | | |
| 16      MR. REIS:  Sure.  Werner Reis, R-E-I-S, | | | | |
| 17      Warshafsky Law Firm. | | | | |
| 18  BY MR. DOUGLASS: | | | | |
| 19  Q  And do you know if Ciara stays in touch with | | | | |
| 20      Ravon? | | | | |
| 21  A  I'm not sure what they do, what they are doing | | | | |
| 22      now. | | | | |
| 23  Q  What does Ciara do in terms of employment? | | | | |
| 24  A  She's working somewhere in Texas. | | | | |
| 25  Q  Do you know where? | | | | |
| 97 | | | | |
| 1  A  No. | | | | |
| 2  Q  Do you know if she ever worked with lead? | | | | |
| 3  A  No. | | | | |
| 4  Q  Was she ever exposed to lead? | | | | |
| 5  A  I'm not sure. | | | | |
| 6  Q  Does she have any health issues? | | | | |
| 7  A  Not that I know of. | | | | |
| 8  Q  Any behavioral issues? | | | | |
| 9  A  Not that I know of. | | | | |
| 10  Q  Any legal problems? | | | | |
| 11  A  Not that I know of. | | | | |
| 12  Q  Was she ever tested for elevated blood lead | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 13    level? | | | | |
| 14    A   I'm not sure. | | | | |
| 15         MR. REIS:  You do have to let him | | | | |
| 16    finish. | | | | |
| 17         THE WITNESS:  I know.  I know. | | | | |
| 18         MR. REIS:  Everybody does it, but it's | | | | |
| 19    okay. | | | | |
| 20  BY MR. DOUGLASS: | | | | |
| 21    Q   How would you compare Ravon to Ciara in terms of | | | | |
| 22    intelligence? | | | | |
| 23    A   I'm not sure.  I mean -- | | | | |
| 24    Q   Are they about the same? | | | | |
| 25    A   No.  I don't know. | | | | |
|                                              98 | | | | |
| 1   Q   You don't know? | | | | |
| 2   A   No. | | | | |
| 3   Q   Do you think Ciara is smart? | | | | |
| 4   A   She's doing okay for herself, you know, in terms | | | | |
| 5      of smartness. | | | | |
| 6   Q   Does she seem intelligent -- | | | | |
| 7   A   Yeah. | | | | |
| 8   Q   -- when you interact with her? | | | | |
| 9   A   Yeah, she does. | | | | |
| 10   Q   Is Ciara married? | | | | |
| 11   A   No. | | | | |
| 12   Q   Does she have any children? | | | | |
| 13   A   No. | | | | |
| 14   Q   And Latasha Conley, you said that's your | | | | |
| 15      daughter, correct? | | | | |
| 16   A   Yes. | | | | |
| 17   Q   What's her address? | | | | |
| 18   A   On 236 East Wright, Milwaukee. | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 19 | Q  That's her current address? | | | |
| 20 | A  Yes. | | | |
| 21 | Q  Did she ever live with Ravon? | | | |
| 22 | A  No.  Well, when, you know, when I had him from | | | |
| 23 | birth to nine months, yeah. | | | |
| 24 | Q  That was at the 3626 address? | | | |
| 25 | A  No, that was at 5028 North 26th Street. | | | |
| 99 | | | | |
| 1 | Q  And that's where Ravon lived from birth until | | | |
| 2 | nine months? | | | |
| 3 | A  Yeah, that I had him. | | | |
| 4 | Q  And then what happened after those nine months? | | | |
| 5 | Where does -- | | | |
| 6 | A  His mom took him. | | | |
| 7 | Q  Took him to what address? | | | |
| 8 | A  I'm not sure where she was living at that time. | | | |
| 9 | Q  And after his mom took him, Ravon would come back | | | |
| 10 | and stay with you on some of the weekends, is | | | |
| 11 | that correct? | | | |
| 12 | A  You know, just here and there, you know, he would | | | |
| 13 | come over and, you know, him and my grandson the | | | |
| 14 | same age almost, so sometimes on the weekends he | | | |
| 15 | will come spend the night or something, or my | | | |
| 16 | grandson would go by them and spend the night. | | | |
| 17 | Q  What age was that when Ravon was -- | | | |
| 18 | A  Just coming up, you know, from 2 to 3 to 4 to 5, | | | |
| 19 | you know, coming up. | | | |
| 20 | Q  All the way through middle school? | | | |
| 21 | A  Probably through -- probably, yeah.  I would say | | | |
| 22 | probably kindergarten, middle school, you know, | | | |
| 23 | not even middle school. | | | |
| 24 | MR. REIS:  Be sure to let him finish his | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 25 | question. | | | |
| | 100 | | | |
| 1 | THE WITNESS: Okay. | | | |
| 2 | MR. REIS: Everybody does it. I'm not | | | |
| 3 | mad at you. | | | |
| 4 | THE WITNESS: I know. I'm trying to | | | |
| 5 | hang. | | | |
| 6 | MR. REIS: Sure. | | | |
| 7 | BY MR. DOUGLASS: | | | |
| 8 | Q So Ravon would come and sleep over at your house | | | |
| 9 | on weekends up until around middle school, you | | | |
| 10 | said? | | | |
| 11 | A Yeah, just here and there, you know. I can't | | | |
| 12 | say, you know, throughout the years how many | | | |
| 13 | years or days that he came to spend the night. | | | |
| 14 | Q And then after -- | | | |
| 15 | A Ouch. My dang knee. | | | |
| 16 | Q -- after around middle school -- | | | |
| 17 | MR. REIS: Everything you say has to be | | | |
| 18 | taken down by the -- | | | |
| 19 | THE WITNESS: Oh, okay. | | | |
| 20 | MR. REIS: -- court reporter, so -- | | | |
| 21 | THE WITNESS: I hit my knee. That's | | | |
| 22 | all. | | | |
| 23 | MR. REIS: And you can't talk while he's | | | |
| 24 | talking, so... | | | |
| 25 | THE WITNESS: Okay, mister. | | | |
| | 101 | | | |
| 1 | MR. REIS: Well, these are horrible | | | |
| 2 | rules, but they're to make it clear in the future | | | |
| 3 | what people -- | | | |
| 4 | THE WITNESS: We need the other guy | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 5 back. | | | | |
| 6 MR. REIS: The other guy? Omigod. Oh | | | | |
| 7 boy. | | | | |
| 8 THE WITNESS: No, I'm just messing with | | | | |
| 9 you. | | | | |
| 10 MR. REIS: I have to hang my head. | | | | |
| 11 THE WITNESS: I'm sorry. | | | | |
| 12 BY MR. DOUGLASS: | | | | |
| 13 Q After around middle school, did Ravon -- | | | | |
| 14 A When they got older, they weren't hanging -- I | | | | |
| 15 stopped you again. Go ahead. | | | | |
| 16 Q After around middle school Ravon would stop | | | | |
| 17 sleeping over at your house on weekends? | | | | |
| 18 A Yeah. | | | | |
| 19 Q Would he still come over to your house? | | | | |
| 20 A Yeah. Not as often. | | | | |
| 21 Q And where were you living when Ravon was in | | | | |
| 22 middle school? | | | | |
| 23 A Geez, between those two addresses. Probably on | | | | |
| 24 -- Hell, I don't know. Middle school. How old | | | | |
| 25 is he now? | | | | |
| 102 | | | | |
| 1 Q You were between 5028 and 3626? | | | | |
| 2 A Yeah. | | | | |
| 3 Q When did you move from 5028 to 3626? | | | | |
| 4 A In '93. | | | | |
| 5 Q So Ravon was about three-years-old then? | | | | |
| 6 A I'm not sure. How old is he now? Well, how old | | | | |
| 7 was he then? | | | | |
| 8 Q If he was born in 1990 -- | | | | |
| 9 A He was born in 1990, so, yeah, I moved there. I | | | | |
| 10 was there then, yeah. Yeah, because I moved to | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 11 | that place in '93, so he was there for the nine | | | |
| 12 | months. After that I didn't see him much because | | | |
| 13 | she was mad because -- you know, I was mad | | | |
| 14 | because she took him back. | | | |
| 15 | Q  So when Ravon was with you from birth to nine | | | |
| 16 | months, he would have been living at the 5028 | Also inadmissible as explained in MIL re crimes and bad acts under 404(b); 609(b) | Relevant to show who had care of Owens and when; also relevant to show alternative cause for Owens neurobehavioral issues; admissible per 3/26/19 decision on motion in limine re crimes or other acts | SUSTAINED. May be used if the final sentence is excluded. |
| 17 | address, correct? | | | |
| 18 | A  Yes. | | | |
| 19 | Q  Did Latasha ever take care of Ravon? | | | |
| 20 | A  Well, he was over there probably spending the | | | |
| 21 | night with her son, so probably somewhere in | | | |
| 22 | between there, yeah. But she stayed with me | | | |
| 23 | until '96 -- well, to '93 -- no, '96. She stayed | | | |
| 24 | with me until she went to prison. | | | |
| 25 | Q  What does she do now? | | | |
| | 103 | | | |
| 1 | A  Right now she's working at the -- for a group | | | |
| 2 | home with teenage girls. | | | |
| 3 | Q  What is she doing with them? | | | |
| 4 | A  I guess she's like a counselor or something with | | | |
| 5 | them. | | | |
| 6 | Q  What's the name of it? | | | |
| 7 | A  I'm not sure. She just started the job a couple | | | |
| 8 | weeks ago. It's in Oconomowoc, Wisconsin. | | | |
| 9 | Q  Did Latasha ever work with any lead products? | | | |
| 10 | A  No. | | | |
| 11 | Q  How do you know? | | | |
| 12 | A  She never -- as far as I know, she never has. | | | |
| 13 | With her being my daughter and knowing, you know, | | | |
| 14 | what kind of work she's doing. | | | |
| 15 | Q  What -- what's the highest level of education | | | |
| 16 | that Latasha received? | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 17   A   She finished high school. | | | | |
| 18   Q   Do you know what her GPA was in high school? | | | | |
| 19   A   Probably 3, 4 points. | | | | |
| 20   Q   I'm sorry? | | | | |
| 21   A   Three or 4 points, between there. | | | | |
| 22   Q   Between a 3.0 and a 4.0? | | | | |
| 23   A   Yeah. | | | | |
| 24   Q   So between As and Bs? | | | | |
| 25   A   Yeah. | | | | |
| 104 | | | | |
| 1   Q   So she was pretty smart? | | | | |
| 2   A   Um-hum. | | | | |
| 3   Q   Has Latasha had any significant health issues? | | | | |
| 4   A   No. | | | | |
| 5   Q   Any behavioral issues? | | | | |
| 6   A   No. | | | | |
| 7   Q   Any legal problems?  I think you mentioned one. | | | | |
| 8   A   Yeah, when she just went to -- | | | | |
| 9   Q   Other than -- other than that? | | | | |
| 10   A   No. | | | | |
| 11   Q   Has Latasha ever been tested for elevated blood | | | | |
| 12       lead levels? | | | | |
| 13   A   No. | | | | |
| 14   Q   Do you know LaFondra Conley? | | | | |
| 15   A   Yeah. | | | | |
| 16   Q   Who is that? | | | | |
| 17   A   That's Breon's aunt, my niece. | | | | |
| 18   Q   Where does she live? | | | | |
| 19   A   She lives in Texas. | | | | |
| 20   Q   Do you know her address? | | | | |
| 21   A   No. | | | | |
| 22   Q   Do you know what city? | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 23   A   Dallas. I think she's on the suburbs of Dallas, | | | | |
| 24       too, so I'm not sure. I don't think it's right | | | | |
| 25       in Dallas, but somewhere around that area. | | | | |
| 105 | | | | |
| 1   Q   Did she ever live with Ravon? | | | | |
| 2   A   I'm not sure. At one point -- I don't -- I | | | | |
| 3       don't -- No, I'm not sure. | | | | |
| 4   Q   Was she involved in raising Ravon at all? | | | | |
| 5   A   Well, with that being her sister, I'm sure at | | | | |
| 6       some point their kids got together. | | | | |
| 7   Q   Do you know? | | | | |
| 8   A   No. | | | | |
| 9   Q   Do you know if LaFondra ever took care of Ravon | | | | |
| 10       when he was a child? | | | | |
| 11   A   No. | | | | |
| 12   Q   Does she stay in touch with Ravon now? | | | | |
| 13   A   I'm not sure. | | | | |
| 14   Q   Do you know when the last time they had any | | | | |
| 15       significant interaction was? | | | | |
| 16   A   No. | | | | |
| 17   Q   What does she do now? | | | | |
| 18   A   She works for AT&T. | | | | |
| 19   Q   Do you know what she does for them? | | | | |
| 20   A   No. | | | | |
| 21   Q   How long has she been working there? | | | | |
| 22   A   Quite a long time. | | | | |
| 23   Q   Did she ever work with any lead products? | | | | |
| 24   A   Not that I know of. | | | | |
| 25   Q   Was she ever exposed to lead? | | | | |
| 106 | | | | |
| 1   A   No, not that I know of. | | | | |
| 2   Q   What do you know about her education? | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 3   A   I don't. | | | | |
| 4   Q   Do you know if she finished high school? | | | | |
| 5   A   No. | | | | |
| 6   Q   Does LaFondra strike you as a smart person? | | | | |
| 7   A   Yeah, I suppose.  I mean -- Yeah, I suppose. | | | | |
| 8   Q   Why do you say that? | | | | |
| 9   A   I mean, she's got a good dang-on job, so she's | | | | |
| 10       pretty smart to have a job like that, I think. | | | | |
| 11   Q   Has LaFondra ever had any health issues that you | | | | |
| 12       are aware of? | | | | |
| 13   A   No. | | | | |
| 14   Q   Behavioral issues? | | | | |
| 15   A   No. | | | | |
| 16   Q   Legal problems? | | | | |
| 17   A   No. | | | | |
| 18   Q   And LaFondra has two children, is that correct? | | | | |
| 19   A   Yes. | | | | |
| 20   Q   That's Melvin and Cashae? | | | | |
| 21   A   Yes. | | | | |
| 22   Q   Melvin and Cashae? | | | | |
| 23   A   Melvin and Cashae. | | | | |
| 24   Q   How old are they? | | | | |
| 25   A   They are in their 20s. | | | | |
| 107 | | | | |
| 1   Q   How much interaction have they had with Ravon? | | | | |
| 2   A   Well, Melvin, I know he was living in Appleton. | | | | |
| 3       I think he's here now, though.  But, you know, | | | | |
| 4       they are all like cousin-cousins, so they have | | | | |
| 5       had quite a lot of interaction. | | | | |
| 6   Q   Both Melvin and Cashae? | | | | |
| 7   A   Yeah. | | | | |
| 8   Q   And you don't know Melvin's address, do you? | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 9   A   No. | | | | |
| 10    Q   What about Cashae? | | | | |
| 11    A   Cashae has been -- she was on 61st and Capitol, | | | | |
| 12        but her mom just sold the place, so I think she's | | | | |
| 13        just running around now.  She has been at my | | | | |
| 14        place, she's been at my daughter's place.  So | | | | |
| 15        she's here and there right now. | | | | |
| 16    Q   They both still talk to Ravon? | | | | |
| 17    A   Yeah. | | | | |
| 18    Q   How do you know that? | | | | |
| 19    A   I know Cashae and -- plus Cashae was just out at | | | | |
| 20        my house, so Ravon is there, so they are talking | | | | |
| 21        pretty good for him to let her in. | | | | |
| 22    Q   Any other family members that you are aware of | | | | |
| 23        that have spent any significant amount of time | | | | |
| 24        with Ravon? | | | | |
| 25    A   No, just his cousins. | | | | |
| 108 | | | | |
| 1    Q   The ones we talked about? | | | | |
| 2    A   Yeah, the ones we talked about. | | | | |
| 3    Q   Are you aware of any other family members that | | | | |
| 4        have been tested for elevated blood lead levels? | | | | |
| 5    A   No. | | | | |
| 6    Q   I believe you said that you had not been tested? | | | | |
| 7    A   No. | | | | |
| 8    Q   Where did your dad work? | | | | |
| 9    A   Geez.  I can't think of where he worked at.  He | | | | |
| 10        worked -- I can't think of that right now.  It | | | | |
| 11        seems like it was International Harvester or | | | | |
| 12        something.  I'm not sure, though, of that because | | | | |
| 13        he's been gone since I was 12-years-old, so... | | | | |
| 14    Q   Do you know what he did? | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 15   A   No. | | | | |
| 16   Q   You don't know what he did for a job? | | | | |
| 17   A   No. | | | | |
| 18   Q   What about your mom? | | | | |
| 19   A   My mom never worked. | | | | |
| 20   Q   Do you know if your parents ever worked with any | | | | |
| 21       lead products? | | | | |
| 22   A   No. | | | | |
| 23   Q   You don't know? | | | | |
| 24   A   I don't know. | | | | |
| 25       MR. REIS:  Are you cold? | | | | |
| | 109 | | | |
| 1       THE WITNESS:  Yeah, it's getting a | | | | |
| 2       little chilly in here.  I'm okay.  I'll be okay. | | | | |
| 3       Well, you can probably turn it down a little bit. | | | | |
| 4       MR. REIS:  I don't have any idea how | | | | |
| 5       that works.  It's complicated. | | | | |
| 6       THE WITNESS:  It's okay, though.  I will | | | | |
| 7       just, you know, rub my arms. | | | | |
| 8       MR. REIS:  Do you want my jacket? | | | | |
| 9       THE WITNESS:  No, I will be okay. | | | | |
| 10       MR. REIS:  All right.  I just don't want | | | | |
| 11       you to freeze. | | | | |
| 12       THE WITNESS:  No, I'm okay.  If I get | | | | |
| 13       real cold, I'll be like give me your jacket. | | | | |
| 14       MR. REIS:  That's fine.  Any time. | | | | |
| 15   BY MR. DOUGLASS: | | | | |
| 16   Q   So the address that we were talking about earlier | | | | |
| 17       where I believe you said Ravon lived from when he | | | | |
| 18       was born to nine months with you, that was 5028 | | | | |
| 19       -- | | | | |
| 20   A   North 26th Street. | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 21   Q   -- North 26th Street? | | | | |
| 22   A   Um-hum. | | | | |
| 23   Q   Who owned that residence at the time? | | | | |
| 24   A   Mr. Robert Mays. | | | | |
| 25   Q   Who is Mr. Mays? | | | | |
| | 110 | | | |
| 1   A   He was the owner of the property, the landlord. | | | | |
| 2   Q   He was the landlord? | | | | |
| 3   A   Um-hum. | | | | |
| 4   Q   Did he own any other properties? | | | | |
| 5   A   No that I know of or that I stayed in. | | | | |
| 6   Q   That's who you paid rent when you were there? | | | | |
| 7   A   Um-hum, yes. | | | | |
| 8   Q   What was the amount of rent? | | | | |
| 9   A   My rent at the time was, I think, $400. | | | | |
| 10   Q   A month? | | | | |
| 11   A   Yeah. | | | | |
| 12   Q   Do you know if Mr. Mays owned any other | | | | |
| 13       properties? | | | | |
| 14   A   No. | | | | |
| 15   Q   You don't know? | | | | |
| 16       Do you know if 5028 North 26th was ever | | | | |
| 17       tested for lead? | | | | |
| 18   A   No, I don't know. | | | | |
| 19   Q   Do you recall any chipping or peeling paint in | | | | |
| 20       that house? | | | | |
| 21   A   No. | | | | |
| 22   Q   Do you recall seeing Ravon ever ingesting any | | | | |
| 23       paint in that house? | | | | |
| 24   A   No. | | | | |
| 25   Q   Any paint chips? | | | | |
| | 111 | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 1    A   No. | | | | |
| 2    Q   Why did you move out of there? | | | | |
| 3    A   Because I bought the house on Sixth Street. | | | | |
| 4    Q   You took out a loan to buy the house on Sixth | | | | |
| 5        Street? | | | | |
| 6    A   No. Well, yeah, I did, come to think about it. | | | | |
| 7    Q   What was the name of the bank? | | | | |
| 8    A   Geez, I can't think of it, but it ended up | | | | |
| 9        being -- I went to a couple different banks to | | | | |
| 10       change. I can't recall the name of it. | | | | |
| 11   Q   Was -- | | | | |
| 12   A   Wells Fargo was the last bank, though, that -- It | | | | |
| 13       went from one bank to Wells Fargo was the ending. | | | | |
| 14   Q   Was 3626 North 6th Street ever tested for lead? | | | | |
| 15   A   No. | | | | |
| 16   Q   Do you know if the Milwaukee Department of Health | | | | |
| 17       ever came out to that address? | | | | |
| 18   A   Actually, they came out and did like where you -- | | | | |
| 19       where they come and they put -- they -- they | | | | |
| 20       paint your windows and windowsills and put | | | | |
| 21       windows in and do all that kind of stuff. | | | | |
| 22   Q   So they -- they did that work? | | | | |
| 23   A   Yeah. | | | | |
| 24   Q   When was that? | | | | |
| 25   A   I'm not sure when it was. It was in between the | | | | |
| 112 | | | | |
| 1        time between '93 and '96. | | | | |
| 2    Q   Do you know why they were doing that? | | | | |
| 3    A   Because it was something that you can, you know, | | | | |
| 4        have them to do and you didn't have to pay for | | | | |
| 5        it. | | | | |
| 6    Q   You called them? | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 7   A   Yeah.  Insulation.  They did insulation and, you | | | | |
| 8      know, different stuff to the house. | | | | |
| 9   Q   What made you call them? | | | | |
| 10   A   Because I was just, you know, it was an | | | | |
| 11      opportunity to get things done and you didn't | | | | |
| 12      have to pay for it. | | | | |
| 13   Q   What needed to be done? | | | | |
| 14   A   They came in.  They put -- they did insulation, | | | | |
| 15      they painted the windowsills and I think they put | | | | |
| 16      windows in.  They put up like, you know, to stop | | | | |
| 17      burglars from doing your windows, like, you | | | | |
| 18      know -- | | | | |
| 19   Q   The bars? | | | | |
| 20   A   Yeah.  Not bars, but like it was nails.  It was | | | | |
| 21      the things you just stick in the -- yeah. | | | | |
| 22   Q   And I want to come back and walk through that | | | | |
| 23      house a little bit, but a couple general | | | | |
| 24      questions. | | | | |
| 25         Why did you -- Why'd you decide to buy | | | | |
|  | 113 | | | |
| 1      the North 6th Street house? | | | | |
| 2   A   Because my landlord that I had at the time, you | | | | |
| 3      know, was telling me about it, you know, and it | | | | |
| 4      was a pretty good deal. | | | | |
| 5   Q   At the time you bought it, you were living there | | | | |
| 6      and not renting it, is that correct? | | | | |
| 7   A   No.  I was rent -- I living there, yeah.  I moved | | | | |
| 8      from 5028 to that place. | | | | |
| 9   Q   And you were not renting it at the time, right? | | | | |
| 10   A   No, right.  I was paying a mortgage. | | | | |
| 11   Q   When did you move out of there and start -- | | | | |
| 12   A   I moved out of there in '96. | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 13 Q That's when you started renting it? | | | | |
| 14 A Yes. | | | | |
| 15 Q Did you believe that you had any obligation or | | FRE 401 | Relevant to show witness's acknowledgement of obligation to maintain condition of alleged exposure site | OVERRULED |
| 16 responsibility to maintain the North 6th Street | | | | |
| 17 house as an owner? | | | | |
| 18 A Yes. | | | | |
| 19 Q Tell me about that. | | | | |
| 20 A I mean, if something went wrong, I mean, you have | | | | |
| 21 to fix it, you know, just things that you would | | | | |
| 22 have to do. | | | | |
| 23 Q And you understood -- | | | | |
| 24 A Toilets, you know, break down you had to go fix | | | | |
| 25 it. | | | | |
| 114 | | | | |
| 1 Q What about to prevent any safety or health | | | | |
| 2 hazards? | | | | |
| 3 A No, I didn't have to do any of that. | | | | |
| 4 Q You did not have to do any of that? | | | | |
| 5 A No. | | | | |
| 6 Q Why? | | | | |
| 7 A I mean, because what health hazards, you know, | | | | |
| 8 what was wrong that you would have to have, you | | | | |
| 9 know, that done. I had to repair the stairs at | | | | |
| 10 one time. They were kind of crumbling, you know, | | | | |
| 11 cement them. That would have been a safety | | | | |
| 12 health, you know, issue if somebody had rolled | | | | |
| 13 down the stairs. | | | | |
| 14 Q Did anybody ever tell you that there was lead in | | | | |
| 15 the 3626 North 6th Street address? | | | | |
| 16 A No. | | | | |
| 17 Q Why did you move out? | | | | |
| 18 A Because I moved out on 70th, 90 -- the address | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 19 | where my home is now, 9028 North 70th Street. | | | |
| 20 | Q   But why did you decide to move out of that house? | | | |
| 21 | A   Because I wanted to rent it and I was -- we were | | | |
| 22 | getting another place. | | | |
| 23 | Q   You said Ravon stayed at that house -- Well, let | | | |
| 24 | me step back. | | | |
| 25 | You said that Ravon stayed at the 5028 | | | |
| | 115 | | | |
| 1 | North 26th Street address from zero to nine | | | |
| 2 | months, is that right? | | | |
| 3 | A   Um-hum, yes. | | | |
| 4 | Q   Who took care of him there? | | | |
| 5 | A   I did. | | | |
| 6 | Q   And presumably there were times that you had to | | | |
| 7 | leave and somebody else had to take care of him, | | | |
| 8 | is that correct? | | | |
| 9 | A   Yeah, probably my daughter probably been watching | | | |
| 10 | him, too, at the time maybe. | | | |
| 11 | Q   Who would that have been? | | | |
| 12 | A   My daughter, Tasha, Latasha.  If I had to leave | | | |
| 13 | somewhere, she would probably pretty much | | | |
| 14 | probably babysit him I'm sure. | | | |
| 15 | Q   That would have been at the 5028 address? | | | |
| 16 | A   North -- yeah, 28th [sic] Street. | | | |
| 17 | Q   Anybody other than you or Latasha take care of | | | |
| 18 | Ravon at that address? | | | |
| 19 | A   Darryl Jones. | | | |
| 20 | Q   Anybody else? Any babysitters or anyone? | | | |
| 21 | A   No. | | | |
| 22 | Q   Would Ravon's mom ever come over to the 5028 | | | |
| 23 | address -- | | | |
| 24 | A   No. | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 25   Q   -- to take care of him? | | | | |
| | 116 | | | |
| 1   A   No. | | | | |
| 2   Q   Did Ravon's mom have any interaction with | | | | |
| 3       Ravon -- | | | | |
| 4   A   No. | | | | |
| 5   Q   Let me finish.  That's okay. | | | | |
| 6       Did Ravon's mom have any interaction | | FRE 403 - Ravon's interaction with his mother as opposed to Peggy Conley is irrelevant, nor could it show or be an alleged cause of any neurobehavioral problems. | Relevant to show alternative cause for plaintiff's alleged neurobehavioral issues (per Steinberg, Bell expert opinions); admissible per 3/26/19 decision on motion in limine re crimes or other acts; also relevant to show Owens whereabouts as an infant | OVERRULED |
| 7       with Ravon for the first nine months of his life | | | | |
| 8       when he was living at the 5028 address? | | | | |
| 9   A   No. | | | | |
| 10   Q   Did you talk to her during that time? | | | | |
| 11   A   No. | | | | |
| 12       MR. BAISH:  Ms. Conley, I tried to get | | | | |
| 13       the temperature up a little bit. | | | | |
| 14       THE WITNESS:  It feels a little better. | | | | |
| 15       MR. BAISH:  I can -- I can go more. | | | | |
| 16       THE WITNESS:  No, I'm okay.  I'm okay. | | | | |
| 17       MR. BAISH:  I'm sitting here -- I'm | | | | |
| 18       sitting here in a suit and coat. | | | | |
| 19       THE WITNESS:  Everybody's got long | | | | |
| 20       sleeves on but me, but that's okay.  I'm okay. | | | | |
| 21       Thank you. | | | | |
| 22       MR. BAISH:  Let me know if you get | | | | |
| 23       uncomfortable. | | | | |
| 24       THE WITNESS:  All right. | | | | |
| | 25 | | | |
| | 117 | | | |
| 1   BY MR. DOUGLASS: | | | | |
| 2   Q   Did Ravon ever live at the address at 234 East | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 3 | Locust Street? | | | |
| 4 | A   Sure.  You know, that was his grandma's house, | | | |
| 5 | so... | | | |
| 6 | Q   Who owned that house? | | | |
| 7 | A   I'm not sure. | | | |
| 8 | Q   You didn't own it, did you? | | | |
| 9 | A   She didn't own it.  I didn't own it.  She was | | | |
| 10 | renting. | | | |
| 11 | Q   Okay.  You didn't own it and she -- | | | |
| 12 | A   No. | | | |
| 13 | Q   I'm sorry.  And she didn't own it? | | | |
| 14 | A   No. | | | |
| 15 | Q   Okay.  I want to ask about a few other addresses, | | | |
| 16 | and then we can circle back and go through the -- | | | |
| 17 | the houses in a little more detail that we have | | | |
| 18 | talked about. | | | |
| 19 | Are you familiar with an address at 3357 | | | |
| 20 | North 1st Street? | | | |
| 21 | A   No. | | | |
| 22 | Q   What about 2866 North Palmer Street? | | | |
| 23 | A   No. | | | |
| 24 | Q   2864 North 9th Street? | | | |
| 25 | A   No. | | | |
| | 118 | | | |
| 1 | Q   205 West Ring Street? | | | |
| 2 | A   No. | | | |
| 3 | Q   2728 West Bobolink Avenue? | | | |
| 4 | A   No. | | | |
| 5 | Q   2940 North 10th Street, No. 2? | | | |
| 6 | A   No. | | | |
| 7 | Q   2319 North 44th Street? | | | |
| 8 | A   No.  Well, 23 -- I think my -- was that 23?  So, | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 9     yeah, my sister -- my niece, Shonda, used to live | | | | |
| 10     there, I think.  Dashonda, his mom, I think lived | | | | |
| 11     on 44th Street. | | | | |
| 12   Q   When did she live there? | | | | |
| 13   A   At one point.  I'm not sure. | | | | |
| 14   Q   Do you recall what -- what year it was? | | | | |
| 15   A   No. | | | | |
| 16   Q   Or what decade it was? | | | | |
| 17   A   No.  I just know that I lived in the 2300 block | | | | |
| 18     on 45th Street, and I know at one point she -- | | | | |
| 19     she lived around the corner, but it wasn't the | | | | |
| 20     same time I lived there.  So with just me knowing | | | | |
| 21     the hundred blocks, I know that she lived on 44th | | | | |
| 22     Street. | | | | |
| 23   Q   What about 6302 North 100th Street? | | | | |
| 24   A   No. | | | | |
| 25   Q   You mentioned that -- Well, strike that. | | | | |
| 119 | | | | |
| 1     At some point Ravon moved from Wisconsin | | | | |
| 2     to Texas, correct? | | | | |
| 3   A   No. | | | | |
| 4   Q   Ravon has never lived in Texas? | | | | |
| 5   A   No. | | | | |
| 6   Q   Didn't he attend high school there? | | | | |
| 7   A   No. | | | | |
| 8   Q   Ravon didn't? | | | | |
| 9   A   No.  Not that I know of, no. | | | | |
| 10     MR. DOUGLASS:  We have got about five | | | | |
| 11     minutes until -- well, what -- what are we.  2:00 | | | | |
| 12     o'clock is when we need to stop? | | | | |
| 13     MR. REIS:  If you could -- 10 to | | | | |
| 14     2:00 would be even better, if you can do it. | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 15 | MR. DOUGLASS: I was looking at my | | | |
| 16 | watch. I'm still on East Coast time, so I was | | | |
| 17 | thinking that we needed to wrap it up for the | | | |
| 18 | witness, but we can just go -- | | | |
| 19 | MR. REIS: No, we -- we've got time | | | |
| 20 | here, but if we can wrap it up in about an hour, | | | |
| 21 | that would be great. | | | |
| 22 | BY MR. DOUGLASS: | | | |
| 23 | Q   I want to talk about the 5028 North 26th Street | Relevance- not an exposure address | Relevant to show Owens whereabouts as an infant | OVERRULED |
| 24 | address where Ravon lived when he was -- I | | | |
| 25 | believe you said from birth to about -- | | | |
| | 120 | | | |
| 1 | A   Nine months. | | | |
| 2 | Q   -- nine months, correct? | | | |
| 3 | A   Yes. | | | |
| 4 | Q   What type of residence was that?  Was it a house | | | |
| 5 | or an apartment? | | | |
| 6 | A   It was a duplex.  I lived in the upper. | | | |
| 7 | Q   Do you know when that house was built? | | | |
| 8 | A   No. | | | |
| 9 | Q   You said Mr. Mays was the landlord at that house? | | | |
| 10 | A   Yes. | | | |
| 11 | Q   Who else was living there during the time that | | | |
| 12 | Ravon was living there from zero to nine months? | | | |
| 13 | A   Myself, my daughter, Latasha, and Darryl Jones. | | | |
| 14 | Q   How many bedrooms was it? | | | |
| 15 | A   Two. | | | |
| 16 | Q   Where did people sleep? | | | |
| 17 | A   My daughter slept in her room, and Ravon pretty | | | |
| 18 | much slept, you know, in the room with me in a | | | |
| 19 | little bassinet. | | | |
| 20 | Q   The room where you and Darryl slept? | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 21   A   Yes. | | | | |
| 22   Q   You said he slept in a bassinet? | | | | |
| 23   A   Yeah, baby bed, bassinet. | | | | |
| 24   Q   Who purchased that? | | | | |
| 25   A   Me. | | | | |
| | 121 | | | |
| 1   Q   Where did you buy it? | | | | |
| 2   A   Probably Toys R Us. | | | | |
| 3   Q   Was it constructed out of wood? | | | | |
| 4   A   Yeah. | | | | |
| 5   Q   Was it painted? | | | | |
| 6   A   I'm pretty sure.  I think they were like the | | | | |
| 7       basketweave type of bassinets, so I think it | | | | |
| 8       might have been painted white. | | | | |
| 9   Q   Did you ever call -- Excuse me. | | | | |
| 10         Do you ever recall Ravon chewing on the | | | | |
| 11       bassinet when he was a baby? | | | | |
| 12   A   Not at nine -- nine, no. | | | | |
| 13   Q   Other than the -- the people that you mentioned | | | | |
| 14       were living there, did anybody else visit that | | | | |
| 15       house regularly? | | | | |
| 16   A   No. | | | | |
| 17   Q   And can you tell me about the layout of that | | | | |
| 18       house?  You said it was upstairs, so it was a | | | | |
| 19       single floor? | | | | |
| 20   A   No, it was -- it was -- yeah, it was upstairs, | | | | |
| 21       but it was a single floor upstairs. | | | | |
| 22   Q   Okay.  How many rooms total were in the house? | | | | |
| 23   A   It was living room, kitchen and two bedrooms and | | | | |
| 24       a bathroom.  So four rooms and a bathroom. | | | | |
| 25   Q   One bathroom, two bedrooms? | | | | |
| | 122 | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 1   A   One bathroom, yes. | | | | |
| 2   Q   And was there one door going into the house? | | | | |
| 3   A   Yes. | | | | |
| 4   Q   How many windows were in the living room, do you | | | | |
| 5       recall? | | | | |
| 6   A   Four. | | | | |
| 7   Q   Four windows in the living room? | | | | |
| 8   A   Yes. | | | | |
| 9   Q   And were they -- was the trim painted in there? | | | | |
| 10   A   I'm not sure. | | | | |
| 11   Q   It wouldn't have been exposed wood, would it have | | | | |
| 12       been? | | | | |
| 13   A   I'm not sure if it was wood or, you know, what it | | | | |
| 14       was back then. | | | | |
| 15   Q   Probably painted wood? | | | | |
| 16   A   Might have been just wooden wood.  You know, I'm | | | | |
| 17       not sure, to be honest. | | | | |
| 18   Q   Unpainted wood? | | | | |
| 19   A   Maybe.  You know, I'm not sure.  I can't picture | | | | |
| 20       those windows now. | | | | |
| 21   Q   You don't recall what any of the materials for | | | | |
| 22       any of those four windows in the living room -- | | | | |
| 23   A   Were, no. | | | | |
| 24   Q   What about the floors in the living room?  Were | | | | |
| 25       they wood floors? | | | | |
| | 123 | | | |
| 1   A   Carpet. | | | | |
| 2   Q   What about the walls?  What were those materials | | | | |
| 3       made of? | | | | |
| 4   A   Paint.  I mean, painted walls. | | | | |
| 5   Q   Was it painted drywall, painted plaster? | | | | |
| 6   A   I'm not sure. | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 7 Q Could you see a wood grain through the paint? | | | | |
| 8 A I would have to have X-ray vision, but no. | | | | |
| 9 Q What about the ceilings in the living room? Do | | | | |
| 10 you recall what they were made out of? | | | | |
| 11 A No. | | | | |
| 12 Q Were they painted? | | | | |
| 13 A I'm pretty sure they were painted, but I'm -- you | | | | |
| 14 know... | | | | |
| 15 Q Were there any porches at the house? | | | | |
| 16 A No porches. | | | | |
| 17 Q Were there stairs going up to the -- the top | | | | |
| 18 floor that you stayed at? | | | | |
| 19 A Um-hum. Yeah, you would have to come through the | | | | |
| 20 back door and come up the stairs. | | | | |
| 21 Q Were the stairs made out of wood? | | | | |
| 22 A I'm sure. | | | | |
| 23 Q They weren't metal stairs? | | | | |
| 24 A No. | | | | |
| 25 Q And were they painted stairs? | | | | |
| 124 | | | | |
| 1 A I'm not sure. | | | | |
| 2 Q Do you recall if it was exposed wood? | | | | |
| 3 A I'm not sure. | | | | |
| 4 Q What furniture was in the living room there? | | | | |
| 5 A I had, you know, like a pit, you know, the | | | | |
| 6 sectional, a whole bunch of chairs and couches | | | | |
| 7 and a table and lamps. | | | | |
| 8 Q Any painted wood furniture in the living room? | | | | |
| 9 A No, no. I had glass tables and the -- and the | | | | |
| 10 sectional. | | | | |
| 11 Q What about the kitchen? What was in the kitchen? | | | | |
| 12 A A glass kitchen set. | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 13   Q   When you say "kitchen set," what do you mean? | | | | |
| 14   A   You know, a glass table, four chairs, kitchen. | | | | |
| 15   Q   What about appliances? | | | | |
| 16   A   A stove and refrigerator. | | | | |
| 17   Q   Were there any windows in the kitchen? | | | | |
| 18   A   There was two -- wait -- one window in the | | | | |
| 19        kitchen. | | | | |
| 20   Q   Was that a painted wood trim window? | | | | |
| 21   A   I'm not sure. | | | | |
| 22   Q   You don't know? | | | | |
| 23   A   Unh-unh. | | | | |
| 24   Q   What about the walls in the kitchen?  What were | | | | |
| 25        they made out of? | | | | |
| 125 | | | | |
| 1   A   Just walls.  I mean -- | | | | |
| 2   Q   Were they painted? | | | | |
| 3   A   Yeah. | | | | |
| 4   Q   Do you recall what color? | | | | |
| 5   A   Yellow. | | | | |
| 6   Q   What color were the walls in the living room | | | | |
| 7        painted? | | | | |
| 8   A   White. | | | | |
| 9   Q   What about the flooring in the kitchen?  What was | | | | |
| 10        that made out of? | | | | |
| 11   A   It wasn't tile.  I think it was linoleum. | | | | |
| 12   Q   And the bathroom, what was in the bathroom? | | | | |
| 13   A   As far as -- | | | | |
| 14   Q   Was there any furniture -- Strike that. | | | | |
| 15        In the bathroom you had a toilet? | | | | |
| 16   A   A tub, sink.  Nothing else. | | | | |
| 17   Q   I'm sorry? | | | | |
| 18   A   You know, nothing else.  Tub, sink, toilet.  The | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 19        usual. | | | | |
| 20    Q   What were the floors made out of in the bathroom? | | | | |
| 21    A   Linoleum. | | | | |
| 22    Q   Were there any windows in the bathroom? | | | | |
| 23    A   One window. | | | | |
| 24    Q   Was it a painted wood trim window? | | | | |
| 25    A   I'm not sure. | | | | |
| 126 | | | | |
| 1    Q   What color were the walls painted in the | | | | |
| 2        bathroom? | | | | |
| 3    A   White. | | | | |
| 4    Q   And the bedrooms, you said that your daughter | | | | |
| 5        slept in one of those bedrooms? | | | | |
| 6    A   Um-hum. | | | | |
| 7    Q   What furniture was in her bedroom? | | | | |
| 8    A   Oh, she had like, you know, just a bed and a | | | | |
| 9        dresser and a chest of drawers. | | | | |
| 10   Q   Did you buy that furniture? | | | | |
| 11   A   Yes. | | | | |
| 12   Q   Do you recall from where? | | | | |
| 13   A   I'm pretty sure on like 12th and Vliet.  I can't | | | | |
| 14       think of the name of the store, but that's where | | | | |
| 15       I bought it. | | | | |
| 16   Q   I'm sorry? | | | | |
| 17   A   A store that's on 12th and Vliet in Milwaukee, a | | | | |
| 18       furniture store. | | | | |
| 19   Q   Was it new furniture?  Was it antique furniture? | | | | |
| 20   A   No, it was new furniture, just a little girl -- | | | | |
| 21       you know, she wasn't that little then, but a | | | | |
| 22       little girl white bedroom set with a dresser and | | | | |
| 23       a chest. | | | | |
| 24   Q   Were they painted? | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 25   A   I don't know, no.  They were -- it was just | | | | |
| | 127 | | | |
| 1      white, so painted probably. | | | | |
| 2   Q   What was the flooring in her bedroom? | | | | |
| 3   A   Carpet. | | | | |
| 4   Q   What about the walls? | | | | |
| 5   A   Painted. | | | | |
| 6   Q   What color? | | | | |
| 7   A   White. | | | | |
| 8   Q   Any windows in her bedroom? | | | | |
| 9   A   One window. | | | | |
| 10   Q   And do you recall if that was -- Strike that. | | | | |
| 11        Do you recall if that was a painted wood | | | | |
| 12      trim window? | | | | |
| 13   A   I'm not sure. | | | | |
| 14   Q   What about the ceiling in her room? | | | | |
| 15   A   Painted the same as the walls, white. | | | | |
| 16   Q   So the second bedroom where you and Darryl and | | | | |
| 17      Ravon stayed, what furniture was in there?  You | | | | |
| 18      mentioned the bassinet.  What else? | | | | |
| 19   A   And a bed. | | | | |
| 20   Q   Was that it? | | | | |
| 21   A   Yeah, I just had a waterbed at the time. | | | | |
| 22   Q   Any dressers or nightstands in there? | | | | |
| 23   A   No, just a closet. | | | | |
| 24   Q   What was the frame of the waterbed made out of? | | | | |
| 25   A   Wood. | | | | |
| | 128 | | | |
| 1   Q   I'm sorry? | | | | |
| 2   A   Wood. | | | | |
| 3   Q   Was it painted? | | | | |
| 4   A   No, just wood. | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 5   Q   What about the flooring in your bedroom? | | | | |
| 6   A   Carpet. | | | | |
| 7   Q   And the ceilings? | | | | |
| 8   A   Oh, painted ceilings. | | | | |
| 9   Q   Were they painted white? | | | | |
| 10   A   Yes. | | | | |
| 11   Q   What about the walls? | | | | |
| 12   A   Painted white. | | | | |
| 13   Q   Do you recall any of the ceilings in any of the | | | | |
| 14       rooms peeling or chipping? | | | | |
| 15   A   No. | | | | |
| 16   Q   No? | | | | |
| 17   A   No. | | | | |
| 18   Q   What about the wall surfaces in any of the rooms? | | | | |
| 19       Painting or peeling -- | | | | |
| 20   A   No. | | | | |
| 21   Q   -- or chipping? | | | | |
| 22   A   No. | | | | |
| 23   Q   And do you recall seeing any peeling or chipping | | | | |
| 24       or cracking in any of the windows in the house? | | | | |
| 25   A   No. | | | | |
| 129 | | | | |
| 1   Q   Did you ever do any maintenance on the house? | | | | |
| 2   A   No. | | | | |
| 3   Q   None? | | | | |
| 4   A   No. | | | | |
| 5   Q   Did you ever repaint any of the surfaces in the | | | | |
| 6       house? | | | | |
| 7   A   No. | | | | |
| 8   Q   How long were you at the house? | | | | |
| 9   A   I was there from '93 to '96.  No, from '90 to | | | | |
| 10       '93. | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 11    Q   Were the -- were any of the windows in the house | | | | |
| 12       low to the ground, low to the floor, or were they | | | | |
| 13       all average height? | | | | |
| 14    A   They were all average height. | | | | |
| 15    Q   What about the exterior of the house?  Was it | | | | |
| 16       painted wood? | | | | |
| 17    A   I don't recall. | | | | |
| 18    Q   Do you recall if it was brick or wood or | | | | |
| 19       something else? | | | | |
| 20    A   No. | | | | |
| 21    Q   Do you recall what color the exterior -- | | | | |
| 22    A   No. | | | | |
| 23    Q   -- of the house was? | | | | |
| 24    A   Unh-unh. | | | | |
| 25    Q   Do you recall any peeling or cracking or chipping | | | | |
|                                                    130 | | | | |
| 1       on the exterior of the house? | | | | |
| 2    A   No. | | | | |
| 3    Q   Did the house have a yard? | | | | |
| 4    A   Yes. | | | | |
| 5    Q   And was there any bare dirt in the yard? | | | | |
| 6    A   No, no.  There was grass in the backyard. | | | | |
| 7    Q   All grass? | | | | |
| 8    A   Yeah. | | | | |
| 9    Q   Were there any patches of dirt in the yard? | | | | |
| 10    A   No. | | | | |
| 11    Q   Did Ravon play in the yard at all? | | | | |
| 12    A   He was nine-months-old.  No. | | | | |
| 13    Q   I'm sorry? | | | | |
| 14    A   He was just an infant, no. | | | | |
| 15    Q   You never took him out to -- | | | | |
| 16    A   No. | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 17    Q    -- the yard to play in? | | | | |
| 18    A    No. | | | | |
| 19    Q    So when he was at that house, he was always | | | | |
| 20        inside? | | | | |
| 21    A    Yeah. | | | | |
| 22    Q    How often was the house cleaned? | | | | |
| 23    A    What do you mean?  As far as -- | | | | |
| 24    Q    How often did you vacuum at the house? | | | | |
| 25    A    Every day. | | | | |
| 131 | | | | |
| 1    Q    You vacuumed every day? | | | | |
| 2    A    Yeah. | | | | |
| 3    Q    How often did you wipe down the countertops and | | | | |
| 4        other surfaces? | | | | |
| 5    A    Any time I used them.  Other than that, I just | | | | |
| 6        wasn't doing it, but... | | | | |
| 7    Q    Were some rooms of the house cleaned more | | | | |
| 8        frequently than other rooms? | | | | |
| 9    A    No, not really. | | | | |
| 10    Q    Were some rooms cleaned more thoroughly than | | | | |
| 11        other rooms? | | | | |
| 12    A    No.  I mean, just pretty much the living room is | | | | |
| 13        always clean and then your bedrooms, got to make | | | | |
| 14        your bed.  My daughter's room, you might have to | | | | |
| 15        do a few things in there or she would have to do | | | | |
| 16        it, so no. | | | | |
| 17    Q    Other than the bedroom where Ravon slept, where | | | | |
| 18        did Ravon spend most of his time in the house? | | | | |
| 19    A    In the bed, I mean, the bassinet or sitting on | | | | |
| 20        your lap or, you know, something. | | | | |
| 21    Q    Which room -- which room other than the bedroom? | | | | |
| 22    A    The living room. | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 23   Q   Did Ravon ever go into any other rooms at that | | | | |
| 24       house? | | | | |
| 25   A   No.  I mean, you know, the -- you know, he's just | | | | |
| 132 | | | | |
| 1       a little baby, so, you know, wherever you go | | | | |
| 2       around the house. | | | | |
| 3   Q   Did Ravon ever crawl around the house? | | | | |
| 4   A   No.  He wasn't crawling. | | | | |
| 5   Q   When did he start crawling? | | | | |
| 6   A   I don't think he started crawling until later. | | | | |
| 7       He wasn't crawling when he was nine-months-old at | | | | |
| 8       my house.  I know that. | | | | |
| 9   Q   Do you have an estimate of when he started | | | | |
| 10       crawling? | | | | |
| 11   A   He was, like I said, my sis -- my niece came and | | | | |
| 12       got him after nine-months-old, so no. | | | | |
| 13   Q   Were there any building code violations at that | | | | |
| 14       address? | | | | |
| 15   A   No.  I was unaware, if there was.  That would be | | | | |
| 16       between the landlord and, you know -- | | | | |
| 17   Q   Did the Department of Health ever come out and | | | | |
| 18       inspect that house? | | | | |
| 19   A   No. | | | | |
| 20   Q   Did the landlord ever talk to you about any | | | | |
| 21       repairs that needed to be performed at that | | | | |
| 22       house? | | | | |
| 23   A   No. | | | | |
| 24   Q   Did anybody ever tell you that there was lead at | | | | |
| 25       that house? | | | | |
| 133 | | | | |
| 1   A   No. | | | | |
| 2   Q   Are you aware of anybody ever testing that house | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 3 | for lead? | | | |
| 4 | A No. | | | |
| 5 | Q Do you have any pictures of that house? | | | |
| 6 | A No. | | | |
| 7 | Q And before you moved into that house, did you | | | |
| 8 | ever inspect it? | | | |
| 9 | A I didn't inspect it. At the time I was on Rent | | | |
| 10 | Assistance, and they inspected it before I moved | | | |
| 11 | in. | | | |
| 12 | Q Who was that? | | | |
| 13 | A Rent Assistance. | | | |
| 14 | Q The name of the organization is Rent Assistance? | | | |
| 15 | A Yeah. They would help you with your rent. If | | | |
| 16 | you were low income, you could be on Rent | | | |
| 17 | Assistance. | | | |
| 18 | Q They inspected the house? | | | |
| 19 | A Yeah. You know, you look for a place and you | | | |
| 20 | would have to take the lease and everything to | | | |
| 21 | the landlord, and they would have to set up an | | | |
| 22 | appointment between yourselves, and then they go | | | |
| 23 | in and inspect it to make sure, you know, the | | | |
| 24 | windows, there was no holes, no -- every -- you | | | |
| 25 | know, you know, movable. You can move in. And | | | |
| 134 | | | | |
| 1 | there's nothing wrong with the windows, ain't | | | |
| 2 | nothing broke, you know, walls are painted, | | | |
| 3 | everything is, you know, no broke-down toilets, | | | |
| 4 | no nothing. Tub is working. Water is running. | | | |
| 5 | Q Sorry. I'm trying to wait for you to finish. | | | |
| 6 | A I'm sorry. Okay. | | | |
| 7 | Q Did you ever receive an inspection report from | | | |
| 8 | Rent Assistance before you moved into that house? | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 9 A Yeah. You can't move in unless they okay the | | | | |
| 10 inspection. | | | | |
| 11 Q And you don't recall that inspection mentioning | | | | |
| 12 lead? | | | | |
| 13 A I -- I think somewhere on their paperwork, I | | | | |
| 14 think they had somewhere on there, too, that -- I | | | | |
| 15 think that said something in the paperwork that | | | | |
| 16 the landlord would have to fill out when you take | | | | |
| 17 him the application. | | | | |
| 18 Q And what was that? | | | | |
| 19 A I think it was asked what -- what year was the | | | | |
| 20 house born in, what kind of paint you used and | | | | |
| 21 stuff like that on that little inspection report. | | | | |
| 22 Q And do you recall whether the inspection report | | | | |
| 23 indicated that there was any lead paint in the | | | | |
| 24 house? | | | | |
| 25 A No, I don't recall that. | | | | |
| 135 | | | | |
| 1 Q Do you recall anything that it said about lead? | | | | |
| 2 A Does it contain lead, I think, maybe. | | | | |
| 3 Q Do you recall whether that -- that box was | | | | |
| 4 checked yes or no? | | | | |
| 5 A I'm not sure. I'm pretty sure -- I'm not sure. | | | | |
| 6 That was the landlord's thing to give to them. | | | | |
| 7 Q Did you visit the house before you moved in? | | | | |
| 8 A Yeah. | | | | |
| 9 Q And before you moved in, did you see any chipping | | | | |
| 10 or peeling or cracking paint anywhere? | | | | |
| 11 A No. | | | | |
| 12 Q Did you receive any information or -- or warnings | | | | |
| 13 about lead paint or lead hazards when you moved | | | | |
| 14 into the house? | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 15   A   No. | | | | |
| 16   Q   And how was the condition of the house generally | | | | |
| 17       when you moved into it? | | | | |
| 18   A   What do you mean condition?  Just -- | | | | |
| 19   Q   Was it in good shape? | | | | |
| 20   A   Yeah. | | | | |
| 21   Q   Any water damage that you saw? | | | | |
| 22   A   Nothing. | | | | |
| 23   Q   What about any damage to the flooring? | | | | |
| 24   A   Nothing. | | | | |
| 25   Q   Ceilings? | | | | |
| 136 | | | | |
| 1   A   Unh-unh. | | | | |
| 2   Q   Did you see any areas that needed to be painted? | | | | |
| 3   A   No. | | | | |
| 4   Q   Do you know whether it had been repainted close | | | | |
| 5       to the time that you moved in? | | | | |
| 6   A   Possibly. | | | | |
| 7   Q   When you moved in, do you recall smelling any | | | | |
| 8       paint? | | | | |
| 9   A   No. | | | | |
| 10   Q   Like when it's freshly painted? | | | | |
| 11   A   Freshly painted, no, I don't recall any of that, | | | | |
| 12       but -- No. | | | | |
| 13   Q   What was the neighborhood like? | | | | |
| 14   A   Quiet.  Really, really quiet.  I was on a | | | | |
| 15       dead-end street, so... | | | | |
| 16   Q   Were there any factories or industrial buildings | | | | |
| 17       or warehouses nearby? | | | | |
| 18   A   No, just a little creek right on the side of my | | | | |
| 19       house. | | | | |
| 20   Q   You said a creek? | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 21   A   Um-hum. | | | | |
| 22   Q   What was the name of the creek? | | | | |
| 23   A   I'm not sure.  It was probably Lincoln Park Creek | | | | |
| 24      just going through there. | | | | |
| 25   Q   So no factories nearby.  Was it -- was it mainly | | | | |
| 137 | | | | |
| 1      other houses? | | | | |
| 2   A   Yeah. | | | | |
| 3   Q   Were there any gas stations nearby? | | | | |
| 4   A   Maybe two blocks away. | | | | |
| 5   Q   What was the name of the gas station? | | | | |
| 6   A   A Citgo. | | | | |
| 7   Q   And did you say there was more than one? | | | | |
| 8   A   Only one in that immediate area, two blocks. | | | | |
| 9   Q   What was the address or cross street where the | | | | |
| 10      gas station was? | | | | |
| 11   A   Villard Avenue. | | | | |
| 12   Q   I'm sorry? | | | | |
| 13   A   Villard.  V-I-L-L-A-R-D. | | | | |
| 14   Q   And -- | | | | |
| 15   A   And Teutonia. | | | | |
| 16   Q   Did the gas station actually sell gas or was it | | | | |
| 17      just a convenience store? | | | | |
| 18   A   It was a gas station pretty much, selling gas | | | | |
| 19      and, you know, a couple cigarettes and maybe some | | | | |
| 20      juice or soda, water. | | | | |
| 21   Q   Were there any parking garages nearby? | | | | |
| 22   A   No.  Well, I had a garage in the back of my | | | | |
| 23      house. | | | | |
| 24   Q   Any commercial parking garages? | | | | |
| 25   A   No. | | | | |
| 138 | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 1 | Q  Just your garage? | | | |
| 2 | A  On that block just homeowners, you know, resident | | | |
| 3 | garages. | | | |
| 4 | Q  Was it a one- or two-car garage? | | | |
| 5 | A  A two-car. | | | |
| 6 | Q  What was that structure made out of? | | | |
| 7 | A  I'm not sure. | | | |
| 8 | Q  Do you know if it was metal, aluminum, wood? | | | |
| 9 | A  I'm not sure.  I can't -- you know, it's been | | | |
| 10 | awhile. | | | |
| 11 | Q  Do you recall what color it was? | | | |
| 12 | A  No. | | | |
| 13 | Q  Were there any abandoned buildings or homes near | | | |
| 14 | that house? | | | |
| 15 | A  No. | | | |
| 16 | Q  Were there any major highways or interstates | | | |
| 17 | nearby? | | | |
| 18 | A  No. | | | |
| 19 | Q  What was the closest major street to that house? | | | |
| 20 | A  Villard Avenue, Villard. | | | |
| 21 | Q  Any crime problems? | | | |
| 22 | A  No, not at that time. | | | |
| 23 | Q  Not when you were living there? | | | |
| 24 | A  No. | | | |
| 25 | Q  Was there any work at all -- I think you said you | | | |
| | 139 | | | |
| 1 | didn't perform any maintenance, but was there any | | | |
| 2 | work at all done to the house when you were there | | | |
| 3 | other than routine cleaning? | | | |
| 4 | A  No, no work. | | | |
| 5 | Q  Any roof repairs? | | | |
| 6 | A  Unh-unh. | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 7   Q   Do you know if there had been any renovations to | | | | |
| 8       the house? | | | | |
| 9   A   No. | | | | |
| 10   Q   You don't know? | | | | |
| 11   A   I don't think so, no.  It was just a small area. | | | | |
| 12       I don't think they could have did too much to it. | | | | |
| 13   Q   And there weren't any renovations -- | | | | |
| 14   A   No. | | | | |
| 15   Q   -- performed when you were there? | | | | |
| 16   A   Unh-unh. | | | | |
| 17   Q   Do you know if there had been any work done to | | | | |
| 18       the plumbing? | | | | |
| 19   A   No. | | | | |
| 20   Q   And there was no work done to the plumbing when | | | | |
| 21       you were there? | | | | |
| 22   A   No. | | | | |
| 23   Q   Do you know if the exterior of the house | | | | |
| 24       contained any lead paint? | | | | |
| 25   A   No.  I'm not sure. | | | | |
| 140 | | | | |
| 1   Q   Do you know if the interior of the house | | | | |
| 2       contained any lead paint? | | | | |
| 3   A   No. | | | | |
| 4   Q   You don't know? | | | | |
| 5   A   No, I don't know. | | | | |
| 6   Q   Were there any police reports while you were | | | | |
| 7       living at the house with Darryl? | | | | |
| 8   A   No. | | | | |
| 9   Q   Did the police ever come to the house when you | | | | |
| 10       were living there with Darryl and Ravon was with | | | | |
| 11       you? | | | | |
| 12   A   No. | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 13 Q Did you have any concerns or knowledge about lead | | fair comment (counter: 140:21-141:2). | | OVERRULED |
| 14 in the water in that house? | | | | |
| 15 A No, I didn't. No. | | | | |
| 16 Q Did you ever have any problems with the water in | | | | |
| 17 that house? | | | | |
| 18 A No. | | | | |
| 19 Q No strange-smelling water? | | | | |
| 20 A No. | | | | |
| 21 Q Did you filter any of the water at the house? | | FRE 401, 403 - No foundation (lack of personal knowledge re lead plumbing); fair comment (counter: 140:21-141:2). There is no evidence there was any lead in the lines or in the water at the address of 5028 N. 26 Street, which is not an alleged exposure house, and where Rayvon resided for his first nine months with Peggy Conley. | 5028 N. 26th St. was served by lead pipes according to Milwaukee Water Works | OVERRULED |
| 22 A No. | | | | |
| 23 Q Did you drink the tap water at the house? | | | | |
| 24 A Yes. | | | | |
| 25 Q Did you flush the lines or run the water before | | | | |
| 141 | | | | |
| 1 you drank it? | | | | |
| 2 A Maybe not back then. I do now, but no. | | | | |
| 3 Q And was your water service continuous there? It | | | | |
| 4 was never -- it was never discontinued for any | | | | |
| 5 reason? | | | | |
| 6 A No. | | | | |
| 7 Q Was it ever discolored in any way? | | | | |
| 8 A No. | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| | | FRE 401, 403 - No foundation (lack of personal knowledge re lead plumbing); fair comment (counter: 140:21-141:2). There is no evidence there was any lead in the lines or in the water at the address of 5028 N. 26 Street, which is not an alleged exposure house, and where Rayvon resided for his first nine months with Peggy Conley. | 5028 N. 26th St. was served by lead pipes according to Milwaukee Water Works | OVERRULED |
| 9 | Q  Did Ravon drink the tap water at that house? | | | |
| 10 | A  Well, when I made his bottles, yeah. | | | |
| 11 | Q  You would use the tap water to make the formula? | | | |
| 12 | A  Yeah. | | | |
| 13 | Q  Would you run the lines before you did that? | Fair comment (counter: 141:20-25) - | | OVERRULED |
| 14 | A  No, I just ran the water and boiled it or | | | |
| 15 | whatever you do with the bottles back then. | | | |
| 16 | Q  Did you use the tap water to make juice for | | | |
| 17 | Ravon? | | | |
| 18 | A  No.  Juice would be, you know, juice, 100 percent | | | |
| 19 | juice, but you didn't make juice.  No. | | | |
| | | FRE 401, 403 - No foundation (lack of personal knowledge re lead plumbing); fair comment (counter: 140:21-141:2). There is no evidence there was any lead in the lines or in the water at the address of 5028 N. 26 Street, which is not an alleged exposure house, and where Rayvon resided for his first nine months with Peggy Conley. | 5028 N. 26th St. was served by lead pipes according to Milwaukee Water Works | OVERRULED |
| 20 | Q  Did you use the tap water at that house for | | | |
| 21 | cooking? | | | |
| 22 | A  Yes. | | | |
| 23 | Q  And would you flush the lines before you filled | | | |
| 24 | up a pot?  What about -- I'm sorry. | | | |
| 25 | A  No, I wouldn't. | | | |
| 142 | | | | |
| | | FRE 401, 403 - No foundation (lack of personal knowledge re lead plumbing); fair comment (counter: 140:21-141:2). There is no evidence there was any lead in the lines or in the water at the address of 5028 N. 26 Street, which is not an alleged exposure house, and where Rayvon resided for his first nine months with Peggy Conley. | 5028 N. 26th St. was served by lead pipes according to Milwaukee Water Works | OVERRULED |
| 1 | Q  What about bathing?  Did you use the tap water | | | |
| 2 | for bathing? | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 3   A   Yes. | | | | |
| 4   Q   And you would give Ravon baths in the tap water? | | | | |
| 5   A   Yes. | | | | |
| 6   Q   Did you ever see Ravon drinking any of the bath | | fair comment (counter: 140:21-141:2). | | OVERRULED |
| 7       water? | | | | |
| 8   A   No. | | | | |
| 9   Q   Would he play with toys in the bath? | | | | |
| 10   A   No.  He wasn't -- he was too small to, you know, | | | | |
| 11       be in the tub by himself playing. | | | | |
| 12   Q   Would he -- would you bathe him in the sink or | | | | |
| 13       the bathtub? | | | | |
| 14   A   I think I was bathing him in one of those little, | | | | |
| 15       you know, little baby bathing baths.  Never in | | | | |
| 16       the tub. | | | | |
| 17   Q   Would the baby bath have been in the kitchen? | | | | |
| 18   A   It would have been in -- probably in my room. | | | | |
| 19   Q   In your bedroom? | | | | |
| 20   A   Yeah. | | | | |
| 21   Q   And you would have filled that up from the tub | | | | |
| 22       water? | | | | |
| 23   A   Yes. | | | | |
| 24   Q   Or the water in the bathroom? | | | | |
| 25   A   Probably the tub water and then pulled it out and | | | | |
| 143 | | | | |
| 1       probably set it on a table and bathed him.  I | | | | |
| 2       think a couple times, to be honest, I gave him a | | | | |
| 3       bath in the sink, so -- to be honest. | | | | |
| 4   Q   And you never saw him splashing any of the water | | | | |
| 5       into his mouth? | | | | |
| 6   A   No. | | | | |
| 7   Q   Was the water at that house ever tested for lead? | | | | |
| 8   A   I'm not sure.  No, not that I know of. | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 9   Q   Were there any investigations into the water in | | | | |
| 10      that house? | | | | |
| 11   A   No. | | | | |
| 12   Q   Was the soil around the house ever tested for | | | | |
| 13      lead? | | | | |
| 14   A   No, not that I know of. | | | | |
| 15   Q   Were there any parks or playgrounds in that | | | | |
| 16      neighborhood? | | | | |
| 17   A   No. | | | | |
| 18   Q   What about any community centers near the | | | | |
| 19      neighborhood, like a YMCA or something like that? | | | | |
| 20   A   No. | | | | |
| 21   Q   Other than the house, is there anywhere that you | | | | |
| 22      would have taken Ravon to play during that time? | | | | |
| 23   A   No. | | | | |
| 24        MR. DOUGLASS:  I want to talk about the | | | | |
| 25      house on 3626 North 6th Street 6th. | | | | |
|                                      144 | | | | |
| 1        (Exhibits 4004 and 4005 were marked.) | | | | |
| 2        COURT REPORTER:  4004 and 4005. | | | | |
| 3        MS. MEADEN:  Which one is which? | | | | |
| 4        COURT REPORTER:  The front of the house | | | | |
| 5      is 4004 and the side is 5. | | | | |
| 6        MS. MEADEN:  Thank you. | | | | |
| 7        COURT REPORTER:  You bet. | | | | |
| 8   BY MR. DOUGLASS: | | | | |
| 9   Q   Ms. Conley, I have handed you a picture of a | | | | |
| 10      house.  Is this the -- | | | | |
| 11   A   Yes. | | | | |
| 12   Q   And this has been marked -- this has been marked | | | | |
| 13      Exhibit 4004 and 4005.  Is this a picture of the | | | | |
| 14      3626 North 6th address that we were talking | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 15    about? | | | | |
| 16   A   Yes. | | | | |
| 17   Q   And I have handed you these pictures to refresh | | | | |
| 18    your -- your memory of what this house looked | | | | |
| 19    like. | | | | |
| 20   A   Um-hum. | | | | |
| 21   Q   Was this a house or an apartment or a duplex? | | | | |
| 22   A   It was a single-family house. | | | | |
| 23   Q   And how many bedrooms did it have? | | | | |
| 24   A   Four.  Wait.  Two, three. | | | | |
| 25   Q   Three bedrooms? | | | | |
| 145 | | | | |
| 1   A   No, four.  It was four bedrooms.  I'm sorry. | | | | |
| 2   Q   Do you know when this house was built? | | No foundation (no personal knowledge of construction date), speculation (guessing as to construction date), FRE 403 (confusing to jury, prejudicial due to incorrect information) | | SUSTAINED |
| 3   A   No. I think in the '50s.  I'm not sure.  I think | | | | |
| 4    it was in the '50s. | | | | |
| 5   Q   And you said that you were the owner and the | | | | |
| 6    landlord of this house? | | | | |
| 7   A   Um-hum. | | | | |
| 8   Q   Is that yes? | | | | |
| 9   A   Yes. | | | | |
| 10   Q   You mentioned earlier, tell me again, when you | | | | |
| 11    moved into this house? | | | | |
| 12   A   1993. | | | | |
| 13   Q   Do you recall when in 1993? | | | | |
| 14   A   No. | | | | |
| 15   Q   Do you know if it was the beginning or the end of | | | | |
| 16    1993, the middle? | | | | |
| 17   A   It was -- I'm not sure.  It probably was the | | | | |
| 18    middle, maybe, because I know it wasn't winter. | | | | |
| 19   Q   And who was living at that house when you were | | | | |
| 20    there? | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 21   A   Myself and my daughter and Darryl, at one point | | | | |
| 22        in the beginning, Darryl Jones. | | | | |
| 23   Q   And help me understand when in relation to you | | | | |
| 24        moving into this 3626 house Ravon stopped living | | | | |
| 25        with you. | | | | |
| 146 | | | | |
| | | Objection to p. 146, lines 14 to 23 - FRE 401, 403 - Not relevant and prejudicial as to why Ravon stopped living with Peggy and went back to his mother. | Relevant to level of care provided to plaintiff as an infant | SUSTAINED |
| 1   A   He never lived with me there. | | | | |
| 2   Q   Ravon never lived with you at 3626? | | | | |
| 3   A   No. | | | | |
| 4   Q   At some point when you were at the prior address, | | | | |
| 5        the 5028 address -- | | | | |
| 6   A   Yes. | | | | |
| 7   Q   -- Ravon stopped living with you? | | | | |
| 8   A   Yes. | | | | |
| 9   Q   When was that? | | | | |
| 10  A   In 1990 -- He was born in '90, so between '90 and | | | | |
| 11       '91, I guess. | | | | |
| 12  Q   And he was about nine-months-old then? | | | | |
| 13  A   Yeah. | | | | |
| 14  Q   Why did he stop living with you? | | | | |
| 15  A   He stopped living with me because he had -- he | | | | |
| 16       had gotten sick, and, you know, I didn't have any | | | | |
| 17       insurance or anything like that on him, and -- | | | | |
| 18       and I asked his mom does he have an insurance | | | | |
| 19       card, and she was like, oh, you just want the | | | | |
| 20       food stamps.  And I'm like the food stamps and | | | | |
| 21       the check?  Oh, you are all getting food stamps | | | | |
| 22       and checks.  So then she just wanted him back, so | | | | |
| 23       I gave him back.  What could I do. | | | | |
| 24  Q   You said he was sick? | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 25    A   Yeah, he had gotten a cold or something, you | | | | |
| 147 | | | | |
| 1    know, to the point that I needed to take him to | | | | |
| 2    the hospital, and I didn't have insurance.  I | | | | |
| 3    didn't have anything.  You know, he wasn't under | | | | |
| 4    my insurance or anything, so I asked her does she | | | | |
| 5    have an insurance card so I could take him, you | | | | |
| 6    know, to take care of him.  That was the first | | | | |
| 7    thing she said was like you just want the check | | | | |
| 8    and the food stamps.  And, okay, I didn't know | | | | |
| 9    you guys were getting that for nine months.  I | | | | |
| 10    have been taking care of him.  You know, okay, | | | | |
| 11    that's how we doing it, huh? | | | | |
| 12    Q   What were the symptoms of his cold? | | | | |
| 13    A   He just had, you know, little baby snotty nose | | | | |
| 14    and, you know, crying through the night.  You | | | | |
| 15    know, he might probably had a ear infection, you | | | | |
| 16    know, stuff that they get when they are little. | | | | |
| 17    But just a snotty nose and stuff like that and | | | | |
| 18    the crying and, you know, so he's got a cold.  He | | | | |
| 19    needs to go, you know.  I can't just give him | | | | |
| 20    cough medicine, you know, you can't do that for | | | | |
| 21    nine-months-old.  He's a baby. | | | | |
| 22    Q   How long was he exhibiting those symptoms? | | | | |
| 23    A   He just had gotten it, and I called her and they | | | | |
| 24    came and got him.  So that was it.  I mean, just | | | | |
| 25    a day or two, however long it takes for their | | | | |
| 148 | | | | |
| 1    nose to start looking snotty and bad. | | | | |
| 2    Q   And at that point they -- Ravon's mom got him | | Objection to p. 146, lines 14 to 23 - FRE 401, 403 - Not relevant and prejudicial as to why Ravon stopped living with Peggy and went back to his mother. | Relevant to show plaintiff's whereabouts during infancy | (This objection doesn't appear to be addressed to the highlighted lines, so I won't rule on it.) |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 3 | back and Ravon did not live with you anymore -- | | | |
| 4 | A Anymore. | | | |
| 5 | Q -- after that? | | | |
| 6 | A No. I pretty much didn't see him for awhile, | | | |
| 7 | either, after that. | | | |
| 8 | Q Okay. And I just want to make sure that the | | | |
| 9 | record is clear. I think we were talking over | | | |
| 10 | each other. After -- | | | |
| 11 | A I'm sorry. | | | |
| 12 | Q -- he left to go back to his mom's when he got | | | |
| 13 | the cold, he did not live with you full time | | | |
| 14 | after that, is that correct? | | | |
| 15 | A Correct. | | | |
| 16 | Q Were you upset when his mom took him back? | | | |
| 17 | A Of course. Yes. | | | |
| 18 | Q Because you had grown attached -- | | | |
| 19 | A Yes. | | | |
| 20 | Q -- to him during that time? | | | |
| 21 | A Yeah. Yes. | | | |
| 22 | Q How many months after Ravon's mom took him back | FRE 401/403 - After Ravon left Peggy's custody and moved to the 3626 North 6th Street address, which is an exposure site | Relevant to show period of residence at alleged exposure site | OVERRULED |
| 23 | did you move to the 3626 address? | | | |
| 24 | A Probably -- I wouldn't say months. Probably in | | | |
| 25 | the next couple years after that. | | | |
| | 149 | | | |
| 1 | Q A couple years after Ravon -- | | | |
| 2 | A Yeah, I moved in '93 to -- to 3626 North 6th | | | |
| 3 | Street. | | | |
| 4 | Q So a year or two after Ravon left your house, you | | | |
| 5 | moved to 3626? | | | |
| 6 | A Yeah. | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 7    Q    Was anybody else living at 3626 other than you, | | | | |
| 8        your daughter and Darryl for a time being? | | | | |
| 9    A    Yeah.  You got some napkins or tissue around | | | | |
| 10        here?  Just thinking about it, just kind of -- | | | | |
| 11    Q    Sure.  Do want to take a quick break? | | | | |
| 12    A    Sure. | | | | |
| 13        VIDEO TECHNICIAN:  Watch your mic. | | | | |
| 14        We're going off the record at 1:25 p.m. | | | | |
| 15        (A recess was taken.) | | | | |
| 16        VIDEO TECHNICIAN:  We're back on the | | | | |
| 17        record at 1:30 p.m. | | | | |
| 18  BY MR. DOUGLASS: | | | | |
| 19    Q    Ms. Conley, before the break we were talking | | | | |
| 20        about the 3626 North 6th Street address, correct? | | | | |
| 21    A    Yes. | | | | |
| 22    Q    And that's the house that's depicted on | | | | |
| 23        Exhibits 4004 and 4005, correct? | | | | |
| 24    A    Um-hum, yes. | | | | |
| 25    Q    You said that there were four bedrooms in this | | | | |
|                                          150 | | | | |
| 1        house? | | | | |
| 2    A    Yes. | | | | |
| 3    Q    How many other rooms were there? | | | | |
| 4    A    There was a living room, dining room, kitchen. | | | | |
| 5        And then upstairs outside of the bedroom was just | | | | |
| 6        a little area.  And then there was one room in | | | | |
| 7        the back that was -- just had the -- that wasn't | | | | |
| 8        finished upstairs. | | | | |
| 9    Q    The upstairs was unfinished? | | | | |
| 10    A    Just in the back, one room in the back.  It just | | | | |
| 11        had the insulation in. | | | | |
| 12    Q    Was that kind of an attic? | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 13   A   Yeah, like the attic.  Yeah, I guess you would | | | | |
| 14       call it an attic. | | | | |
| 15   Q   And was that back -- one room that was | | | | |
| 16       unfinished, is that one of the rooms that you are | | | | |
| 17       considering a bedroom? | | | | |
| 18   A   I was going to do something to it, but I never | | | | |
| 19       did, so it was just the attic. | | | | |
| 20   Q   So there were four bedrooms, and then in addition | | | | |
| 21       to those four bedrooms there was another | | | | |
| 22       unfinished room? | | | | |
| 23   A   Yes. | | | | |
| 24   Q   How many bathrooms? | | | | |
| 25   A   One. | | | | |
| 151 | | | | |
| 1   Q   Any other rooms in the house? | | | | |
| 2   A   No. | | | | |
| 3   Q   And from the picture it looks like there was a | | | | |
| 4       front porch -- | | | | |
| 5   A   Yes. | | | | |
| 6   Q   -- is that correct? | | | | |
| 7   A   Yeah. | | | | |
| 8   Q   Was there a back porch? | | | | |
| 9   A   No. | | | | |
| 10   Q   So the living room, how many windows did that | | | | |
| 11       have in it? | | | | |
| 12   A   It had the three windows in the front and these | | | | |
| 13       two -- I mean these three on the side -- well, | | | | |
| 14       no, the two by the fireplace. | | | | |
| 15   Q   So it had five windows total? | | | | |
| 16   A   Yes. | | | | |
| 17   Q   And if you are inside the house, were those | | | | |
| 18       painted wood trim windows? | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 19   A   I'm sure, yeah.  Or was it wood. | | | | |
| 20   Q   Do you recall what color that paint was? | | | | |
| 21   A   No. | | | | |
| 22   Q   So you had three larger windows and two smaller | | | | |
| 23       windows in the living room? | | | | |
| 24   A   Yes. | | | | |
| 25   Q   What was the -- | | | | |
| 152 | | | | |
| 1   A   Well, I do recall -- Well, no.  When I first got | | | | |
| 2       the place, it was green.  Everything was green in | | | | |
| 3       there.  All the walls were green. | | | | |
| 4   Q   In the living room? | | | | |
| 5   A   Living room, dining room, kitchen.  Everything | | | | |
| 6       was green. | | | | |
| 7   Q   The whole house? | | | | |
| 8   A   Yes. | | | | |
| 9   Q   Were the windows also painted green? | | | | |
| 10   A   I don't recall. | | | | |
| 11   Q   What were the dates that you lived at this house? | | | | |
| 12   A   From '93 to '96. | | | | |
| 13   Q   And in the living room, what were the floors made | | | | |
| 14       out of? | | | | |
| 15   A   They were wooden floors, but I put carpet. | | | | |
| 16   Q   You put carpet down? | | | | |
| 17   A   Um-hum. | | | | |
| 18   Q   Covering the entire wood floors in the living | | | | |
| 19       room? | | | | |
| 20   A   Um-hum, and dining room. | | | | |
| 21   Q   So when you bought the place, it was exposed wood | | | | |
| 22       floors and -- | | | | |
| 23   A   No.  When I bought the place, it had green | | | | |
| 24       carpeting. | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 25   Q   You tore it up? | | | | |
| | 153 | | | |
| 1    A   Um-hum. | | | | |
| 2    Q   There was wood under it? | | | | |
| 3    A   Um-hum. | | | | |
| 4    Q   Can you say yes or no? | | | | |
| 5    A   Yes.  Sorry. | | | | |
| 6    Q   Okay.  So let me start over. | | | | |
| 7         When you -- when you purchased it, it | | | | |
| 8     was carpeted, correct? | | | | |
| 9    A   Correct. | | | | |
| 10   Q   And then you pulled the carpet out? | | | | |
| 11   A   Yes. | | | | |
| 12   Q   And replaced it with new carpet? | | | | |
| 13   A   Yes. | | | | |
| 14   Q   And when you pulled the carpet out, you saw that | | | | |
| 15     there were wood floors underneath? | | | | |
| 16   A   Yes. | | | | |
| 17   Q   Were they painted wood floors? | | | | |
| 18   A   No, they were just, you know, wooden floors. | | | | |
| 19   Q   Was the wood cracking? | | | | |
| 20   A   Shellacked or whatever.  Is that what they call | | | | |
| 21     it, shellacked?  Because at one point I used the | | | | |
| 22     wooden floors.  After I pulled the carpet up, | | | | |
| 23     then I buffed them or whatever you do to them to, | | | | |
| 24     you know, make them cute.  And then after awhile | | | | |
| 25     I put carpet down. | | | | |
| | 154 | | | |
| 1    Q   What did you use to buff the floors? | | | | |
| 2    A   I had some other people to do it, put to shellac, | | | | |
| 3      I don't know what they use to sand them, you | | | | |
| 4      know, sand all the wood down. | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 5   Q   So they did sand the wood down? | | | | |
| 6   A   Yeah. | | | | |
| 7   Q   What company was that? | | | | |
| 8   A   It was somebody in my family that did it. | | | | |
| 9   Q   What was that person's name? | | | | |
| 10   A   Cousin. I don't know. One of my cousins. Bull. | | | | |
| 11      My cousin Bull. | | | | |
| 12   Q   What did he do with the sand or the dust that was | | | | |
| 13      generated from the sanding? | | | | |
| 14   A   Pretty much swept it up. | | | | |
| 15   Q   Swept it up? | | | | |
| 16   A   Yeah. | | | | |
| 17   Q   And you don't recall those floors being painted | | | | |
| 18      at all? | | | | |
| 19   A   No, unh-unh. | | | | |
| 20   Q   What did he do after he sanded them? | | | | |
| 21   A   Then you put the shiny stuff on there. | | | | |
| 22   Q   The stain? | | | | |
| 23   A   Yeah. | | | | |
| 24   Q   And the polyurethane? | | | | |
| 25   A   I guess so, yeah. | | | | |
|             155 | | | | |
| 1   Q   Did Ravon come over to the house during the time | | | | |
| 2      that he was redoing the floors or sanding them? | | | | |
| 3   A   Unh-unh, no. | | | | |
| 4   Q   When would that have been? | | | | |
| 5   A   When I first got the place, actually. | | | | |
| 6   Q   Around '93? | | | | |
| 7   A   Yeah. | | | | |
| 8   Q   What was the material in the ceilings in the | | | | |
| 9      living room? | | | | |
| 10   A   What do you mean? | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 11 Q Was it painted? | | | | |
| 12 A Yeah. | | | | |
| 13 Q Painted white? | | | | |
| 14 A Yeah. | | | | |
| 15 Q What about the walls? | | | | |
| 16 A Green. | | | | |
| 17 Q Green? Did you ever repaint them? | | | | |
| 18 A Yeah, I repainted them. | | | | |
| 19 Q How many times did you repaint the walls in that | | | | |
| 20 house while you owned it? | | | | |
| 21 A Only once. | | | | |
| 22 Q That was to turn them from green to white? | | | | |
| 23 A No, from green to rose. Rose, pink like. | | | | |
| 24 Q And all of the rooms in the house you painted | | | | |
| 25 over the green and painted rose? | | | | |
| 156 | | | | |
| 1 A Yeah, except for upstairs was white. | | | | |
| 2 Q You changed it from green to white upstairs? | | | | |
| 3 A Yeah. The whole house was green. | | | | |
| 4 Q Who did the painting? | | | | |
| 5 A Somebody down the street from, you know, that | | | | |
| 6 lived on the block. | | | | |
| 7 Q Were you there when they were doing the work? | | | | |
| 8 A Yeah, in and out. | | | | |
| 9 Q Was Ravon there when they were doing the work? | | | | |
| 10 A No. | | | | |
| 11 MS. MEADEN: I'm sorry. I didn't hear | | | | |
| 12 the answer. I was sneezing. | | | | |
| 13 THE WITNESS: No. No, ma'am. Bless | | | | |
| 14 you. | | | | |
| 15 MS. MEADEN: Thank you. | | | | |
| 16 BY MR. DOUGLASS: | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 17 Q Did they -- in connection with doing the | | | | |
| 18 painting, did they sand any of the green paint | | | | |
| 19 off? | | | | |
| 20 A No. | | | | |
| 21 Q Did they just paint over it? | | | | |
| 22 A Paint over it. | | | | |
| 23 Q Do you recall any sanding being done when they | | | | |
| 24 were doing any of the painting? | | | | |
| 25 A Not the painting, no. | | | | |
| 157 | | | | |
| 1 Q Was there any chipping or cracking or peeling of | | | | |
| 2 any of the green paint that you ever saw? | | | | |
| 3 A No. I mean, you know, it just -- No. | | | | |
| 4 Q None? | | | | |
| 5 A Not -- just -- No, I wasn't looking for that to | | | | |
| 6 see green. It was painted. I mean, I wasn't | | | | |
| 7 looking for cracks. | | | | |
| 8 Q You never saw any paint chips or pieces of paint | | | | |
| 9 anywhere in the house? | | | | |
| 10 A No. | | | | |
| 11 Q What about in the window wells? | | | | |
| 12 A No. | | | | |
| 13 Q What furniture was in the living room? | | | | |
| 14 A That sectional that I had at the other place and | | | | |
| 15 tables and lamps. | | | | |
| 16 Q I'm sorry? | | | | |
| 17 A The table and lamps. | | | | |
| 18 Q What were the tables made out of? | | | | |
| 19 A Glass. | | | | |
| 20 Q Was there any wood? | | | | |
| 21 A No. | | | | |
| 22 Q So it was a glass table. Help me understand the | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 23    top of the table. | | | | |
| 24    A  You know, a glass table, and then you have a | | | | |
| 25       little metal or whatever to hold the glass. | | | | |
| 158 | | | | |
| 1    Q  So it was metal -- I'm sorry -- it was glass? | | | | |
| 2    A  It was a round table.  They were all round and | | | | |
| 3       like three layers of round, and you can just let | | | | |
| 4       the table out like this (indicating) with the | | | | |
| 5       round pieces.  So metal and glass. | | | | |
| 6    Q  Was the metal painted? | | | | |
| 7    A  No. I think it was -- No, I don't think so. | | | | |
| 8    Q  What about the dining room?  How many windows | | | | |
| 9       were in the dining room? | | | | |
| 10   A  Three. | | | | |
| 11   Q  Are you able to identify the dining room windows? | | | | |
| 12   A  Right here in the middle section here | | | | |
| 13      (indicating).  That's the dining room. | | | | |
| 14   Q  So you are pointing to Exhibit 4005, correct? | | | | |
| 15   A  Correct. | | | | |
| 16   Q  And the three windows in the middle of that | | | | |
| 17      picture are the dining room windows? | | | | |
| 18   A  On the main floor, yes. | | | | |
| 19   Q  If you are inside the house and you are looking | | | | |
| 20      at those windows, what was the trim made out of? | | | | |
| 21      Was it painted wood trim? | | | | |
| 22   A  I'm not sure.  I think it was all wood, though. | | | | |
| 23      Yeah, it was wood, wooden. | | | | |
| 24   Q  Do you recall what color it was painted? | | | | |
| 25   A  It must have been a dark wood, because -- yeah, a | | | | |
| 159 | | | | |
| 1      dark wood. | | | | |
| 2    Q  You don't recall what color? | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 3   A   Just dark wood.  I mean, not like cherry wood, | | | | |
| 4      but just wood, dark. | | | | |
| 5   Q   You said earlier that you -- you painted the | | | | |
| 6      house from -- you changed the color from green to | | | | |
| 7      rose? | | | | |
| 8   A   Um-hum. | | | | |
| 9   Q   Do you know what brand of paint the rose paint | | | | |
| 10      was? | | | | |
| 11   A   No.  And I'm pretty sure I probably got it from | | | | |
| 12      Menard's or Home Depot. | | | | |
| 13   Q   Would you have purchased that paint? | | | | |
| 14   A   Um-hum. | | | | |
| 15   Q   Do you recall when you purchased it? | | | | |
| 16   A   Somewhere in '93 or '94, '93 -- probably '93. | | | | |
| 17   Q   The dining room you said had three windows in it? | | | | |
| 18   A   Yes. | | | | |
| 19   Q   Were the walls painted, also, in the dining room? | | | | |
| 20   A   Yes. | | | | |
| 21   Q   Were they painted white? | | | | |
| 22   A   Green. | | | | |
| 23   Q   What was the floor covering in the dining room? | | | | |
| 24   A   Floor covering? | | | | |
| 25   Q   What were the floors made out of in the dining | | | | |
| 160 | | | | |
| 1      room? | | | | |
| 2   A   They were made out of wood, but they had | | | | |
| 3      carpeting over them when I first bought it. | | | | |
| 4   Q   Did you replace that carpet? | | | | |
| 5   A   Yes. | | | | |
| 6   Q   And who -- who replaced the carpet?  Did you hire | | | | |
| 7      somebody to do it? | | | | |
| 8   A   Yeah, I did. | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 9    Q   Was it the same person that -- | | | | |
| 10    A   No, it was a carpet company over on South -- | | | | |
| 11        Soref Carpeting. | | | | |
| 12            COURT REPORTER:  I'm sorry.  Say it | | | | |
| 13        again? | | | | |
| 14            THE WITNESS:  Soref, S-O-R -- Yeah, you | | | | |
| 15        know Soref, don't you? | | | | |
| 16  BY MR. DOUGLASS: | | | | |
| 17    Q   So they took out the original carpet and replaced | | | | |
| 18        it? | | | | |
| 19    A   I think I might have had somebody pull it out on | | | | |
| 20        the block and then, you know, they came out and | | | | |
| 21        measured and replaced it. | | | | |
| 22    Q   Was there any time period where you just had the | | | | |
| 23        wood floors in the dining room? | | | | |
| 24    A   Yeah. | | | | |
| 25    Q   How long was that? | | | | |
|                                          161 | | | | |
| 1    A   It was -- I probably had them -- you know, I | | | | |
| 2        tried the wooden floors after I pulled the carpet | | | | |
| 3        up.  You know, I tried the wooden floors after my | | | | |
| 4        cousin did whatever he did, and I didn't like the | | | | |
| 5        wooden floors, so I had them carpet it. | | | | |
| 6    Q   Do you know when that was? | | | | |
| 7    A   Somewhere between '93 and '96. | | | | |
| 8    Q   Was there any sanding done to those wood floors? | | | | |
| 9    A   I'm pretty sure. | | | | |
| 10    Q   In the dining room? | | | | |
| 11    A   Yeah, dining room, living room, wooden floors. | | | | |
| 12    Q   So you would have done the same thing to the wood | | | | |
| 13        floors in the dining room that you did to the | | | | |
| 14        living room? | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 15    A   I mean, yeah, they are, you know, kind of | | | | |
| 16     connected, so... | | | | |
| 17    Q   And Ravon would not have been in the house during | | | | |
| 18     the time that there was sanding to the dining | | | | |
| 19     room floors? | | | | |
| 20    A   No, no. | | | | |
| 21    Q   What about the ceilings in the dining room? Were | | | | |
| 22     those painted white? | | | | |
| 23    A   They were white. They were green -- yeah, white | | | | |
| 24     and green at the time, so... | | | | |
| 25    Q   And the kitchen, how many windows were in the | | | | |
|                162 | | | | |
| 1     kitchen? | | | | |
| 2    A   Three. Or was it two? It was two windows in the | | | | |
| 3     kitchen, and then there was two on the back side. | | | | |
| 4     So four windows. | | | | |
| 5    Q   Are you able to identify the windows -- | | | | |
| 6    A   The kitchen is right back here (indicating). | | | | |
| 7     You, you didn't do the back of the house, but | | | | |
| 8     anyways, these two windows are the kitchen | | | | |
| 9     (indicating). | | | | |
| 10    Q   So in Exhibit 4005 there's a tree, and the left | | | | |
| 11     branch of the tree facing it is obscuring the two | | | | |
| 12     windows that you are talking about? | | | | |
| 13    A   Um-hum. | | | | |
| 14    Q   Those are the kitchen windows? | | | | |
| 15    A   Yes, these two. | | | | |
| 16    Q   There's a -- appears to be a wood structure below | | | | |
| 17     the windows on the exterior of the house? | | | | |
| 18    A   Yeah. I don't know what the heck that is. | | | | |
| 19     That's something new. | | | | |
| 20    Q   That wasn't there when you were there? | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 21   A   No. | | | | |
| 22   Q   So there were four windows total in the kitchen? | | | | |
| 23   A   Yeah. | | | | |
| 24   Q   And were those painted wood trim windows? | | | | |
| 25   A   Yeah, I'm pretty sure.  I'm not sure.  I ain't | | | | |
| 163 | | | | |
| 1      going to lie.  I'm not sure. | | | | |
| 2   Q   What was the flooring of the kitchen made out of? | | | | |
| 3   A   It had tile, the, you know, the plastic tile. | | | | |
| 4   Q   Linoleum? | | | | |
| 5   A   Yeah, linoleum.  I ended up replacing that, too. | | | | |
| 6   Q   Were there any appliances in the kitchen? | | | | |
| 7   A   Stove and refrigerator. | | | | |
| 8   Q   Anything else? | | | | |
| 9   A   No. | | | | |
| 10   Q   Any furniture in the kitchen? | | | | |
| 11   A   Kitchen table. | | | | |
| 12   Q   What was the table made out of? | | | | |
| 13   A   Glass. | | | | |
| 14   Q   Was there any wood? | | | | |
| 15   A   No. | | | | |
| 16   Q   Was it painted? | | | | |
| 17   A   No. | | | | |
| 18   Q   And what about the ceilings in the kitchen? | | | | |
| 19   A   Green.  Well, they were -- whole kitchen was | | | | |
| 20      green in the kitchen. | | | | |
| 21   Q   The ceilings in the kitchen were green, too? | | | | |
| 22   A   And the walls.  Really ugly green.  I will shut | | | | |
| 23      up, though.  It was. | | | | |
| 24   Q   Do you know who painted the house green? | | | | |
| 25   A   Whoever had it prior to me. | | | | |
| 164 | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 1 Q Do you know who that was? | | | | |
| 2 A No. | | | | |
| 3 Q Do you know what brand of paint the green paint | | | | |
| 4 was? | | | | |
| 5 A No. | | | | |
| 6 Q You said there was an area outside the bedroom. | | | | |
| 7 Do you recall that? | | | | |
| 8 A Outside the bedroom that did what? | | | | |
| 9 Q When we were going through the rooms, I think you | | | | |
| 10 mentioned that there was an area outside -- | | | | |
| 11 A Oh, outside the bedroom upstairs. | | | | |
| 12 Q What was that used for? | | | | |
| 13 A It was just a little -- you know, you could | | | | |
| 14 probably put just a little futon there. That's | | | | |
| 15 about it. You know, you walk up the stairs and | | | | |
| 16 then you got this little area. You got a bedroom | | | | |
| 17 on this side, and then there's a bedroom right in | | | | |
| 18 front of you. So you walked into -- I called it | | | | |
| 19 a little hall. | | | | |
| 20 Q Was there any furniture in that bedroom? | | | | |
| 21 A Just -- In the bedroom? | | | | |
| 22 Q I'm sorry. In the area outside the bedroom. | | | | |
| 23 A Just a little bitty -- like a futon couch just | | | | |
| 24 right there (indicating). | | | | |
| 25 Q What was that made out of wood? | | | | |
| 165 | | | | |
| 1 A I'm not sure. That's been a long time ago. | | | | |
| 2 Q Did anybody -- | | | | |
| 3 A I think it was metal. | | | | |
| 4 Q Did anybody sleep on that futon? | | | | |
| 5 A No, just sit on it when you come out of the door | | | | |
| 6 to come out of her room. | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 7    Q   Who would sit on it? | | | | |
| 8    A   My daughter would -- you know, when she had her | | | | |
| 9        friends or whatever come upstairs over there. | | | | |
| 10       They probably act like they was sitting on it. | | | | |
| 11   Q   That was the area outside your daughter's | | | | |
| 12       bedroom? | | | | |
| 13   A   Yeah. | | | | |
| 14       MR. REIS:  Do you have -- I'm sorry.  Do | | | | |
| 15       you have anymore questions?  I'm just looking at | | | | |
| 16       the time. | | | | |
| 17       MR. DOUGLASS:  Yes. | | | | |
| 18       MR. REIS:  So I have to leave by 2:00, | | | | |
| 19       so... | | | | |
| 20       MR. DOUGLASS:  Okay. | | | | |
| 21       THE WITNESS:  What time is it? | | | | |
| 22       MR. REIS:  It's getting to 10 to 2:00 | | | | |
| 23       here. | | | | |
| 24       THE WITNESS:  Let's shut her down. | | | | |
| 25       MR. DOUGLASS:  I think the witness | | | | |
|                               166 | | | | |
| 1        previously indicated that she needs to leave at | | | | |
| 2        2:00.  We can -- we're going to have to come back | | | | |
| 3        and finish it anyway, so I will leave it to you | | | | |
| 4        if you want to go up until 2:00 or -- | | | | |
| 5        THE WITNESS:  Well, he has to leave, so, | | | | |
| 6        you know, I guess he's hanging with me. | | | | |
| 7        MR. REIS:  I think he's saying you are | | | | |
| 8        going to have to come back. | | | | |
| 9        THE WITNESS:  Yeah, I can come back.  It | | | | |
| 10       ain't no big deal.  So it's, you know, up to you | | | | |
| 11       guys when you, you know, want us to come back. | | | | |
| 12       It would probably be good to give me like a | | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 13 | little notice like, you know, Peggy, are you | | | |
| 14 | available, you know, during this particular -- | | | |
| 15 | you know what I mean? | | | |
| 16 | MR. REIS: You will be given some | | | |
| 17 | notice. | | | |
| 18 | THE WITNESS: Okay. | | | |
| 19 | MR. REIS: I'm sure they will be | | | |
| 20 | flexible. | | | |
| 21 | MR. DOUGLASS: We will coordinate it | | | |
| 22 | through Vic to have the witness back. As I | | | |
| 23 | mentioned to Vic, we -- we do have a -- a lot | | | |
| 24 | more questions to ask. | | | |
| 25 | MR. REIS: Of course. | | | |
| | 167 | | | |
| 1 | THE WITNESS: Because it look like we | | | |
| 2 | only got three or four pages done. I mean, we | | | |
| 3 | got to go through the whole thing? | | | |
| 4 | MR. DOUGLASS: We -- we've got a -- | | | |
| 5 | we've got a fair bit more, and I think some -- | | | |
| 6 | THE WITNESS: The whole book? | | | |
| 7 | MR. DOUGLASS: -- of the other attorneys | | | |
| 8 | will -- will ask some questions, also. | | | |
| 9 | THE WITNESS: With the whole book? | | | |
| 10 | MR. DOUGLASS: We're -- we're not going | | | |
| 11 | through the whole book. | | | |
| 12 | THE WITNESS: Okay. All right. | | | |
| 13 | MR. DOUGLASS: But we do have -- we do | | | |
| 14 | have some more. So we will coordinate with -- | | | |
| 15 | with Vic's office. | | | |
| 16 | MR. REIS: Of course. | | | |
| 17 | MR. DOUGLASS: And you will agree to | | | |
| 18 | cooperate with us? | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 19 | MR. REIS:  Absolutely. | | | |
| 20 | THE WITNESS:  Oh, of course. | | | |
| 21 | MR. DOUGLASS:  And the witness will | | | |
| 22 | agree to appear a second time? | | | |
| 23 | THE WITNESS:  Of course.  Like I said, I | | | |
| 24 | don't need a subpoena, but if that's what y'all | | | |
| 25 | got to do, I can still come. | | | |
| | 168 | | | |
| 1 | MR. DOUGLASS:  Okay.  Do you have | | | |
| 2 | anything you want to add? | | | |
| 3 | THE WITNESS:  Ask me now. | | | |
| 4 | MS. MEADEN:  I think we just need to put | | | |
| 5 | on the record that the next time you come back, | | | |
| 6 | because so many of us are traveling from out of | | | |
| 7 | town -- | | | |
| 8 | THE WITNESS:  Yeah. | | | |
| 9 | MS. MEADEN:  -- we want to get it | | | |
| 10 | done -- | | | |
| 11 | THE WITNESS:  Okay. | | | |
| 12 | MS. MEADEN:  -- in the day it's | | | |
| 13 | scheduled and not have to come back two hours | | | |
| 14 | here -- | | | |
| 15 | THE WITNESS:  Right, because I didn't | | | |
| 16 | know we were -- this was going to be an all-day | | | |
| 17 | thing.  I thought depositions just be about an | | | |
| 18 | hour and then everybody is gone.  I didn't know | | | |
| 19 | people were traveling from everywhere. | | | |
| 20 | MR. REIS:  They usually are, but this | | | |
| 21 | one's a little longer than most. | | | |
| 22 | THE WITNESS:  Yeah.  This is the longest | | | |
| 23 | I've ever, but the second time I've ever, but... | | | |
| 24 | MR. REIS:  But if you are not in the | | | |

| Defendants' affirmative designations | | Objections | Responses to Objections | Judge's Ruling |
|---|---|---|---|---|
| Plaintiff's counter designations | | | | |
| Defendants' counter counter designations | | | | |
| 25 | middle of something earthshaking, maybe this | | | |
| | 169 | | | |
| 1 | would be a good time to break. | | | |
| 2 | MR. DOUGLASS:  That's fine.  We have, | | | |
| 3 | like I said, a lot more material to cover. | | | |
| 4 | MR. REIS:  Sure. | | | |
| 5 | MR. DOUGLASS:  When I was asking if they | | | |
| 6 | had anything to add, I was talking about the | | | |
| 7 | subject.  I know that they'll have some | | | |
| 8 | substantive questions to ask, also. | | | |
| 9 | MR. REIS:  Of course.  That's it then. | | | |
| 10 | VIDEO TECHNICIAN:  This ends -- This | | | |
| 11 | ends the video deposition of Peggy J. Conley on | | | |
| 12 | June 29, 2016; the time 1:49 p.m. | | | |