UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

GLENN BURTON, JR.                                   Case No.: 07-C-0303
        Plaintiff,
  vs.
AMERICAN CYANAMID CO., et. al.
        Defendants;

RAVON OWENS                                         Case No.: 07-C-0441
        Plaintiff,
  vs.
AMERICAN CYANAMID CO., et. al.
        Defendants;

CESAR SIFUENTES                                     Case No.: 10-C-0075
        Plaintiff,
  vs.
AMERICAN CYANAMID CO., et. al.
        Defendants.

_____

**PLAINTIFF _____'S PROPOSED PHASE 2 VERDICT FORM**
_____

**Question 1:** Was National Lead negligent in producing or marketing white lead carbonate?

        Yes \_\_\_\_

        No \_\_\_\_

**Please proceed to answer question 2.**

**Question 2:** Was the white lead carbonate manufactured and sold by National Lead defective and unreasonably dangerous due to inadequate warnings at the time the product was sold?

**If you answered "yes" to question 2, then answer question 3. If you answered "no" to question 2, then answer 4.**

**Question 3:** Was National Lead's inadequate warnings a cause of _____'s injuries?

**If you answered "yes" to either or both questions 1 or 3, then answer question 4.**

**If you answered "no" to both questions 1 and 3, then skip question 4 and answer question 5.**

**Question 4:** The liability found in Phase 1 of this trial should be apportioned amongst the white lead carbonate companies as follows:

    *Sherwin-Williams*      _____%

    *Atlantic Richfield*      _____%

    *DuPont*      _____%

    *Armstrong Containers*      _____%

    *National Lead*      _____%

**The percentages must total 100% and no individual percentage can be 0%.**

**If you answered question 4, skip question 5 and proceed to sign and date this verdict form.**

**Question 5:** The liability found in Phase 1 of this trial should be apportioned amongst the white lead carbonate companies as follows:

    *Sherwin-Williams*      _____%

    *Atlantic Richfield*      _____%

    *DuPont*      _____%

    *Armstrong Containers*      _____%

**The percentages must total 100% and no individual percentage can be 0%**

**If you skipped question 4 and answered question 5, proceed to sign and date this verdict form.**

**Each juror should sign and date this verdict form.**

_____    _____
Foreperson      Date

_____    _____

| Juror | Date |
|---|---|
| _____ | _____ |
| Juror | Date |
| _____ | _____ |
| Juror | Date |
| _____ | _____ |
| Juror | Date |
| _____ | _____ |
| Juror | Date |
| _____ | _____ |
| Juror | Date |
| _____ | _____ |

Dated:  May 31, 2019

Respectfully Submitted,

By: ***/s/ Fidelma L. Fitzpatrick***
Fidelma L. Fitzpatrick, Esq.
Robert J. McConnell, Esq.
MOTLEY RICE, LLC
55 Cedar Street, Suite 100
Providence, RI  02903
Telephone:  401-457-7700
Facsimile:   401-457-7708
ffitzpatrick@motleyrice.com
bmcconnell@motleyrice.com

Caroline W. Rion, Esq.
MOTLEY RICE, LLC
28 Bridgeside Blvd.
Mount Pleasant, SC  29464
Telephone: 843-216-9168

Facsimile: 843-216-9450
crion@motleyrice.com

Peter G. Earle, Esq.
LAW OFFICES OF PETER EARLE
839 N. Jefferson Street, Suite 300
Milwaukee, WI 53202
Telephone: (414) 276-1076
peter@earle-law.com

Victor C. Harding, Esq.
WARSHAFSKY, ROTTER, TARNOFF & BLOCH
839 N. Jefferson Street, Suite 300
Milwaukee, WI 53202
Telephone: (414) 276-4970
vich@warshafsky.com

Neil T. Leifer, Esq.
NEIL T. LEIFER, LLC
16 Kingswood Road
Auburndale, MA 02466
*Admitted Pro hac Vice*
Telephone: (616) 429-4892
n.leifer@ntllaw.com

Edward A. Wallace, Esq.
Lauren C. Kaplan, Esq.
WEXLER WALLACE LLP
55 West Monroe Street, Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
eaw@wexlerwallace.com
lck@wexlerwallace.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

GLENN BURTON, JR.  **Case No. 07-C-0303**
    Plaintiff,
  vs.
AMERICAN CYANAMID et al,
    Defendants;

RAVON OWENS,  Case No. 07-C-0441
    Plaintiff,
  vs.
AMERICAN CYANAMID, et al,
    Defendants;

CESAR SIFUENTES,  Case No. 10-C-0075
    Plaintiff,
  vs.
AMERICAN CYANAMID, et al.

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2019, a true and correct copy of the foregoing was served via ECF filing on all counsel of record.

                                          */s/ Fidelma L. Fitzpatrick*