UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

GLENN BURTON, JR.,
              Plaintiff,

v.                                           Case No. 07-C-303

AMERICAN CYANAMID CO., et al.
              Defendants.

## SPECIAL VERDICT

**Question 1**: Did plaintiff Glenn Burton, Jr. ingest white lead carbonate pigment?
    Answer: __Yes__
            Yes or No

If your answer to Question 1 is "no," then do not answer any other question. Proceed to the final page and sign/date this form.
If you answer Question 1 "yes," then answer Question 2.

**Question 2**: Did Burton's ingestion of white lead carbonate cause an injury?
    Answer: __Yes__
            Yes or No

If the answer to Question 2 is "no," do not answer any other question. Proceed to the final page and sign/date this form.
If you answer Question 2 "yes," then answer Question 3.

**Question 3**: Answering separately for each defendant listed below, did the defendant prove that it did not produce or market white lead carbonate ingested by Burton?

    a.    Atlantic Richfield
         Yes____         No_X_
    b.    Armstrong Containers, Inc.
         Yes____         No_X_
    c.    E.I. du Pont de Nemours Company
         Yes____         No_X_
    d.    Sherwin-Williams Company
         Yes____         No_X_

If you answered "yes" as to any defendant in question 3, answer no further questions as to that defendant.

Considering only those defendants for whom you answered "no" in Question 3, answer Questions 4 and 5:

**Question 4**: Answering separately for each defendant, was the defendant negligent in producing or marketing white lead carbonate?
    a.    Atlantic Richfield
            Yes____            No__X__
    b.    Armstrong Containers, Inc.
            Yes__X__          No____
    c.    E.I. du Pont de Nemours Company
            Yes__X__          No____
    d.    Sherwin-Williams Company
            Yes__X__          No____

**Question 5**: Answering separately for each defendant listed below, was the white lead carbonate manufactured and sold by the defendant defective and unreasonably dangerous due to inadequate warnings at the time the product was sold?
    a.    Atlantic Richfield
            Yes____            No__X__
    b.    Armstrong Containers, Inc.
            Yes__X__          No____
    c.    E.I. du Pont de Nemours Company
            Yes__X__          No____
    d.    Sherwin-Williams Company
            Yes__X__          No____

Considering only those defendants for whom you answered "yes" to question 5, answer Question 6:

**Question 6**: Answering separately for each defendant listed below, were the defendant's inadequate warnings a cause of Burton's injuries?
    a.    Atlantic Richfield
            Yes____            No____
    b.    Armstrong Containers, Inc.
            Yes__X__          No____
    c.    E.I. du Pont de Nemours Company
            Yes__X__          No____
    d.    Sherwin-Williams Company
            Yes__X__          No____

If you answered "yes" as to any defendant on Question 4 or Question 6, then answer Question 7:

**Question 7**: What amount of money will fairly compensate Burton for his injuries caused by ingesting white lead carbonate:
$2,000,000.

**Each juror should sign this verdict form.**