UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RAVON OWENS,
               Plaintiff,

v.                                                        Case No. 07-C-441

AMERICAN CYANAMID CO., et al.
               Defendants.

## SPECIAL VERDICT

**Question 1**: Did plaintiff Ravon Owens ingest white lead carbonate pigment?
        Answer: __Yes__
                     Yes or No

If your answer to Question 1 is "no," then do not answer any other question. Proceed to the final page and sign/date this form.
If you answer Question 1 "yes," then answer Question 2.

**Question 2**: Did Owens's ingestion of white lead carbonate cause an injury?
        Answer: __Yes__
                     Yes or No

If the answer to Question 2 is "no," do not answer any other question. Proceed to the final page and sign/date this form.
If you answer Question 2 "yes," then answer Question 3.

**Question 3**: Answering separately for each defendant listed below, did the defendant prove that it did not produce or market white lead carbonate ingested by Owens?
        a.    Atlantic Richfield
              Yes____        No__X__
        b.    Armstrong Containers, Inc.
              Yes____        No__X__
        c.    E.I. du Pont de Nemours Company
              Yes____        No__X__
        d.    Sherwin-Williams Company
              Yes____        No__X__

If you answered "yes" as to any defendant in question 3, answer no further questions as to that defendant.

Considering only those defendants for whom you answered "no" in Question 3, answer Questions 4 and 5:

**Question 4**: Answering separately for each defendant, was the defendant negligent in producing or marketing white lead carbonate?
    a.    Atlantic Richfield
           Yes_____          No__X__
    b.    Armstrong Containers, Inc.
           Yes__X__        No_____
    c.    E.I. du Pont de Nemours Company
           Yes__X__        No_____
    d.    Sherwin-Williams Company
           Yes__X__        No_____

**Question 5**: Answering separately for each defendant listed below, was the white lead carbonate manufactured and sold by the defendant defective and unreasonably dangerous due to inadequate warnings at the time the product was sold?
    a.    Atlantic Richfield
           Yes_____          No__X__
    b.    Armstrong Containers, Inc.
           Yes__X__        No_____
    c.    E.I. du Pont de Nemours Company
           Yes__X__        No_____
    d.    Sherwin-Williams Company
           Yes__X__        No_____

Considering only those defendants for whom you answered "yes" to question 5, answer Question 6:

**Question 6**: Answering separately for each defendant listed below, were the defendant's inadequate warnings a cause of Owens's injuries?
    a.    Atlantic Richfield
           Yes_____          No_____
    b.    Armstrong Containers, Inc.
           Yes__X__        No_____
    c.    E.I. du Pont de Nemours Company
           Yes__X__        No_____
    d.    Sherwin-Williams Company
           Yes__X__        No_____

If you answered "yes" as to any defendant on Question 4 or Question 6, then answer Question 7:

**Question 7**: What amount of money will fairly compensate Owens for his injuries caused by ingesting white lead carbonate:
$ 2,000,000 .

**Each juror should sign this verdict form.**