# United States District Court

EASTERN DISTRICT OF WISCONSIN

**AMENDED JUDGMENT**

GLENN BURTON, JR.,
    Plaintiff

v.                          CASE NUMBER: 07-cv-0303

AMERICAN CYANAMID CO., et al.,
    Defendants

    This action came before the court, the issues have been decided and a decision has been rendered. Now, therefore,

    **IT IS ORDERED AND ADJUDGED** that plaintiff shall recover from defendants Armstrong Containers, Inc., E.I. du Pont de Nemours and Company, and Sherwin-Williams Co., jointly and severally, the amount of $700,000.00, consisting of $800,000.00 from the jury verdict as remitted by the court, less the 12.5% portion allocated to already-settled defendant NL Industries, Inc. by stipulation of the parties; and that from defendant Atlantic Richfield Company plaintiff take nothing.

| | |
|---|---|
| 4/30/20 | Stephen C. Dries |
| Date | Clerk |
| | s/J. Dreckmann |
| | (By) Deputy Clerk |